DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbrb.com, jyo@lnbrb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

FILED & ENTERED

SEP 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>     Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER, TO THE EXTENT NECESSARY, PURSUANT TO 11 U.S.C. § 363(b)(1) AUTHORIZING DEBTOR TO ENTER INTO RESIDENTIAL LEASES**<br><br>Date: September 2, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>    21041 Burbank Boulevard<br>    Woodland Hills, California |

    A hearing was held on September 2, 2009, at 10:00 a.m., before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California, to consider the

1

1 emergency motion (the "Motion") filed by Roosevelt Lofts, LLC, a Delaware limited liability
2 company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11
3 bankruptcy case, for the entry of an order, pursuant to 11 U.S.C. § 363(b), authorizing the Debtor
4 to commence a program permitting the Debtor to enter into short-term residential leases under
5 the terms and conditions described in the Motion.  Appearances at the hearing on the Motion
6 were made as set forth on the record of the Court.

7       The Court, having considered the Motion and all papers filed by the Debtor in support of
8 the Motion, the opposition to the Motion filed by Bank of America, N.A., individually and as
9 agent for a group of lenders (the "Bank"), the joinder to the Motion filed by the Official
10 Committee of Unsecured Creditors appointed in the Debtor's case, and the oral arguments and
11 statements of counsel made at the hearing on the Motion, proper notice of the Motion and the
12 hearing on the Motion having been provided, and good cause appearing therefor,

13       IT IS HEREBY ORDERED AS FOLLOWS:

14       A.    The Motion is hereby granted in its entirety, subject to the modifications set forth
15 herein.

16       B.    The Debtor is hereby authorized to proceed with its leasing program for
17 residential units at the building located at 727 West 7th Street in Los Angeles, California , upon
18 the terms and conditions set forth in the Motion; provided, however, that (1) the minimum rental
19 rates set forth in Exhibit "A" to the Declaration of M. Aaron Yashouafar filed in support of the
20 Motion (the "Rent Schedule") shall be disregarded; (2) the Debtor shall not enter into any lease
21 that provides for the payment of rent at a rate that is below the amount that is 20% less than the
22 market rental rates set forth in the Rent Schedule without having first obtained the prior consent
23 of the Bank; (3) in the event that the Debtor wishes to proceed with a lease that provides for the
24 payment of rent at a rate that is below the amount that is 20% less than the market rental rates set
25 forth in the Rent Schedule, the Debtor shall provide written notice to counsel for the Bank of the
26 rental rate to be charged by the Debtor for a residential unit (the "Lease Notice"), and if the Bank
27 does not object to the lease proposal set forth in the Lease Notice by 5:00 p.m. on the second
28

business day after the date upon which the Lease Notice was provided, the Debtor may proceed with the lease on the terms and conditions set forth in the Lease Notice. If, within two business days following the date of the Lease Notice, the Bank objects to the rent proposal made by the Debtor, the Bank must provide notice to the Debtor, through its counsel, of the terms and conditions upon which the Bank would consent to the rental of the unit described in the Lease Notice. If the parties are unable to reach an agreement on the terms and conditions of a mutually acceptable lease, all parties reserve all of their rights and remedies including, without limitation, the right to request that the Court enter an order regarding the terms and conditions of such lease on an expedited basis.

  C. The ten-day stay of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Respectfully submitted by:

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

/s/ Juliet Y. Oh
DAVID L. NEALE
JULIET Y. OH
Attorneys for Chapter 11 Debtor and
Debtor in Possession


APPROVED AS TO FORM AND CONTENT:

BUCHALTER NEMER, A PROFESSIONAL CORPORATION

/s/ Daniel H. Slate
DANIEL H. SLATE
RICHARD P. ORMOND
Attorneys for Bank of America, N.A.,
Individually and as Agent for a
Group of Lenders

APPROVED AS TO FORM AND CONTENT:

/s/ Ian S. Landsberg
IAN S. LANDSBERG
LANDSBERG MARGULIES LLP
Attorneys for Official Committee of Unsecured Creditors

IT IS SO ORDERED.

###

DATED: September 8, 2009

United States Bankruptcy Judge

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct of the foregoing document described as **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER, TO THE EXTENT NECESSARY, PURSUANT TO 11 U.S.C. § 363(b)(1) AUTHORIZING DEBTOR TO ENTER INTO RESIDENTIAL LEASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 3, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 3, 2009 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5

| In re ROOSEVELT LOFTS, LLC | Chapter 11 |
| --- | --- |
| Debtor(s). | Case No. 1:09-bk-14214-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER, TO THE EXTENT NECESSARY, PURSUANT TO 11 U.S.C. § 363(b)(1) AUTHORIZING DEBTOR TO ENTER INTO RESIDENTIAL LEASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 3, 2009** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Ian Landsberg    ilandsberg@lm-lawyers.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Aimee Y Wong    aywong@mckennalong.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

None

6

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

None.