DAVID L. NEALE (State Bar No. 141225)
JULIET Y. OH (State Bar No. 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbrb.com, jyo@lnbrb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**NOTICE OF CONTINUANCE OF:**<br>**(1) HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN CONDOMINIUM UNITS PURSUANT TO 11 U.S.C. § 363(f) FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES;**<br><br>**(2) HEARING ON SECOND MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN CONDOMINIUM UNITS PURSUANT TO 11 U.S.C. § 363(f) FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; AND**<br><br>**(3) CHAPTER 11 STATUS CONFERENCE**<br><br>Continued Hearings/Status Conference:<br>Date: November 18, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>     21041 Burbank Boulevard<br>     Woodland Hills, CA 91367 |

1    **PLEASE TAKE NOTICE** that the following hearings in the chapter 11 bankruptcy case

2  of Roosevelt Lofts, LLC have been continued from October 13, 2009 at 10:00 a.m. to **November**

3  **18, 2009 at 10:00 a.m.**, and will be held before the Honorable Geraldine Mund, United States

4  Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in

5  Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, CA 91367:

6       (1)     Hearing on the *"Motion For Order Authorizing Sale Of Certain*

7               *Condominium Units Pursuant To 11 U.S.C. § 363(f) Free And Clear Of*

8               *All Liens, Claims, Interests And Encumbrances"* (the "First Sale Motion")

9               [Docket No. 32, filed on May 20, 2009];

10      (2)     Hearing on the *"Second Motion For Order Authorizing Sale Of Certain*

11              *Condominium Units Pursuant To 11 U.S.C. § 363(f) Free And Clear Of*

12              *All Liens, Claims, Interests And Encumbrances"* (the "Second Sale

13              Motion," and together with the First Sale Motion, the "Sale Motions")

14              [Docket No. 39, filed on May 26, 2009]; and

15      (3)     Chapter 11 status conference in the Debtor's case.

16      **PLEASE TAKE FURTHER NOTICE** that appearances at the hearings on the Sale

17  Motions and chapter 11 status conference scheduled on October 13, 2009 have been waived by

18  the Court.

19  Dated: October 5, 2009                    ROOSEVELT LOFTS, LLC

20

21                                            By: _____
                                                   DAVID L. NEALE
22                                                 JULIET Y. OH
                                                   LEVENE, NEALE, BENDER, RANKIN
23                                                 & BRILL L.L.P.
                                                   Attorneys for Chapter 11 Debtor and
24                                                 Debtor in Possession

25

26

27

28

                                             2

| In re:<br>ROOSEVELT LOFTS, LLC | Chapter 11<br>1:09-bk-14214-GM |
|---|---|
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as : **NOTICE OF CONTINUANCE OF: (1) HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN CONDOMINIUM UNITS PURSUANT TO 11 U.S.C. § 363(f) FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (2) HEARING ON SECOND MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN CONDOMINIUM UNITS PURSUANT TO 11 U.S.C. § 363(f) FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; AND (3) CHAPTER 11 STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 6, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* John B Acierno    ecfcacb@piteduncan.com
* Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
* Helen R Frazer    hfrazer@aalrr.com
* Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com
* Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
* Herbert Hayden    herbert@ntlg.us
* Ian Landsberg    ilandsberg@lm-lawyers.com
* David L. Neale    dln@lnbrb.com
* Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
* S Margaux Ross    margaux.ross@usdoj.gov
* Bruce D Rudman    bdr@agrlaw.net
* William D Schuster    bills@allieschuster.org
* Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Marc Weinberg    marcweinberg@att.net
* Brandon J Witkow    bwitkow@lockelord.com
* Aimee Y Wong    aywong@mckennalong.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 6, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*ALL CREDITORS -- VIA U.S. MAIL -- SEE ATTACHED SERVICE LISTS*

