1  DANIEL H. SLATE (SBN: 78173)
   ALEXANDRA KAZHOKIN (SBN: 245051)
2  BUCHALTER NEMER
   A Professional Corporation
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
4  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
5  Email: dslate@buchalter.com
   Email: akazhokin@buchalter.com
6
   Attorneys for Bank of America, N.A., individually and as
7  Administrative Agent for a Group of Lenders

8  DAVID L. NEALE (SBN: 141225)
   JULIET Y. OH (SBN: 211414)
9  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
10 Los Angeles, CA 90067
   Telephone: (310) 229-1234
11 Facsimile: (310) 229-1244
   Email: dln@lnbrb.com
12 Email: jyo@lnbrb.com

13 Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**STIPULATION BETWEEN BANK GROUP AND DEBTOR TO CONTINUE HEARING ON BANK GROUP'S MOTION TO DISMISS OR CONVERT**<br><br>Date: December 15, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>      21041 Burbank Boulevard<br>      Woodland Hills, California |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4853897v1

Bank of America, N.A., individually and as agent for a group of lenders (the "Bank Group")[1] and Roosevelt Lofts, LLC (the "Debtor"), through their respective counsel, represent and stipulate as follows:

I.

**RECITALS**

A.  The Debtor commenced a chapter 11 case (the "Case") on April 13, 2009.

B.  On or about August 31, 2009, the Debtor filed its "Chapter 11 Plan of Reorganization" (the "Plan"). The Debtor has not filed a draft disclosure statement with respect to the Plan.

C.  On November 24, 2009, the Bank Group filed the Bank Group's Motion to Dismiss or Convert (the "Motion to Dismiss or Convert"), seeking to dismiss the Case or, in the alternative, to convert the Case to one under chapter 7.

D.  The hearing on the Motion to Dismiss or Convert is calendared for December 15, 2009 at 10:00 a.m.

E.  The Debtor has on ealendar for December 16, 2009 at 10:00 a.m., a hearing on two motions to sell units (together, the "Motions to Sell"). The Debtor has agreed to continue the hearing on the Motions to Sell. The court has also calendared a status conference (the "Status Conference") for the same date and time.

E.  In order to continue to work toward the possibility of a negotiated resolution, and to give the Debtor additional time to prepare a disclosure statement, the parties have agreed to entry of an order as follows.

II.

**STIPULATION**

Based on the foregoing, the Bank Group and the Debtor stipulate and agree as follows:

1.  On or before December 28, 2009, the Debtor shall file a disclosure statement and serve notice of hearing on the draft disclosure statement for February 2, 2010 at

---

[1] The Bank Group consists of Bank of America, N.A., Manufacturers Bank, a California banking corporation, United Commercial Bank, a California banking corporation, and East West Bank, a California banking corporation.

1  10:00 a.m. (the "February Hearing").

2      2.    The hearing on (i) the Motion to Dismiss or Convert, (ii) the Motions to Sell and (iii) the Status Conference shall each be calendared and conducted at the February Hearing. Deadlines for filing objections and replies with respect to the Motion to Dismiss or Convert shall be continued in accordance with the Local Bankruptcy Rules.

3      3.    This Stipulation may be executed in one or more separate counterparts and signatures by facsimile shall be deemed as originals.

DATED: December 1, 2009

BUCHALTER NEMER
A Professional Corporation

By: /s/ Daniel H. Slate
DANIEL H. SLATE
ALEXANDRA KAZHOKIN
Attorneys for Bank of America, N.A.,
individually and as Agent for a
Group of Lenders

DATED: December 1, 2009

LEVENE, NEALE, BENDER, RANKIN &
BRILL L.L.P.

By: /s/ Juliet Y. Oh
DAVID L. NEALE
JULIET Y. OH
Attorneys for Chapter 11 Debtor and Debtor in
Possession

BN 4853897v1      3

| In re:<br>Roosevelt Loft, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-14214-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Buchalter Nemer, A Professional Corporation, 1000 Wilshire Blvd, Suite 1500 Los Angeles, CA 90017

A true and correct copy of the foregoing document described as <u>STIPULATION BETWEEN BANK GROUP AND DEBTOR TO CONTINUE HEARING ON BANK GROUP'S MOTION TO DISMISS OR CONVERT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 4, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- John B Acierno     ecfcacb@piteduncan.com
- Gary O Caris       gcaris@mckennalong.com, pcoates@mckennalong.com
- Steven R Fox       emails@foxlaw.com
- Helen R Frazer     hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden     herbert@ntlg.us
- Ian Landsberg      ilandsberg@lm-lawyers.com
- David L. Neale     dln@lnbrb.com
- Juliet Y Oh        jyo@lnbrb.com, jyo@lnbrb.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>December 4, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA US MAIL**
<u>Debtor</u>
**Roosevelt Lofts, LLC**
660 S Figueroa St 24th Fl
Los Angeles, CA 90017
Tax ID / EIN: 20-4068548

**VIA FEDERAL EXPRESS**
Hon. Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Room 342
Woodland Hills, CA 91367-6606

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 4, 2009 | R. Reeder | /s/ R. Reeder |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-3.1**

| | |
|---|---|
| In re:<br>Roosevelt Lofts, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-14214-GM |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**VIA NOTICE OF ELECTRONIC FILING ("NEF") – Continued:**

- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

**VIA US MAIL**

**United States Trustee (SV)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Committee of Creditors Holding Unsecured Claims**
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
818-705-2777

Morton G. Rosen, Esq.
Haight Brown & Bonesteel LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045

Theodore A. Anderson
690 S Brea Blvd
Brea, CA 92821

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**