1 | Morton G. Rosen (Bar No. 34333)
  | Jeffrey A. Vinnick (Bar No. 137005)
2 | HAIGHT BROWN & BONESTEEL LLP
  | 6080 Center Drive, Suite 800
3 | Los Angeles, CA 90045-1574
  | Telephone: 310.215.7100
4 | Facsimile: 310.215.7300
  | e-mail: mrosen@hbblaw.com
5 | jvinnick@hbblaw.com

6 | Attorneys for LOS ANGELES COMMUNITY
  | COLLEGE DISTRICT
7

FILED FEB -9 2010

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SAN FERNANDO VALLEY DIVISION

11

12 | In Re ROOSEVELT LOFTS, LLC,   ) Case No. 1:09-bk-14214-GM
   | Debtor.                       )
13 |                               ) Chapter 11
   |                               )
14 |                               ) DECLARATION OF MORTON ROSEN
   |                               ) IN SUPPORT OF MEMORANDUM OF
15 |                               ) POINTS AND AUTHORITIES IN
   |                               ) REPLY TO OPPOSITION TO MOTION
16 |                               ) FOR RECONSIDERATION OF AND AN
   |                               ) AMENDMENT TO THE JANUARY 8,
17 |                                 2010 ORDER AUTHORIZING DEBTOR
   |                                 TO SELL CONDOMINIUM UNITS
18
   | [Memorandum Of Points And
19 | Authorities In Reply To
   | Opposition To Motion For
20 | Reconsideration Of An
   | Amendment To The January 8,
21 | 2010 Order Authorizing Debtor
   | To Sell Condominium Units
22 | Filed Concurrently Herewith]

23 | Date:    February 17, 2010
   | Time:    10:00 a.m.
24 | Dept:    Hon. Geraldine Mund
   |          Courtroom "303"
25 |          21041 Burbank Blvd.
   |          Woodland Hills, CA
26

27 | / / /

28 | / / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318

1

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

ORIGINAL

## DECLARATION OF MORTON ROSEN

I, MORTON ROSEN, do hereby declare and say:

1. All of the statements contained herein are made and based on my own personal knowledge, and were I called as a witness I could and would competently testify thereto.

2. The attorneys for Roosevelt Lofts LLC, representing the Debtor, e-mailed their Opposition to the District's Motion at 10:30 p.m. on February 3, 2010, and e-mailed the Errata on the morning of February 4.

3. As of 10:00 a.m. on February 8, 2010, the Register of Actions in the Los Angeles County Superior Court did not show that Roosevelt Lofts LLC had filed a Proposed Statement Of Decision in the State Court Action. As of 4:00 a.m. on February 8, 2010, my office had not received a hard copy of any such filing in the State Court Action.

4. Paragraph 15 of the February 3, 2010 Declaration of J. Thomas Cairns, the lead attorney representing Roosevelt Lofts LLC in the State Court Action, asserts that he has "… in fact, submitted a Proposed Statement Of Decision which substantially tracks the Tentative Decision issued by the State Court. …" He does not attach a copy to his Declaration.

5. Assuming that at some time before the hearing on this motion that is set for February 17, 2010, a Proposed Statement Of Decision will be filed on behalf of Roosevelt Lofts LLC, and further assuming that as Mr. Cairns states in his Declaration it "substantially tracks the Tentative

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

2

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

1  Decision," Mr. Cairns is correct in his statement that the
2  District will object.
3     6.  The grounds of the anticipated objection will be
4  substantially similar to the December 24, 2009 Request For
5  Statement Of Decision that, along with a Declaration and
6  supporting documents, I filed in the State Court. True and
7  accurate copies are Exhibit "F" to my January 15, 2010
8  Declaration filed in this Court in support of the motion now
9  pending before this Court.
10    7.  Notwithstanding the assertions in the Opposing
11 Memorandum, the motion I filed seeks an amendment of this
12 Court's January 8, 2010 Order, requiring disclosures to
13 prospective purchasers. It does not seek vacation of the
14 Order insofar as it authorizes the making of sales, and does
15 not seek a delay in the commencement of sales.
16    8.  The District may seek a writ of supersedeas or
17 other appropriate relief from the Court of Appeal, staying
18 use of the alley easement for automobile traffic pending the
19 outcome of the anticipated appeal from the final judgment in
20 the State Court Action, as noted in the Memorandum of Points
21 and Authorities and two Declarations I filed in support of
22 my motion on January 15, 2010.
23    9.  And on behalf of the District, I reserve the right
24 to assert that the Notice Of Appeal from the anticipated
25 final judgment in the State Court Action will in my opinion
26 cause an automatic stay of any injunction issued by the
27 trial judge.
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

3

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

10. In my January 15, 2010 Declaration, filed in support of this motion, I noted the existence of an appeal already pending in the State Court Action from the February 2009 Temporary Restraining Order, Contempt Order, and Preliminary Injunction issued by the trial judge. My Declaration also presents the Appellant's Opening Brief filed on behalf of the District on September 18, 2009, and the October 30, 2009 letter from the Clerk of the Court of Appeal notifying the Respondents that if they do not file a Brief within 15 days the appeal will be submitted for a decision based upon the record and the Appellant's Opening Brief, and that they may be deemed to have waived oral argument. (¶¶ 29, 30 and 31, Exhibits "H," "I," and "J").

