DAVID L. NEALE (State Bar No. 141225)
JULIET Y. OH (State Bar No. 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF SUBMISSION OF:** |
| | **[PROPOSED] ORDER REGARDING MOTION FILED BY LOS ANGELES COMMUNITY COLLEGE DISTRICT FOR AN ORDER RECONSIDERING AND AMENDING THE JANUARY 8, 2010 ORDER AUTHORIZING DEBTOR TO CONDUCT A PUBLIC AUCTION AND SALE OF CERTAIN CONDOMINIUM UNITS FREE AND CLEAR, BY REQUIRING DISCLOSURES TO POTENTIAL PURCHASERS OF THE STATE COURT EASEMENT DISPUTE** |
| | Hearing on Proposed Form of Order: |
| | Date: March 3, 2010 |
| | Time: 10:00 a.m. |
| | Place: Courtroom "303" |
| | 21041 Burbank Boulevard |
| | Woodland Hills, CA 91367 |

1

**PLEASE TAKE NOTICE** that Roosevelt Lofts, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, has lodged with the Court the attached proposed form of order (the "Proposed Order") regarding the motion filed by the Los Angeles Community College District (the "District") to reconsider and amend the order entered by the Court on January 8, 2010 granting the Debtor's motion for authority to (A) conduct a public auction of approximately sixty five (65) condominium units, but no fewer than fifty (50) units and no more than seventy five (75) units (collectively, the "Units") and sell such Units to third party purchasers, free and clear of liens, claims, interests and encumbrances, and (B) employ Kennedy Wilson Auction Group Inc. as the Debtor's auctioneer to publicize, market and offer the Units for sale through a public auction.

**PLEASE TAKE FURTHER NOTICE** that the District has not approved the attached form of the Proposed Order and, to the extent necessary, the Court will resolve any objections regarding the Proposed Order at a hearing to be held on March 3, 2010 at 10:00 a.m. before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California.

Dated: March 1, 2010                    ROOSEVELT LOFTS, LLC

                                        By:___/s/ Juliet Y. Oh_____
                                              DAVID L. NEALE
                                              JULIET Y. OH
                                              LEVENE, NEALE, BENDER,
                                                    RANKIN & BRILL L.L.P.
                                              Attorneys for Chapter 11 Debtor and
                                              Debtor in Possession

DAVID L. NEALE (State Bar No. 141225)
JULIET Y. OH (State Bar No. 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **[PROPOSED] ORDER REGARDING MOTION FILED BY LOS ANGELES COMMUNITY COLLEGE DISTRICT FOR AN ORDER RECONSIDERING AND AMENDING THE JANUARY 8, 2010 ORDER AUTHORIZING DEBTOR TO CONDUCT A PUBLIC AUCTION AND SALE OF CERTAIN CONDOMINIUM UNITS FREE AND CLEAR, BY REQUIRING DISCLOSURES TO POTENTIAL PURCHASERS OF THE STATE COURT EASEMENT DISPUTE** |
| | Date: February 17, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

1        On February 17, 2010 at 10:00 a.m., a hearing (the "Hearing") was held before the

2   Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of

3   California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills,

4   California, to consider the motion (the "Reconsideration Motion") filed by the Los Angeles

5   Community College District (the "District") for an order reconsidering and amending the order

6   entered by the Court on January 8, 2010 (the "Auction Order") granting the Debtor's motion for

7   authority to (A) conduct a public auction of approximately sixty five (65) condominium units,

8   but no fewer than fifty (50) units and no more than seventy five (75) units (collectively, the

9   "Units") and sell such Units to third party purchasers, free and clear of liens, claims, interests

10  and encumbrances, and (B) employ Kennedy Wilson Auction Group Inc. as the Debtor's

11  auctioneer to publicize, market and offer the Units for sale through a public auction

12  Appearances at the Hearing were made as set forth on the record of the Court.

13       The Court, having considered the Reconsideration Motion and all papers filed by the

14  District in support of the Reconsideration Motion, the opposition to the Reconsideration Motion

15  filed by Roosevelt Lofts, LLC, a Delaware limited liability company, the debtor and debtor in

16  possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), and the oral

17  arguments and statements of counsel made at the Hearing, and other good cause appearing,

18       IT IS HEREBY ORDERED AS FOLLOWS:

19       A.    The Debtor shall provide disclosure of the existing litigation involving, among

20  others, the Debtor and the District, regarding the use of an alleyway between their respective

21  properties to all purchasers of the Units, in the form attached as Exhibit "1" hereto.

