DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbrb.com, jyo@lnbrb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**SECOND STIPULATION AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL THROUGH AND INCLUDING MARCH 15, 2010; AND (B) BORROW MONEY FROM MILBANK HOLDING CORP. ON AN ADMINISTRATIVE EXPENSE PRIORITY BASIS TO COVER ANY OPERATING SHORTAGES**<br><br>[No Hearing Required] |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:**

Roosevelt Lofts, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, (the "Debtor"), Milbank Holding Corp. ("Milbank"), and Bank of America,

1

1  N.A., individually and as agent for a group of lenders (the "Bank"), by and through their counsel of
2  record, hereby stipulate and agree with respect to the following facts[1]:
3      A.    On April 13, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under
4  Chapter 11 of 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtor is
5  managing its financial affairs and operating its bankruptcy estate as a debtor in possession pursuant
6  to Sections 1107 and 1108 of the Bankruptcy Code.
7      B.    The Debtor is the owner of real property located at 727 West 7th Street in Los
8  Angeles, California, a fifteen-story architecturally significant building located in the heart of the
9  Financial District in downtown Los Angeles (the "Building").
10     C.    Prior to the Petition Date, in or about March 2006, the Debtor entered into a
11 construction loan agreement with the Bank, pursuant to which the Debtor obtained a loan from the
12 Bank in the original principal sum of $78,840,375 (the "Loan") for the purpose of converting the
13 Building into 222 upscale condominium residences, plus approximately 17,500 square feet of retail
14 space and five levels of parking. The Bank asserts that it is currently owed approximately $80
15 million under the Loan. The obligations of the Debtor in connection with the Loan are secured by
16 a Construction Deed of Trust and a Leasehold Deed of Trust against the Building (collectively, the
17 "Deeds of Trust").
18     D.    The Debtor is currently holding cash in the sum of $1,550.64 in its debtor in
19 possession bank account. This cash is derived primarily from rent revenue generated by the
20 Debtor from leasing commercial and residential units in the Building. Pursuant to the Deeds of
21 Trust, the Bank asserts a security interest in the Debtor's cash and all revenue generated from
22 leasing units in the Building.
23     E.    On August 27, 2009, the Debtor filed that certain *"Debtor's Emergency Motion For*
24 *Entry Of An Order Authorizing Debtor To Use: (A) Cash Collateral On Interim Basis Pending A*
25 *Final Hearing; And (B) Borrow Money From Milbank Holding Corp. On An Administrative*

---

[1] The Bank, while agreeing to the use of cash collateral on the terms set forth in this Stipulation reserves the right to dispute any of the factual statements made in this Stipulation.

2

1  *Expense Priority Basis*" (the "Cash Collateral Motion"). Pursuant to the Cash Collateral Motion,
2  the Debtor sought authority to use its cash collateral in accordance with the Debtor's operating
3  budget for the months of August through December 2009 (the
4  "First Budget"), and to borrow money on an administrative expense priority basis from its affiliate,
5  Milbank Holding Corp. ("Milbank"), to cover the operating shortages set forth in the First Budget

6  F.    Hearings were held on September 2, 2009 at 10:00 a.m. (the "Initial Hearing") and
7  on September 29, 2009 at 10:00 a.m. (the "Final Hearing") for the Court to consider the Cash
8  Collateral Motion. Following the Initial Hearing, on September 8, 2009, the Court entered an
9  order granting the Cash Collateral Motion on an interim basis. Following the Final Hearing, on
10 October 5, 2009, the Court entered an order granting the Cash Collateral Motion on a final basis.

11 G.    Pursuant to the interim and final orders granting the Cash Collateral Motion, the
12 Debtor was authorized to use cash collateral to pay all of the expenses set forth in the First Budget
13 as well as a post-petition balance of $49,698.47 owed to the Los Angeles Department of Water and
14 Power ("DWP"). In addition to the expenses set forth in the First Budget and the post-petition
15 amount owed to DWP, the Debtor was also authorized to use cash collateral to pay the following
16 expenses, which were not reflected in the First Budget but which the Bank and the Official
17 Committee of Unsecured Creditors agreed should be paid: (1) fees for security services rendered
18 in May, June and July 2009 by Kadima Security Services, Inc., in the total amount of $30,641.00;
19 and (2) premiums due for the renewal of the Debtor's insurance policies, in the amount of
20 $21,608.00.

