DANIEL H. SLATE (SBN: 78173)
RICHARD P. ORMOND (SBN: 207442)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: dslate@buchalter.com
Email: rormond@buchalter.com
Email: bharvey@buchalter.com

Attorneys for Bank of America, N.A., individually and as
Administrative Agent for a Group of Lenders

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company,, | Chapter: 11 |
| Debtor. | **STATEMENT OF BANK GROUP WITH RESPECT TO DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD TO OBTAIN ACCEPTANCES OF ITS PLAN OF REORGANIZATION** |
| | Date:    [no hearing required] |

Bank of America, N.A., individually and as Administrative Agent for a Group of Lenders (the "Bank Group") respectfully represents:

1.  The Bank Group does not oppose the motion by the debtor seeking to extend the time within which to seek acceptances to its plan. The Bank Group's position is without prejudice to the Bank Group's seeking a court order to shorten the exclusivity period upon a showing of cause, as provided in Section 1121(d)(1) of the Bankruptcy Code. The Bank Group believes that such "cause" would include, for example, any failure by the Debtor to comply with the provisions of the order entered on January 8, 2010, which requires the Debtor (i) to complete

construction of the ninth and tenth floors (as well as any work remaining on floors two through eight) of the Building by March 31, 2010, and (ii) to complete construction of the remaining floors of the Building (other than the penthouse units) by June 30, 2010.  This statement of "cause" is merely descriptive and should not be construed as limiting the rights of the Bank Group, all of which are specifically reserved.

2. Under those circumstances, the Bank Group has no objection to the relief requested in the motion.

DATED: April 14, 2010

BUCHALTER NEMER
A Professional Corporation

By:/s/ Daniel H. Slate
DANIEL H. SLATE
Attorneys for Bank of America, N.A.,
individually and as Administrative Agent for a
Group of Lenders

| Case 1:09-bk-14214-GM   Doc 353   Filed 04/14/10   Entered 04/14/10 12:42:22   Desc |
| --- |
| In re: Roosevelt Lofts, LLC — Main Document — Page 3 of 4 — CHAPTER: 11 |
| Debtor(s). — CASE NUMBER: 1:09-bk-14214-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: BUCHALTER NEMER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **STATEMENT OF BANK GROUP WITH RESPECT TO DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD TO OBTAIN ACCEPTANCES OF ITS PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 14, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- John B Acierno   ecfcacb@piteduncan.com
- Carleton R Burch   crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon   chacondominic@yahoo.com
- Cynthia M Cohen   cynthiacohen@paulhastings.com
- Steven R Fox   emails@foxlaw.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 14, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
**Debtor**
Roosevelt Lofts, LLC
660 S Figueroa St 24th Fl
Los Angeles, CA 90017

**Via Federal Express**
Hon. Geraldine Mund, U.S. Bankruptcy Court, 21041 Burbank Blvd., Room 342, Woodland Hills, CA 91367-6606 (bin outside of elevators on 3rd floor)

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 14, 2010 | R. Reeder | /s/ R. Reeder |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") CONTINUED:**
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

**SERVED BY U.S. MAIL**

Theodore A. Anderson
690 S Brea Blvd
Brea, CA 92821

Alan J Carnegie
23975 Park Sorrento Ste 227
Calabasas, CA 91302

E Leonard Fruchter
Law Offices of E Leonard Fruchter
1609 Cravens Ave
Torrance, CA 90501

Heather Kadeg
30423 Canwood St Ste 131
Agoura Hills, CA 91301

Herbert Alfred Mayer
5360 Willow Oak St
Simi Valley, CA 93063-4591

Morton G Rosen
6080 Center Dr Ste 800
Los Angeles, CA

Homan Taghdiri
660 S Figueroa St 24th Fl
Los Angeles, CA 90017

David J. Barnier
Barker Olmsted & Barnier APLC
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Alan B Clark
355 South Grand Ave
Los Angeles, CA 90071-1560

William C Hernquist
2404 Broadway, Second Floor
San Diego, CA 92102

Meyer S Levitt
10880 Wilshire Blvd Ste 1101
Los Angeles, CA 90024

Gerald W Mouzis
The Mouzis Law Firm APC
13681 Newport Ave Ste N8-605
Tustin, CA 92780

Gary N Schwartz
16501 Ventura Blvd Ste 610
Encino, CA 91436-2072

Benjamin R Trachtman
27401 Los Altos Suite 450
Mission Viejo, CA 92691

Robert M Bingham
200 S Main St Ste 200
Corona, CA 92878-3600

Patrick J Duffy
725 S Figueroa St Ste 3200
Los Angeles, CA 90017-5446

Beard Hobbs
Beard Hobbs Attorney at Law
7844 La Mesa Blvd
La Mesa, CA 91941

Scott H Marcus
Scott H Marcus & Associates
121 Johnson Rd
Turnersville, NJ 08012

Fred S Pardes
34211 Pacific Coast Hwy Ste 103
Dana Point, CA 92629

Serge Sinanian
Hunt Ortmann Palffy Nieves Lubka et al
301 N Lake Ave 7th Fl
Pasadena, CA 91101-1807

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**