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

| In re: | Chapter 11 |
| ROOSEVELT LOFTS, LLC | 1:09-bk-14214-GM |
| Debtor(s). | |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 6, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By attorney service**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 6, 2009 | Angela Antonio | */s/ Angela Antonio* |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                 **F 9013-3.1**

Roosevelt Lofts
RSN

Roosevelt Lofts, LLC
c/o Mr. M. Aaron Yashouafar, President
Roosevelt Lofts, Inc.
16661 Ventura Blvd., #600
Encino, CA 91436

U.S. Trustee
Attn: S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

**Counsel for Ryan Anderson, et al.**
Gary Owen Caris, Esq.
McKenna, Long & Aldridge LLP
444 South Flower St., 8th Floor
Los Angeles, CA 90071

**Counsel for HD Supply Construction**
William D. Schuster, Esq.
Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706-2614

Homan Taghdiri, Esq.
**Milbank**
660 S. Figueroa St., 24th Floor
Los Angeles, CA 90017

**Counsel for Siemens Bldg Tech., Inc.**
Benjamin R. Trachtman, Esq.
Trachtman & Trachtman
27401 Los Altos, Suite 300
Mission Viejo, Ca 92691

**Counsel for Bank of America**
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

**Counsel for Sidney Alter dba Alter Electric**
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

Herbert Alfred Mayer
5360 Willow Oak Street
Simi Valley, CA 93063-4591

L.A. County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**Counsel for VGI**
Patrick J. Duffy III
Andrew W Hawthorne
Monteleone & McCrory
725 S. Figueroa St., Ste. 3200
Los Angeles, CA 90017

**Counsel for Infiniti Metals**
Law Ofcs Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

**Counsel for ThyssenKrupp Elevator**
William C. Hernquist II
Wallace H. Sweet
2404 Broadway, 2nd Floor
San Diego, CA 92102

**Committee Member**
Kuetar Flooring
Attn: Joseph Kember/Ed Sheats
2 Innovation Drive
Renfrew
Ontario, **CANADA** K7V4B1

**Committee Member**
Bontempi USA
Attn: Yeujye Chen
8919 Beverly Blvd.
West Hollywood, CA 90048

**Committee Member**
A American Custom Flooring
Attn: Richard S. Lauter
311 S. Wacker Drive
Chicago, IL 60066

**Counsel for American Gunite, Inc.**
Varand Gourjian, Esq.
Gourjian Law Group
100 N. Brank Blvd., Sixth Floor
Glendale, CA 91203

David Sherwood
CEO
Daniel's Jewelers
PO Box 3750
Culver City, CA 90231

Alan B. Clark
355 S. Grand Ave
Los Angeles, CA 90071

**Counsel to Bank of America**
Seyfarth Shaw LLP
T. Larry Watts, Eric B. von Zeipel
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

Attorney for Canon Financial Svcs
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012

Fred S. Pardes, Esq.
LAW OFFICES OF FRED S. PARDES
A Professional Corporation
34211 Pacific Coast Highway, Suite 103
Dana Point, Ca. 92629

Maria Stark
Hypothesis
811 West 7th St., Ste. 600
Los Angeles, CA 90017

Greg Sinderbrand, Esq.
Borba, Inc.
21700 Oxnard St Ste 1850
Woodland Hills, CA 91367

Roosevelt Lofts
Secured Creditors and their agents


Bank of America, N.A.
333 S. Hope St.
11th Floor
Los Angeles, CA 90071

V.G.I. Corporation
5508 S. Santa Fe Avenue
Vernon, CA 90058

~~Alter Electric Company~~
~~5443 Donna Avenue~~
~~Tarzana, CA 91356~~
**Represented by counsel; see below**


Thermalair
1140 Red Gum Street
Anaheim, CA 92806

American Gunite, Inc.
5042 Wilshire Blvd.
Suite 496
Los Angeles, CA 90036

Wrightway Construction, Inc.
1070 E. Dominguez St.
Suite A
Carson, CA 90746


~~Southland Exterior Building Services, Inc.~~
~~9582 Hamilton Ave.~~
~~#166~~
~~Huntington Beach, CA 92646~~
**Address change; see below**