11. My Declaration also presented facts showing no Respondent's Brief was filed, and as of November 16, 2009, the on-line Docket at the Court of Appeal states "No reply by Respondent to notice re failure to file brief." (¶¶ 32 and 33, and Exhibit "K"). That remains true.

12. On January 26, 2010, I received from the Clerk of the Court of Appeal a Notice setting the hearing on this appeal for March 18, 2010. Attached hereto and made a part hereof is a copy of the Form, filled out and signed by me, requesting oral argument. (Exhibit "M").

13. I was present before this Court on January 7, 2010, at the hearing on objections to the motion for authorization to sell condominium units, solely as an observer.

14. The first time I could have learned of the contents of the Court's January 8, 2010 Order was when my office

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

4

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

received it by e-mail at the end of that day, which was a Friday. I did not see it that day.

15. I was not a party to, and did not overhear any of the discussions that took place between the attorneys for the Debor and the attorneys for the various creditors, which apparently led to an agreement for a Proposed Order, which after some conference call consultation that caused some revisions, the Court eventually entered.

16. It was not until Monday, January 11, 2010, that I reviewed the Court's January 8, 2010 Order. That was the first time I learned there was nothing in the Order that disclosed the existence or the status, or even referred to, the State Court Action in which the District and Roosevelt Lofts LLC are parties.

17. After receiving authorization from my client, the District, between January 11 and January 15, I prepared the motion and its supporting papers, obtained the signature of Kevin Jeter on his Declaration, and filed and served it. I set the hearing for February 17, thirty three (33) days later, guaranteeing Roosevelt Lofts LLC ample opportunity to prepare and file opposition.

18. I unequivocally deny any contention or intimation that the above-described conduct is in any way wrongful or disrespectful of the Court, either intentionally or inadvertently, or designed to create delay.

19. As I have previously noted, the District is not opposing the motion for permission to sell condominium units, and is not seeking a delay to the commencement of

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

5

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

1  sales.  It is seeking an amendment of the Order, so that it
2  includes a requirement of disclosures to prospective
3  purchasers, in sufficient detail and with appropriate
4  prominence, of the existence, likely future course, and
5  possible adverse effects of the State Court Action.
6      20.  I was not aware of the need for that disclosure
7  until January 11, 2010, when I saw the Court's Order of
8  January 8, 2010.

10      I declare under penalty of perjury under the laws of
11  the United States of America and the State of California
12  that the foregoing is true and correct.
13      Executed on February 8, 2010, at Los Angeles,
14  California.

_____
Morton Rosen

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

6

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

# Exhibit "M"

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
JOSEPH A. LANE, CLERK

DIVISION 4    October 30, 2009

Jeffrey Lee Licht
Jeffrey Licht & Associates
1875 Century Park East
Suite 600
Los Angeles, CA 90067

>700 WILSHIRE PROPERTIES,
>Plaintiff, Cross-defendant and Respondent,
>v.
>LOS ANGELES COMMUNITY COLLEGE DISTRICT,
>Defendant, Cross-complainant and Appellant;
>ALLIANCE PROPERTY INVESTMENTS, INC. et al.,
>Defendants, Cross-complainants and Respondents.
>B214024
>Los Angeles County No. BC377008

All Counsel:

Counsel for respondent(s) is hereby notified that if their brief is not on file within 15 days after the date of this notice, or good cause shown for relief from default, the appeal will be submitted for decision upon the record and the appellant's opening brief. (Rule 8.220(a)(2), California Rules of Court.)

*Respondent(s) should take notice that failure to file a brief may be deemed a waiver of oral argument.*

Very truly yours,

Joseph A. Lane, Clerk

by:_____
Deputy Clerk

cc:    Morton G. Rosen
       File

Second Appellate District, Div. Four
300 South Spring Street
Los Angeles, CA 90013
(213) 830-7000
www.courtinfo.ca.gov/2dca

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
JOSEPH A. LANE, CLERK

DIVISION 4     January 26, 2010

Morton G. Rosen
Haight, Brown & Bonesteel
6080 Center Drive
Suite 800
Los Angeles, CA 90045-1574

>700 WILSHIRE PROPERTIES,
>Plaintiff, Cross-defendant and Respondent,
>v.
>LOS ANGELES COMMUNITY COLLEGE DISTRICT,
>Defendant, Cross-complainant and Appellant;
>ALLIANCE PROPERTY INVESTMENTS, INC. et al.,
>Defendants, Cross-complainants and Respondents.
>B214024 / BC377008
>This case is ordered on Calendar for **March 18, 2010** at **09:00 AM**, before Division Four.