22       B.    Other than as set forth in this Order, the Reconsideration Motion is denied.

23  IT IS SO ORDERED.

24                                      ###

25

26

27

28

4

EXHIBIT "1"

There exists an easement for the benefit of Roosevelt Lofts, LLC, for use of the alleyway running between the Roosevelt Building and Wilshire Boulevard, which has been the subject of a lawsuit filed by 700 Wilshire Properties and the Los Angeles Community College District [Los Angeles Superior Court Case No. BC 377 008]. Roosevelt Lofts, LLC claims that it has an unrestricted right to use the alleyway, and pursuant to approved plans and specifications filed with the City of Los Angeles, the alleyway is currently being used as point of egress from the Roosevelt Building's ground and upper floor parking spaces.

Following trial, the Superior Court determined (pursuant to a tentative decision to be formally entered) that there is no merit to the claims of 700 Wilshire Properties and Los Angeles Community College District that use of the alleyway for vehicular ingress to and egress from the Roosevelt Building should be limited or restricted and. The Court has further held thus far, that Roosevelt Lofts, LLC and its successors are entitled to a permanent injunction barring 700 Wilshire Properties and the Los Angeles Community College District from obstructing the alleyway or interfering with the free flow of vehicles to and from the Roosevelt Building over the alleyway. The Superior Court has already issued a preliminary injunction, (which is now in effect and would become permanent upon entry of the Superior Court's Order), barring 700 Wilshire Properties and the Los Angeles Community College District from obstructing or interfering with the free flow of vehicles over the alleyway.

The Superior Court judgment is not yet final and the Los Angeles Community College District has indicated that it intends to appeal the Superior Court's decision.

In the event that the Los Angeles Community College District is successful in an appeal use of the alleyway by vehicles entering or exiting the ground floor and upper level parking garage may be restricted or prohibited. In such event, ingress to and egress to and from the Roosevelt Building would still be available through two separate access points on Flower Street (one which serves the lower level parking areas, and one which serves the ground floor and upper level parking areas). As a result, there will still be ingress to and egress from two separate access points on Flower Street, although traffic flow could potentially increase at the ground floor access. Although traffic flow within the Roosevelt Building garage on the ground floor could potentially become more inconvenient if 700 Wilshire Properties or the Los Angeles Community College District prevail on their appeal, there is no change in the ultimate fact that parking on both the lower and upper levels at the Roosevelt Building will remain available for resident and guest use.

The lawsuit does not concern or have any effect on the use of the lower levels of the parking garage which will continue to have access via a separate access point on Flower Street

| In re | ROOSEVELT LOFTS, LLC | Debtor(s). | Chapter 11 |
| | | | 1:09-14214-GM |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as

**NOTICE OF SUBMISSION OF:**

**[PROPOSED] ORDER REGARDING MOTION FILED BY LOS ANGELES COMMUNITY COLLEGE DISTRICT FOR AN ORDER RECONSIDERING AND AMENDING THE JANUARY 8, 2010 ORDER AUTHORIZING DEBTOR TO CONDUCT A PUBLIC AUCTION AND SALE OF CERTAIN CONDOMINIUM UNITS FREE AND CLEAR, BY REQUIRING DISCLOSURES TO POTENTIAL PURCHASERS OF THE STATE COURT EASEMENT DISPUTE**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 1, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno   ecfcacb@piteduncan.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon   chacondominic@yahoo.com
- Cynthia M Cohen   cynthiacohen@paulhastings.com
- Steven R Fox   emails@foxlaw.com
- Helen R Frazer   hfrazer@aalrr.com
- Varand Gourjian   vg@gourjianlaw.com, lala@gourjianlaw.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden   herbert@ntlg.us
- Ian Landsberg   ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale   dln@lnbrb.com
- Juliet Y Oh   jyo@lnbrb.com, jyo@lnbrb.com
- S Margaux Ross   margaux.ross@usdoj.gov
- Bruce D Rudman   bdr@agrlaw.net
- William D Schuster   bills@allieschuster.org
- Daniel H Slate   dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- David A Tilem   davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg   marcweinberg@att.net
- Brandon J Witkow   bwitkow@lockelord.com
- Aimee Y Wong   aywong@mckennalong.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | ROOSEVELT LOFTS, LLC | Debtor(s). | Chapter 11<br>1:09-14214-GM |
|-------|----------------------|------------|------------------------------|

## II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On -------------------------i served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

## III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 1, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By e-mail:**

Morton G. Rosen, Esq.
Jeffrey A. Vinnick, Esq.
mrosen@hbblaw.com; jvinnick@hbblaw.com

Ian Landsberg, Esq.
ilandsberg@lm-lawyers.com

David Tilem, Esq.
davidtilem@tilemlaw.com

Dan Slate, Esq.
dslate@buchalter.com

**By attorney service**:
Honorable Geraldine Mund
21041 Burbank Blvd.
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 1, 2010 | Marguerite Hardin | /s/ Marguerite Hardin |
|---------------|-------------------|------------------------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**