21 H.    As reflected in the First Budget, the Debtor estimated that it would generate rent
22 revenue of approximately $40,000 per month during the months of August through December
23 2009. However, during those months, the Debtor was successful in leasing additional units in the
24 Building, resulting in higher actual rent revenue in the months of November and December 2009

25 I.    Due to the increase in the number of tenants in the Building, certain of the Debtor's
26 operating expenses increased beginning in November 2009, specifically, the Debtor's DWP
27 utilities expense, security services expenses, janitorial services expense, building engineer expense,
28

3

1 and trash services expense. Similarly, due to the increased tenant activity in the Building, the
2 Debtor required the addition of marketing/advertising expenses of $3,000 per month, rental unit
3 repair and maintenance expenses of $3,000 per month, and Building repair and maintenance
4 expenses (*i.e.*, pool services, gardening and other maintenance supplies, etc.) of $3,500 per month.
5 These changes to the First Budget were reflected in a revised form of budget prepared by the
6 Debtor and shared with the Bank (the "Revised Budget"). In addition to the foregoing changes, the
7 Revised Budget extended through February 28, 2010 and included the Debtor's estimated income
8 and expenses for the months of January and February 2010.

9   J.   Since the revenue estimated to be generated during the period covered by the
10 Revised Budget was not expected to cover all of the operating expenses set forth in the Revised
11 Budget, the Debtor sought to obtain financing from Milbank, on an administrative expense priority
12 basis, to cover the operating shortages set forth in the Revised Budget.

13   K.   The Bank consented to the Debtor's use of cash collateral in accordance with the
14 Revised Budget. Accordingly, the Debtor and the Bank entered into a stipulation (the "First
15 Stipulation") authorizing the Debtor to use cash collateral in accordance with the Revised Budget
16 and to borrow money from Milbank on an administrative expense priority basis to cover the
17 operating shortages set forth in the Revised Budget. A copy of the Revised Budget was attached as
18 an exhibit to the First Stipulation. The Court entered an order approving the First Stipulation on
19 January 11, 2010.

20   L.   Prior to the expiration of the term of the First Stipulation, the Debtor provided the
21 Bank with an operating budget (the "Second Budget"), which reflected the Debtor's estimated
22 income and expenses for the months of March, April and May 2010. A true and correct copy of
23 the Second Budget is attached hereto as Exhibit "A."

24   M.   The Bank has consented to the Debtor's use of cash collateral for a period of fifteen
25 (15) days and to the Debtor's borrowing of money from Milbank on an administrative expense
26 priority basis to cover any operating shortages during the foregoing period, in accordance with the
27 terms and conditions set forth in this Stipulation.

28

WHEREFORE, subject to the approval of the Court, the parties hereto stipulate and agree as follows:

1. **Authorization to Use Cash Collateral.** Subject to the other provisions of this Stipulation, including the extension provision at paragraph 4 below, the Debtor and the Bank agree that the Debtor may use cash collateral for a period of fifteen (15) days, through and including March 15, 2010 (as it may be extended from time to time under the terms of the Stipulation, the "Authorized Period"), to pay the expenses reflected in the Second Budget, provided, however, that the Debtor shall not use any cash collateral during the Authorized Period for "model units furniture." The Debtor is authorized to deviate from the allowed line items contained in the Second Budget during the Authorized Period by not more than 10%, on both a line item and aggregate basis. The Debtor is further authorized to use cash collateral during the Authorized Period to pay all quarterly fees owing to the Office of the United States Trustee and all expenses owing to the Clerk of the Bankruptcy Court.

2. **Authorization to Borrow Money.** The Debtor is authorized to borrow money on an administrative expense priority basis from Milbank in sums necessary to cover any operating shortages set forth in the Second Budget during the Authorized Period.

3. **Effective Date.** The terms of this Stipulation shall be effective as of the date of execution of this Stipulation.