Westye Group - West, Inc.
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

Integrity Builders West, Inc.
25942 Via Marejada
Mission Viejo, CA 92691


Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Pureell Murray Builder Sales Company, Inc.
2341 Jefferson Street
Suite 200
San Diego, CA 92110

Lynn Safety, Inc.
367 Civic Drive
Suite 8
Pleasant Hill, CA 94523


Thyssenkrupp Elevator, Inc.
6087 Triangle Drive
Los Angeles, CA 90040

Allsale Electric Inc.
7950 Deering Avenue
Canoga Park, CA 91304

Cal-State Steel Corporation
1801 W. Compton Boulevard
Compton, CA 90220


Commercial Glass Company
1577 Tierra Rejada Road
Simi Valley, CA 93065

Addison Pools, Inc.
10835 Magnolia Boulevard
North Hollywood, CA 91601

EJ Reyes Corp.
6328 Roundhill Drive
Whittier, CA 90601


EFCO Corporation
1290 Carbide Drive
Corona, CA 92881

Siemens Building Technologies, Inc.
10775 Business Center Drive
Cypress, CA 90630

SRS Fire Protection, Inc.
6829 Canoga Avenue #2
Canoga Park, CA 91303


~~Spectra Company~~
~~2510 Supply Street~~
~~Pomona, CA 91767-2113~~
**Address change per post ofc; see below**

New World West
940 Challenger Street
Brea, CA 92821

Brewster Marble Co., Inc.
11818 Glenoaks Boulevard
San Fernando, CA 91340


CraneNetics, Inc.
4780 Cheyenne Way
Chino, CA 91710

Dunn-Edwards Corporation
4885 E. 52nd Place
Los Angeles, CA 90040

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

HD Supply / White Cap Construction Supply
P.O. Box 1770
Costa Mesa, CA 92626

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352

Insul-Flow, Inc.
1911 N. Fine
Fresno, CA 93727

American Concrete Cutting Inc.
dba American Demolition/Concrete Cutting
620 Poinsettia Street
Santa Ana, CA 92701

GRIF-FAB Corporation
5350 Newport Street
Commerce City, CO 80022

Frank's Disposal
PO Box 4271
Sunland, CA 91041

Robertson's Ready Mix
PO Box 3600
Corona, CA 92878

Oreo Construction Supply
477 N. Canyons Parkway, #A
Livermore, CA 94551

A Fence Company, Inc.
15205 Carretera Drive
Whittier, CA 90605

AB California Acquisition Corp.
dba Acoustical Material Services
10200 S. Pioneer Boulevard,
Suite 500
Santa Fe Springs, CA 90670

Arrow
7635 Burnet Avenue
Van Nuys, CA 91405

**Counsel for Bank of America**
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

Agent for Bank of America
T. Larry Watts, Esq.
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

Agent for V.G.I. Corporation
Patrick J. Duffy, Esq.
725 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

Agent for American Gunite
Bradley A. Raisin, Esq.
16055 Ventura Blvd., Suite 601
Encino, CA 91436

Agent for Wrightway Construction
E. Leonard Fruchter, Esq.
1609 Cravens Avenue
Torrance, CA90501

Agent for Southland Exterior Building Svcs
Fred S. Pardes, Esq.
34211 Pacific Coast Hwy, Suite 103
Dana Point, CA 92629

Agent for Westye Group – West, Inc.
Denise H Field, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105

Agent for Pfinish Koncepts, Inc.
Alan J. Carnegie, Esq.
23975 Park Sorrento, Suite 227
Calabasas, CA 91302

Agent for Purcell Murray Builder Sales
David J. Barnier, Esq.
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Agent for Lynn Safety
Herbert Hayden, Esq.
40931 Fremont Boulevard
Fremont, CA 94538