YOU MUST COMPLETE THIS FORM AND RETURN IT IMMEDIATELY. IF IT IS NOT RECEIVED WITHIN TEN (10) DAYS FROM THE DATE SHOWN ABOVE, <u>YOU WILL BE DEEMED TO HAVE WAIVED ORAL ARGUMENT.</u> If you are disposed to waive argument, we request that you endeavor to arrange with your adversary for a mutual waiver. You are reminded that although the court welcomes oral argument, the justices will have reviewed your case prior to the hearing; therefore repetition of the facts or contents of your briefs is not helpful.

1. Is this case ready for submission by you without oral argument? _____
   (If the answer is "Yes", then sign and return this form)

2. If oral argument is desired, amount of time requested: __20 minutes__
   (30 minutes maximum)

<u>PLEASE NOTE:</u> DIVISION FOUR'S CALENDAR WILL BE COMPILED ACCORDING TO THE ESTIMATES PROVIDED ON THIS FORM. SHORTER ARGUMENTS WILL BE HEARD AT THE BEGINNING OF THE CALENDAR AND THE LONGER ARGUMENTS AT THE END. REVISED ESTIMATES WILL <u>NOT</u> BE REQUESTED AT THE TIME OF ORAL ARGUMENT AND CASES WILL BE CALLED IN THE ORDER THEY APPEAR ON THE CALENDAR. PLEASE TAKE THIS INTO ACCOUNT WHEN ESTIMATING THE TIME YOU REQUIRE.

3. Name of attorney who will argue the case: __Morton Rosen__

4. Name of Firm: __Haight, Brown & Bonesteel__

   Signed: _[signature]_

   Attorney for: __Los Angeles Community College District__

Please complete and return this request promptly to:    Clerk, Court of Appeal, Second
Appellate Dist., Div. Four, 300 So. Spring St., Suite 2217, Los Angeles, CA 90013

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss:
COUNTY OF LOS ANGELES     )

*In Re ROOSEVELT LOFTS - 1:09-bk-14214-GM*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **February 9, 2010**, I served the within document(s) described as:

☐    *Memorandum Of Points And Authorities In Reply To Opposition To Motion For Reconsideration Of And An Amendment To The January 8, 2010 Order Authorizing Debtor To Sell Condominium Units*

☑    *Declaration Of Morton Rosen In Support Of Memorandum Of Points And Authorities In Reply To Opposition To Motion For Reconsideration Of And An Amendment To The January 8, 2010 Order Authorizing Debtor To Sell Condominium Units*

on the interested parties in this action as stated on the attached mailing list.

[X]    (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]    (E-MAIL) Served via electronic transmission, on the following:

| | |
|---|---|
| John B. Acierno | ecfcacb@piteduncan.com |
| Gary O. Caris | gcaris@mckennalong.com |
| P. Coates | pcoates@mckennalong.com |
| Steven R. Fox | emails@foxlaw.com |
| Helen R. Frazer | hfrazer@aalrr.com |
| Varand Gourjian | vg@gourjianlaw.com |
| Varand Gourjian | lala@gourjianlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42 0000008
3637318.1

1

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

| Name | Email |
|---|---|
| Herbert Hayden | herbert@ntlg.us |
| IFS | IFS_filing@buchalter.com |
| Ian Landsberg | ilandsberg@lm-lawyers.com |
| David L. Neale | dln@lnbrb.com |
| Juliet Y. Oh | jyo@lnbrb.com |
| S. Margaux Ross | margaux.ross@usdoj.gov |
| Bruce D. Rudman | bdr@agrlaw.net |
| William D. Schuster | bills@allieschuster.org |
| Daniel H. Slate | dslate@buchalter.com |
| S. Alarcon | salarcon@buchalter.com |
| David A. Tilem | davidtilem@tilemlaw.com |
| Malissa Murguia | malissamurguia@tilemlaw.com |
| Marcy Carman | marchcarman@tilemlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Marc Weinberg | marcweinberg@att.net |
| Brandon J. Witkow | bwitkow@lockelord.com |
| Aimee Y. Wong | aywong@mckennalong.com |

Executed on **February 9, 2010**, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Rob Briner                                     _[signature]_
(Type or print name)                           (Signature)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

2

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration

MAILING LIST
In Re ROOSEVELT LOFTS
1:09-bk-14214-GM

Landsberg Margulies LLP
16030 Ventura Blvd.,
Suite 470
Encino, CA 91436

Committee of Creditors
Holding Unsecured Claims

Daniel H. Slate, Esq.
Brian T. Harvey, Esq.
Richard P. Ormond, Esq.
*Buchalter Nemer, APC*
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017-2457

Attorneys for Bank of America,
N.A., individually, and as Agent
for a Group of Lenders

David L. Neale, Esq.
Juliet Y. Oh, Esq.
*Levene, Neale, Bender, Rankin &
Brill LLP*
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Attorneys for Chapter 11 Debtor
and Debtor in Possession

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LA42-0000008
3637318.1

3

Declaration of Morton Rosen In
Support Of P&A Memo in Reply to
Oppo to Mo for Reconsideration