4. **Extensions.** This Stipulation can be further extended by the Debtor and the Bank in writing, without notice or a hearing before the Court, if they agree to such an extension.

5. **Modification.** The Debtor shall not, without the Bank's prior written consent, seek to modify, vacate or amend the terms of this Stipulation and order approving this Stipulation. If any of the provisions of this Stipulation are hereafter modified, vacated or stayed by subsequent order of this Court, such stay, modification or vacatur shall not affect the validity of any obligation outstanding immediately prior to the effective time of such stay, modification or vacation, or the validity and enforceability of any lien, priority, right, privilege or benefit authorized hereby with respect to any such obligations.

```
 1  Dated: March 1, 2010                ROOSEVELT LOFTS, LLC
 2
                                        By:    /s/ Juliet Y. Oh
 3                                              DAVID L. NEALE
                                                JULIET Y. OH
 4                                              LEVENE, NEALE, BENDER,
                                                    RANKIN & BRILL L.L.P.
 5                                              Counsel for Chapter 11 Debtor and
                                                Debtor in Possession
 6
 7  Dated: March 1, 2010                MILBANK HOLDING CORP.
 8
                                        By:    /s/ Homan Taghdiri
 9                                              HOMAN TAGHDIRI
                                                General Counsel for
10                                              Milbank Holding Corp.
11
    Dated: March 1, 2010                BANK OF AMERICA, N.A., Individually and
12                                      as Agent for a Group of Lenders
13
14                                      By:_____
                                                DANIEL H. SLATE
15                                              RICHARD P. ORMOND
                                                Counsel for Bank of America, N.A.,
16                                              Individually and as Agent for a Group
                                                of Lenders
17
18
19
20
21
22
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 1, 2010 | ROOSEVELT LOFTS, LLC |
| 3 | | By: /s/ *Juliet Y. Oh* |
| 4 | | DAVID L. NEALE<br>JULIET Y. OH |
| 5 | | LEVENE, NEALE, BENDER,<br>RANKIN & BRILL L.L.P. |
| 6 | | Counsel for Chapter 11 Debtor and<br>Debtor in Possession |
| 7 | | |
| 8 | Dated: March 1, 2010 | MILBANK HOLDING CORP. |
| 9 | | By: |
| 10 | | HOMAN TAGHDIRI<br>General Counsel for |
| 11 | | Milbank Holding Corp. |
| 12 | Dated: March 1, 2010 | BANK OF AMERICA, N.A., Individually and<br>as Agent for a Group of Lenders |
| 13 | | |
| 14 | | |
| 15 | | By: |
| 16 | | DANIEL H. SLATE<br>RICHARD P. ORMOND |
| 17 | | Counsel for Bank of America, N.A.,<br>Individually and as Agent for a Group<br>of Lenders |

6

# EXHIBIT A

## The Roosevelt Residences

### Estimated Budget of Expenses to be Paid*

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| Gross Rental Income** | $ 33,342.53 | $ 40,752.26 | $ 43,119.15 | $ 66,166.60 | $ 76,260.83 | $ 82,260.83 | $ 88,260.83 | $ 100,154.50 | $ 100,154.50 | $ 100,154.50 |
| Ace Parking (received income) | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 | 12,800.00 |
| Total Collection | $ 46,142.53 | $ 53,552.26 | $ 55,919.15 | $ 78,966.60 | $ 89,060.83 | $ 95,060.83 | $ 101,060.83 | $ 112,954.50 | $ 112,954.50 | $ 112,954.50 |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| Insurance | $ 7,202.64 | $ 7,202.64 | $ 7,202.64 | $ 7,202.64 | $ 7,202.64 | $ 7,202.64 | $ 7,202.64 | $ 7,203.64 | $ 7,204.64 | $ 7,205.64 |
| DWP - Utilities | 12,000.00 | 12,000.00 | 12,000.00 | 16,000.00 | 16,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 |