Agent for Cal State Steel Corp
Heather M. Kadeg, Esq.
30423 Canwood Street, Suite 131
Agoura Hills, CA 91301

Agent for EJ Reyes
Meyer S. Levitt, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

Agent for EFCOCorp
Michael C. Brown, Esq.
23230 Chagrin Blvd., Suite 940
Cleveland, OH 44122

Agent for Spectra Company
Beard Hobbs, Esq.
7844 La Mesa Boulevard
La Mesa, CA 91941

Agent for PM Estrada Roofing
J.J. Little, Esq.
1516 S. Bundy Dr., Suite 312
Los Angeles, CA 90025

Agent for American Concrete Cutting
Ryan K. Hirota, Esq.
PO Box 19694
Irvine, CA 92623

Agent for Robertson's Ready Mix
Robert M. Binam, Esq.
200 S. Main Street, Suite 200
Corona, CA 92882

Agent for HD Supply
William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA 92706

Southland Exterior Bldg Svcs
27881 La Paz Rd., Ste G
Laguna Niguel, CA 92677

**Counsel for Sidney Alter dba Alter Electric**
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

Speetra Company
2510 Supply Street
Pomona, CA 91767-2113

Roosevelt Lofts, LLC
660 S. Figueroa Street
24th Floor
Los Angeles, CA 90017

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

24/7 Fire Services
12540 E. Slauson Avenue, Unit C
Santa Fe Springs, CA 90670

944 Media
4253 N. Scottsdale Road
Scottsdale, AZ 85251

A Fence Company, Inc.
15205 Carretera Drive
Whittier, CA 90605

A-American Flooring
7777 N. Caldwell Avenue
Niles, IL 60714

AB California Acquisition Corp.
dba Acoustical Material Services
10200 S. Pioneer Blvd., #500
Santa Fe Springs, CA 90670

Accent Refinishing Company
PO Box 2494
Sun City, AZ 85374

ACCO Engineering Systems
6265 San Fernando Road
Glendale, CA 91201
**Change per claim filed**

Accoustical Construction, Inc.
10121 Stonehurst Avenue
Sun Valley, CA 91352

Ace Concrete Cutting, Inc.
8965 Herrick Avenue
Sun Valley, CA 91352
Address change; see below

Ace Parking Services
645 Ash Street
San Diego, CA 92101

Addison Pools, Inc.
10835 Magnolia Boulevard
North Hollywood, CA 91601

Alan J. Carnegie, Esq.
23975 Park Sorrento, #227
Calabasas, CA 91302

Allsale Electric Inc.
7950 Deering Avenue
Canoga Park, CA 91304
**Represented by counsel; see below**

Alter Electric Company
c/o Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave
North Hollywood, CA 91606

American Demolition/Concrete
Cutting, Inc.
620 Poinsettia Street
Santa Ana, CA 92701

American Gunite, Inc.
5042 Wilshire Blvd., Suite 496
Los Angeles, CA 90036

Arrow
7635 Burnet Avenue
Van Nuys, CA 91405

B&N Industries, Inc.
1409 Chapin Avenue, 2nd Floor
Burlingame, CA 94010

Bank of America, N.A.
333 S. Hope Street, 11th Floor
Los Angeles, CA 90071
**Change per claim filed; see below**

Barlava, Simon
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Bazik Electrical
714 N. Howard Stret, Unit G
Glendale, CA 91206

Beard Hobbs, Esq.
7844 La Mesa Blvd
La Mesa, CA 91941

Bontempi USA
8919 Beverly Boulevard
West Hollywood, CA 90048

Bradley A. Raisin
16055 Ventura Blvd., #601
Encino, CA 91436

Brewster Marble Co., Inc.
11818 Glenoaks Blvd.
San Fernando, CA 91340

Buchalter Nemer
Attn: Daniel H. Slate, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Cal Systems
7941 Hazeltine Avenue
Panorama City, CA 91402
**Address change per p/o – see below**