| DWP - Water | 750.00 | 750.00 | 750.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| DWP - Fire Service | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Ace Parking (service fees) | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 |
| Security Services | 12,376.00 | 12,376.00 | 12,376.00 | 12,376.00 | 18,496.00 | 18,496.00 | 18,496.00 | 18,496.00 | 18,496.00 | 18,496.00 |
| Janitorial Services | 3,627.00 | 3,627.00 | 3,627.00 | 3,627.00 | 3,627.00 | 3,627.00 | 3,627.00 | 5,440.00 | 5,440.00 | 5,440.00 |
| Building Engineer | 5,334.33 | 5,334.33 | 5,334.33 | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 |
| Telephone Services | 500.00 | 500.00 | 500.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Cable/Internet for Common Areas | 500.00 | 500.00 | 500.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Trash Services | 250.00 | 250.00 | 250.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Property/Sales Manager | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 | 7,250.00 |
| Sales/Leasing Agent | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 | 12,750.00 |
| Administrative Assistant | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 |
| Marketing and Advertising | | | | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Temporary Exp-Model Units Furniture | | | | | | | | 5,000.00 | 5,000.00 | 5,000.00 |
| Punch list repair for inside of units | | | | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Repair and Maintenance | | | | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |
| (Pool Services, gardening Supplies, wear and tear) | | | | | | | | | | |
| Elevator Service Contract | | | | | | | | 2,500.00 | 2,500.00 | 2,500.00 |
| Miscellaneous (Bank Charges) | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| | | | | | | | | | | |
| Total Expenses* | $77,889.97 | $77,889.97 | $77,889.97 | $94,355.64 | $100,475.64 | $101,475.64 | $101,475.64 | $112,189.64 | $112,190.64 | $112,191.64 |
| Advances to Cover Shortage**** | $31,747.45 | $24,337.71 | $21,970.82 | $15,389.04 | $11,414.81 | $6,414.81 | $414.81 | | | |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $764.86 | $763.86 | $762.86 |

* Expenses included are not intended to represent all expenses associated with the management, operation, and maintenance of the project.
** Income does not include anticipated rents to be received from ready to move in tenants, additional leasing efforts, or collection loss.
*** Paid through advances made on behalf of debtor, with all rights reserved.
**** Shortage is to be reduced by any increased income realized by the property.

February 18, 2010

*Confidential and Privileged Information*

| In re | ROOSEVELT LOFTS, LLC | Debtor(s). | Chapter 11<br>1:09-14214-GM |
|---|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as

**SECOND STIPULATION AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL THROUGH AND INCLUDING MARCH 15, 2010; AND (B) BORROW MONEY FROM MILBANK HOLDING CORP. ON AN ADMINISTRATIVE EXPENSE PRIORITY BASIS TO COVER ANY OPERATING SHORTAGES**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    chacondominic@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Case 1:09-bk-14214-GM    Doc 327    Filed 03/02/10    Entered 03/02/10 15:35:43    Desc
Main Document    Page 11 of 15

| In re | ROOSEVELT LOFTS, LLC | Debtor(s). | Chapter 11<br>1:09-14214-GM |
|---|---|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 2, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

***By U.S. mail:***
*Office of the U.S. Trustee*
*Members of the Creditors' Committee and its counsel*
*Secured creditors*
*Parties requesting notice*
*(See attached)*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 2, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By attorney service**:
Honorable Geraldine Mund
21041 Burbank Blvd.