Cal-State Steel Corporation
1801 W. Compton Blvd.
Compton, CA 90220

Century Shower Doors
20100 S. Normandie Avenue
Torrance, CA 90502

Chase Construction, Inc.
1825 Pandora Avenue
Los Angeles, CA 90025

City of Los Angeles Public Works
200 N. Spring Street, Room 967
Los Angeles, CA 90012

Commercial Glass Company
1577 Tierra Rejada Rd.
Simi Valley, CA 93065

Commercial Scaffolding of CA, Inc.
14732 S. Maple Avenue
Gardena, CA 90248

CraneNetics, Inc.
4780 Cheyenne Way
Chino, CA 91710

Crenshaw Lumber
424 Pico Boulevard
Santa Monica, CA 90405

David J. Barnier, Esq.
2341 Jefferson St., #200
San Diego, CA 92110

Davis Langdon
301 Arizona Avenue
Santa Monica, CA 90401

Denise H. Field, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105

Dewey Pest Control
3711 Beverly Blvd.
Los Angeles, CA 90004

Digital Express
6404 Wilshire Blvd., Suite 105
Los Angeles, CA 90048

DMF Lighting
5221 W. Jefferson Boulevard
Los Angeles, CA 90016
**Address change; see below**

Donald Dickerson & Associates
6840 Havenhurst Avenue
Van Nuys, CA 91406

Dunn-Edwards Corporation
4885 E. 52nd Place
Los Angeles, CA 90040

E. Leonard Fruchter
1609 Cravens Avenue
Torrance, CA 90501

EFCO Corporation
1290 Carbide Drive
Corona, CA 92881

EJ Reyes Corp.
6328 Roundhill Drive
Whittier, CA 90601
**ADDRESS CHANGE PER CLAIM;
SEE BELOW**

Encino Corporate Plaza, L.P.
c/o Milbank Real Estate Services
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Excel Building Services
P.O. Box 1089
San Jose, CA 95108

Fathi, Haleh Holly
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Frank's Disposal
PO Box 4271
Sunland, CA 91041

Fred S. Pardes, Esq.
43211 Pacific Coast Hwy, #103
Dana Point, CA 92629

General Coating
9349 Feron Blvd.
Alhambra, CA 91801

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352

Gorgeous Magazine
11684 Ventura Blvd.
Studio City, CA 91604

GRIF-FAB Corporation
5350 Newport Street
Commerce City, CO 80022

~~HD Supply / White Cap~~
~~Construction Supply~~
~~P.O. Box 1770~~
~~Costa Mesa, CA 92626~~
**Address change per claim; see below**

Heather M. Kadeg, Esq.
30423 Canwood St., #131
Agoura Hills, CA 91301

Henri Specialties
4225 Prado Road
Unit 102
Corona, CA 92880

Henry Worth LLC
421 Broadway
Attn: Curtis Fentress
Denver, CO 80203

Herbert Hayden, Esq.
40931 Fremont Blvd
Fremont, CA 94538

~~Inifinty Metal~~
~~2081 E. Lambert Road~~
~~La Habra, CA 90631~~
**Change per claim filed; see below**

Insul-Flow, Inc.
1911 N. Fine
Fresno, CA 93727

Integrity Builders West, Inc.
25942 Via Marejada
Mission Viejo, CA 92691

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Irish Communication Company
2649 Stingle Avenue
Rosemead, CA 91770

Ives, Kirwan & Dibble
660 S. Figueroa Street, Suite 1990
Los Angeles, CA 90017

~~J.J. Little, Esq.~~
~~1516 S. Bundy Dr., #312~~
~~Los Angeles, CA 90025~~
**Address change per claim filed; see below**

J.W. Kelly Consulting
1373 Keniston Avenue
Los Angeles, CA 90019

Kadima Security Services, Inc.
660 S. Figueroa St.
Suite 1880
Los Angeles, CA 90017