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

Roosevelt Lofts
RSN

Roosevelt Lofts, LLC
c/o Mr. M. Aaron Yashouafar, President
Roosevelt Lofts, Inc.
16661 Ventura Blvd., #600
Encino, CA 91436

U.S. Trustee
Attn: S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

**Counsel for Ryan Anderson, et al.**
Gary Owen Caris, Esq.
McKenna, Long & Aldridge LLP
444 South Flower St., 8th Floor
Los Angeles, CA 90071

**Counsel for HD Supply Construction**
William D. Schuster, Esq.
Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706-2614

Homan Taghdiri, Esq.
**Milbank**
660 S. Figueroa St., 24th Floor
Los Angeles, CA 90017

**Counsel for Siemens Bldg Tech., Inc.**
Benjamin R. Trachtman, Esq.
Trachtman & Trachtman
27401 Los Altos, Suite 300
Mission Viejo, Ca 92691

**Counsel for Bank of America**
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

**Counsel for Sidney Alter dba Alter Electric**
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

Herbert Alfred Mayer
5360 Willow Oak Street
Simi Valley, CA 93063-4591

L.A. County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**Counsel for Infiniti Metals**
Law Ofcs Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

**Counsel for VGI**
Patrick J. Duffy III
Andrew W Hawthorne
Monteleone & McCrory
725 S. Figueroa St., Ste. 3200
Los Angeles, CA 90017

Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

**Counsel for ThyssenKrupp Elevator**
William C. Hernquist II
Wallace H. Sweet
8407 La Mesa Blvd.
La Mesa, CA 91942

**Committee Member**
Kuetar Flooring
Attn: Joseph Kember/Ed Sheats
2 Innovation Drive
Renfrew
Ontario, **CANADA** K7V4B1

**Committee Member**
Bontempi USA
Attn: Yeujye Chen
8919 Beverly Blvd.
West Hollywood, CA 90048

**Committee Member**
A American Custom Flooring
Attn: Richard S. Lauter
311 S. Wacker Drive
Chicago, IL 60066

**Counsel for American Gunite, Inc.**
Varand Gourjian, Esq.
Gourjian Law Group
100 N. Brank Blvd., Sixth Floor
Glendale, CA 91203

David Sherwood
CEO
Daniel's Jewelers
PO Box 3750
Culver City, CA 90231

~~Alan B. Clark~~
~~Latham & Watkins LLP~~
~~355 S. Grand Ave~~
~~Los Angeles, CA 90071~~
**Withdrawal of RSN filed 11-10-09**

**Counsel to Bank of America**
Seyfarth Shaw LLP
T. Larry Watts, Eric B. von Zeipel
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

Attorney for Canon Financial Svcs
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012

Fred S. Pardes, Esq.
LAW OFFICES OF FRED S. PARDES
A Professional Corporation
34211 Pacific Coast Highway, Suite 103
Dana Point, Ca. 92629

~~Maria Stark~~
~~Hypothesis~~
~~811 West 7th St., Ste. 600~~
~~Los Angeles, CA 90017~~
*Remove per e-mail dtd 12-29-09*

~~Greg Sinderbrand, Esq.~~
~~Borba, Inc.~~
~~21700 Oxnard St Ste 1850~~
~~Woodland Hills, CA 91367~~
*Remove per e-mail dtd 12-29-09*

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

S.E.C.
5670 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90036

Roosevelt Lofts
Secured Creditors and their agents

Bank of America, N.A.
333 S. Hope St.
11th Floor
Los Angeles, CA 90071

V.G.I. Corporation
5508 S. Santa Fe Avenue
Vernon, CA 90058

~~Alter Electric Company~~
~~5443 Donna Avenue~~
~~Tarzana, CA 91356~~
**Represented by counsel; see below**

Thermalair
1140 Red Gum Street
Anaheim, CA 92806

American Gunite, Inc.
5042 Wilshire Blvd.
Suite 496
Los Angeles, CA 90036

Wrightway Construction, Inc.
1070 E. Dominguez St.
Suite A
Carson, CA 90746

~~Southland Exterior Building Services, Inc.~~
~~9582 Hamilton Ave.~~
~~#166~~
~~Huntington Beach, CA 92646~~
**Address change; see below**

Westye Group - West, Inc.
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

Integrity Builders West, Inc.
25942 Via Marejada
Mission Viejo, CA 92691

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Purcell Murray Builder Sales Company, Inc.
2341 Jefferson Street
Suite 200
San Diego, CA 92110

Lynn Safety, Inc.
367 Civic Drive
Suite 8