Ken Mar Consultants
5966 La Place Court, Suite 180
Carlsbad, CA 92008

Kessler & Kessler
1800 Avenue of the Stars, Suite 400
Los Angeles, CA 90067

Keyboard Concepts, Inc.
5600 Van Nuys Blvd.
Van Nuys, CA 91401

~~Killefer Flammang Architects~~
~~1625 Olympic Blvd.~~
~~Santa Monica, CA 90404~~
**Change per claim filed; see below**

~~Kultur Flooring USA, Inc.~~
~~7777 N. Caldwell Avenue~~
~~Niles, IL 60714~~
**Address change per claim filed; see below**

LA Commercial Group, Inc. dba
Continental Commercial Group
317 S. Brand Blvd.
Glendale, CA 91204

Law Offices of H. Joseph Nourmand
660 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Leonard, Gary
1539 Curran Street
Los Angeles, CA 90026

Lewis & Associates
3440 Wilshire Blvd., Suite 1215
Los Angeles, CA 90010

Lightworks
3911 E. La Palma Ave.
Suite G
Anaheim, CA 92807

Los Angeles Conservancy
Attn: Mike Buhler Esq.
523 West 6th Street, Suite 826
Los Angeles, CA 90014

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054
**Address change per claim filed; see below**

Los Angeles Dept. of Bldg. & Safety
201 N. Figueroa Street
Los Angeles, CA 90012

Los Angeles Downtown News
1264 W. First Street
Los Angeles, CA 90026

Los Angeles Fire Department
200 N. Main Street
Los Angeles, CA 90012

Los Angeles Magazine
5900 Wilshire Blvd., 10th Floor
Los Angeles, CA 90036

Lynn Safety, Inc.
367 Civic Drive, Suite 8
Pleasant Hill, CA 94523

Mansoor, Solomon
727 W. 7th Street, Unit 502
Los Angeles, CA 90017

McDowell Scheduling
23232 Peralta Drive
Laguna Hills, CA 92653

Meyer S. Levitt, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

Milbank Holding Corp.
dba Milbank Real Estate Services
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Muir Chase Plumbing Co.
1940 Gardena Avenue
Glendale, CA 91204
**Incorrect address – see below**

New World West
940 Challenger Street
Brea, CA 92821

Night, Allan & Leyva, Michael L.
2632 W. Beverly Blvd.
Montebello, CA 90640

On Demand Printing
1888 S. Sepulveda Blvd.
Los Angeles, CA 90025

Orco Construction Supply
477 N. Canyons Parkway, #A
Livermore, CA 94551

Park Place Signs
21024 Ladeene Avenue
Torrance, CA 90503

Parking Automation Systems, Inc.
1010 Arlee Place
Anaheim, CA 92805

Patrick Duffy
725 S. Figueroa St., #3200
Los Angeles, CA 90017

Pepper Development Services
500 Greenbay Road
Highland Park, IL 60035

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Plant Connection
5767 Hillview Park Avenue
Van Nuys, CA 91401

Platinum Publications
645 N. Speulveda Blvd., Suite 8
Los Angeles, CA 90049
**Address correction per claim filed; see below**

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

Purcell Murray Builder Sales Co.
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Quality Built
15330 Avenue of Science
San Diego, CA 92128

Reycon Construction, Inc.
1795 Lemonwood Drive
Santa Paula, CA 93061

Robert M. Binam, Esq.
200 S. Main Street, #200
Corona, CA 92882

Robert Smylie & Associates
2049 Century Park East, Suite 4250
Los Angeles, CA 90067

Robertson's Ready Mix
PO Box 3600
Corona, CA 92878
**Address change per claim filed;
See below**

Roosevelt Lofts Homeowners Assn.
727 W. 7th Street
Los Angeles, CA 90017

Ryan K. Hirota, Esq.
PO Box 19694
Irvine, CA 92623

Schafer's Parking Lot Services
7237 Somerset Boulevard
Paramount, CA 90273

Siemens Building Technologies, Inc.
10775 Business Center Drive
Cypress, CA 90630
**Address change per claim filed; see below**