Pleasant Hill, CA 94523

Thyssenkrupp Elevator, Inc.
6087 Triangle Drive
Los Angeles, CA 90040

Allsale Electric Inc.
7950 Deering Avenue
Canoga Park, CA 91304

Cal-State Steel Corporation
1801 W. Compton Boulevard
Compton, CA 90220

Commercial Glass Company
1577 Tierra Rejada Road
Simi Valley, CA 93065

Addison Pools, Inc.
10835 Magnolia Boulevard
North Hollywood, CA 91601

EJ Reyes Corp.
6328 Roundhill Drive
Whittier, CA 90601

EFCO Corporation
1290 Carbide Drive
Corona, CA 92881

Siemens Building Technologies, Inc.
10775 Business Center Drive
Cypress, CA 90630

SRS Fire Protection, Inc.
6829 Canoga Avenue #2
Canoga Park, CA 91303

~~Spectra Company~~
~~2510 Supply Street~~
~~Pomona, CA 91767-2113~~
**Address change per post ofc; see below**

New World West
940 Challenger Street
Brea, CA 92821

Brewster Marble Co., Inc.
11818 Glenoaks Boulevard
San Fernando, CA 91340

CraneNetics, Inc.
4780 Cheyenne Way
Chino, CA 91710

Dunn-Edwards Corporation
4885 E. 52nd Place
Los Angeles, CA 90040

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

HD Supply / White Cap Construction Supply
P.O. Box 1770
Costa Mesa, CA 92626

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352

Insul-Flow, Inc.
1911 N. Fine
Fresno, CA 93727

American Concrete Cutting Inc.
dba American Demolition/Concrete Cutting
620 Poinsettia Street
Santa Ana, CA 92701

GRIF-FAB Corporation
5350 Newport Street
Commerce City, CO 80022

Frank's Disposal
PO Box 4271
Sunland, CA 91041

Rohertson's Ready Mix
PO Box 3600
Corona, CA 92878

Orco Construction Supply
477 N. Canyons Parkway, #A
Livermore, CA 94551

A Fence Company, Inc.
15205 Carretera Drive
Whittier, CA 90605

AB California Acquisition Corp.
dba Acoustical Material Services
10200 S. Pioneer Boulevard,
Suite 500
Santa Fe Springs, CA 90670

Arrow
7635 Burnet Avenue
Van Nuys, CA 91405

**Counsel for Bank of America**
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

Agent for Bank of America
T. Larry Watts, Esq.
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

Agent for V.G.I. Corporation
Patrick J. Duffy, Esq.
725 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

Agent for American Gunite
Bradley A. Raisin, Esq.
16055 Ventura Blvd., Suite 601
Encino, CA 91436

Agent for Wrightway Construction
E. Leonard Fruchter, Esq.
1609 Cravens Avenue
Torrance, CA 90501

Agent for Southland Exterior Building Svcs
Fred S. Pardes, Esq.
34211 Pacific Coast Hwy, Suite 103
Dana Point, CA 92629

Agent for Westye Group – West, Inc.
Christopher W. Bayuk, Esq.
Bayuk & Associates
401 W. 'A' Street, Ste. 1400
San Diego, CA 92101

Agent for Pfinish Koncepts, Inc.
Alan J. Carnegie, Esq.
23975 Park Sorrento, Suite 227
Calabasas, CA 91302

Agent for Purcell Murray Builder Sales
David J. Barnier, Esq.
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Agent for Lynn Safety
Herbert Hayden, Esq.
40931 Fremont Boulevard
Fremont, CA 94538

Agent for Cal State Steel Corp
Heather M. Kadeg, Esq.
30423 Canwood Street, Suite 131
Agoura Hills, CA 91301

Agent for EJ Reyes
Meyer S. Levitt, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

Agent for EFCOCorp
Michael C. Brown, Esq.
23230 Chagrin Blvd., Suite 940
Cleveland, OH 44122

Agent for Spectra Company
Beard Hobbs, Esq.
7844 La Mesa Boulevard
La Mesa, CA 91941

Agent for PM Estrada Roofing
J.J. Little, Esq.
1516 S. Bundy Dr., Suite 312
Los Angeles, CA 90025

Agent for American Concrete Cutting
Ryan K. Hirota, Esq.
PO Box 19694
Irvine, CA 92623

Agent for Robertson's Ready Mix
Robert M. Binam, Esq.
200 S. Main Street, Suite 200
Corona, CA 92882

Agent for HD Supply
William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA 92706

Southland Exterior Bldg Svcs
27881 La Paz Rd., Ste G
Laguna Niguel, CA 92677

**Counsel for Sidney Alter dba Alter Electric**
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

Spectra Company
2510 Supply Street
Pomona, CA 91767-2113