Simon Media Company
420 Beirut Avenue
Pacific Palisades, CA 90272

Simpson, Gumpertz & Heger
41 Seyon St., Bdg. 1
Ste. 500
Waltham, MA 02453

Southland Exterior Building Svcs
9582 Hamilton Avenue #166
Huntington Beach, CA 92646
**Address change; see below**

Spectra Company
433 W. Allen Avenue, Suite 111
San Dimas, CA 91773
**Address change; see below**

SRS Fire Protection, Inc.
6829 Canoga Avenue #2
Canoga Park, CA 91303
**Address change per claim filed; see below**

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Stevenson Systems, Inc.
27822 El Lazo Road
Laguna Niguel, CA 92677

Stuart Dean Company
204 Stonehinge Ln
PO Box 363
Carle Place, NY 11514

T. Larry Watts, Esq.
2029 Century Park East, #3300
Los Angeles, CA 90067

Thermalair
1140 Red Gum Street
Anaheim, CA 92806

Thyssenkrupp Elevator, Inc.
6087 Triangle Drive
Los Angeles, CA 90040
**Address change per claim filed;
See below**

Tima Winter, Inc.
900 E. First Street
Unit 314
Los Angeles, CA 90012

Trench Plate Services
13217 Laureldale Avenue
Downey, CA 90242

V.G.I. Corporation
5508 S. Santa Fe Avenue
Vernon, CA 90058

Virdi Power, Inc.
965 Decatur Avenue
Ventura, CA 93004

West Coast Doors
12001 Woodruff Avenue
Unit A
Downey, CA 90241
**Address change per claim filed; see below**

Weste Group - West, Inc.
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA 92706

Wrightway Construction, Inc.
1070 E. Dominguez St., Suite A
Carson, CA 90746
**Address change per claim filed;**
**See below**

Yashouafar, Rodney
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

DMF Lighting
1118 E 223rd Street
Carson, CA 90745-4210

Allsale Electric
c/o Abdulaziz, Grossbart & Rudman
Attn: Kenneth S. Grossbart
PO. Box 15458
North Hollywood, CA 91615-5458

Muir Chase Plumbing Co.
Attn: Don Chase
4530 Brazil Street
Los Angeles, CA 90039
**Address change per claim filed; see below**

Brandon Witkow
Locke Lord Bissell & Liddell LLP
300 S. Grand Ave., Ste. 2600
Los Angeles, CA 90071

The Gas Company
Mass Markets Credit & Collections
PO Box 30337
Los Angeles, CA 90030-0337

Muir Chase Plumbing Co.
c/o Law Ofcs of David A. Tilem
206 N. Jackson Street, Ste 201
Glendale, CA 91206

Wrightway Construction, Inc.
e/o W. Randall Sgro, Esq.
1609 Cravens Ave.
Torrance, CA 90501

Spectra Company
c/o Attorney Beard Hobbs
7844 La Mesa Blvd.
La Mesa, CA 91942

Yashouafar, M. Aaron
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Yashouafar, Solyman
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Southland Exterior Building Svcs
27881 La Paz Rd., Ste G
Laguna Niguel, CA 92677-3933
**Address change per claim filed; see below**

EJ Reyes Corp dba EJR Door Div
Meyer S. Levitt Esq
10880 Wilshire Blvd., Ste 1101
Los Angeles, CA 90024-4112.

Prescott Companies
Attn: Bill Beasley
5966 La Place Court, Suite 170
Carlsbad, CA 92008

J.J. Little, Esq.
11500 West Olympic Blvd.
Ste. 360
Los Angeles, CA 90064

Robert Woodcock Plumbing
18968 Hattaras St
Tarzana, CA 91356

Cal Systems
19559 Los Alimos Street
Porter Ranch, CA 91326-2220

Trevor Keith McCarthy Smith
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Steven Dornbusch
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Yashouafar, Raymond
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Acc Conerete Cutting
7200 Vineland Ave., Unit 22
Sun Valley, CA 91352-5079

Spectra Company
2510 Supply Street
Pomona, CA 91767-2113
**Address change per claim filed; see belwo**

HD Supply Construction Supply
c/o Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706

City of Los Angeles,
Dept of Water & Power
Attn: Bankruptcy
PO Box 51111
Los Angeles, CA 90051-5700

LA County Treasurer &
Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

West Coast Doors
9086 Rosecrans Ave
Bellflower, CA 90706

Yana A. Lisetsky
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Thyssenkrupp Elevator Corp.
c/o William C. Hernquiset II
2404 Broadway, 2nd Floor
San Diego, CA 92102

Susan B. McGee & Laura S. McGee
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Southland Exterior Building Svcs. Inc.
34211 Pacific Coast Highway
Suite 103
Dana Point, CA 92629

Robertson's Ready Mx Ltd
c/o Law Ofcs Robert M. Binam
200 S. Main Street, Ste. 200
Corona, CA 92878

SRS Fire Protection
c/o Marc Weinberg, Esq.
6320 Canoga Ave., Ste. 1500
Woodland Hills, CA 91367

Patricia Mahaffey
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Maria Ramos
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Justin Patwin
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Infinity Metals
c/o Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

Herbert Alfred Mayer
5360 Willow Oak St
Simi Valley, CA 93065-4591

David Shafer
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Sabrina Idroos
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Ryan Anderson, et al.
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Puya Partow
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Pacific Property Consultants
15330 Avenue of Seience
San Diego, CA 92128

Los Angeles Community College Dist
e/o Morton Rosen, Esq.
Haight, Brown & Bonesteel
6080 Center Drive, Ste. 800
Los Angeles, CA 90045

Kenmore Consultants LLC
William Beasley CFO
5966 La Plaee Court, Ste. 180
Carlsbad, CA 92008

Joe Salerno & Adrienne Salerno
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Erie Spamer
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Dennis Stapleton
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Scott H. Marcus & Associates
121 Johnson Rd.
Turnersville, NJ 08012

Siemens Bldg Technologies
c/o Benjamin Trachtman
27401 Los Altos, #300
Mission Viejo, CA 92691

Robert Ni & Michael Ni
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Platinum Publications
654 N. Sepulveda Blvd., Ste. 5
Los Angeles, CA 90049

Los Angeles City Attorney's Office
Attn: Wendy Loo, Esq.
200 North Main St., Ste. 920
Los Angeles, CA 90012

Kultur Flooring USA Inc
Sheets & Associates
9650 Brewerton Rd.
PO Box 820
Brewerton, NY 13029

Ha Bin Kang
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Gary Glass & David Tsao
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

ACCO Engineered Systems
c/o Dale A. Ortmann, Esq.
Hunt, Ortmann et al.
301 North Lake Ave., 7th Floor
Pasadena, CA 91101

Brian Dougherty
c/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Brian Young
e/o McKenna, Long & Aldridge
444 S. Flower St., 8th Floor
Los Angeles, CA 90071

Killefer Flamming Architects
c/o Brandon Witkow, Esq.
Locke, Lord, et al.
300 S. Grand Ave., Ste. 2600
Los Angeles, CA 90071

Asphalt Management
Law Ofes Howard Goodman
18321 Ventura Blvd., Ste 915
Tarzana, CA 91356

Alan & Anna Clark
c/o Alan B. Clark
Latham & Watkins
355 S. Grand Ave.
Los Angeles, CA 90071-1560

700 Wilshire Properties
c/o Jeffrey L. Licht Esq
Jeffrey Licht & Associates
1875 Century Park East, Ste. 600
Los Angeles, CA 90067

Bank of America
c/o Daniel H. Slate, Esq.
Buchalter, Nemer et al
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017