# EXHIBIT D

**Bontempi USA**

As of: 10/28/2008

## Contract/Purchase Order Summary:

| Cost Code | Commitment | Description | | Original Contract |
|---|---|---|---|---|
| 11-2600 | P.O. 129 | Kitchens - K:1 through K:5 | 11/22/06-CH | 884,976.22 |
| 11-2600 | P.O. 201 | Island Order | 01/11/08-CH | 20,838.13 |
| 11-2650 | P.O. 220 | Drawers | unsigned | 21,671.65 |
| 11-2600 | P.O. 230 | Intermediate Supporting Trim | 06/05/08-BG | 8,719.54 |
| | | | | |
| | Contract Total: | | | 936,205.54 |

**APPROVED** Change Order:

| CO# | Cost Code | 3rd Party Approval | Owner Approved | Amount |
|---|---|---|---|---|
| 1-129 | 11-2600 | For lounge kitchen - 14th floor | 09/12/08-BG | 16,276.13 |
| 2-129 | 11-2600 | | 09/12/08-BG | 15,429.00 |

| | | | | |
|---|---|---|---|---|
| | Total APPROVED Change Order: | | 31,705.13 | |
| | Revised Change Ordrer: | | | 967,910.67 |

**Pending** Change Orders:

| | | | | |
|---|---|---|---|---|
| | Total - Pending Change Orders | | | - |
| | Revised Contract includes **Pending** Change Order: | | | 967,910.67 |

## Payment Summary:

| Invoice# | Invoice Date | Paid Date | Check Number | Amount |
|---|---|---|---|---|
| 10-168-06 | 10/19/06 | | 10/27/06    2557 | 9,976.61 |
| | | Adjusted check #2557 (this was written for Sales Center) - per BG | | (9,976.61) |
| 11-241-06 | 11/20/06 | 11/22/06 | 2676 | 176,995.24 |
| 05-025-07 | 05/15/07 | 05/25/07 | 3467 | 131,021.47 |
| 05-024-07 | 05/10/07 | 06/08/07 | 3494 | 60,884.13 |
| 06-038-07 | 06/21/07 | 07/09/07 | 3636 | 2,000.00 |
| 06-030-07 | 06/20/07 | 07/09/07 | 3637 | 188,485.44 |
| 04-020C-07 | 06/23/07 | 08/10/07 | 3789 | 186,159.70 |
| 05-026-07 | 05/16/07 | 10/30/07 | 4123 | 125,951.05 |
| | | 05/01/08 | 4897 | 16,276.13 |
| | | 05/16/08 | 4956 | 25,864.52 |
| | | 06/11/08 | 5056 | 4,359.82 |
| | | 07/07/08 | 5163* | 16,645.26 |
| | | *This check is not in the file. Record taken from Master Checks Paid By Vendor (Report: 08/29/08) | | |
| | | *Reversed this item per BG | | (16,645.26) |
| | | 09/16/08 | 5395 | 25,088.12 |
| | | *Returned Check | | (25,088.12) |
| | | 10/04/08 | 5400 | 27,386.33 |
| | | *Check Held/Not Cashed | | (27,386.33) |

| | | | | |
|---|---|---|---|---|
| | | Total of Payment | | 917,997.50 |

Does not total to P.O. as per CBI report and not from file.

| | | | |
|---|---|---|---|
| | Balance of Contract: | | 49,913.17 |

"* Work Complete:
Liens Released:

44

# EXHIBIT E

Bontempi USA

As of:                          10/28/2008

## Contract/Purchase Order Summary:

| Cost Code | Commitment | Description | | | Original Contract |
|---|---|---|---|---|---|
| 11-2600 | P.O. 129 | Kitchens - K:1 through K:5 | 11/22/06-CH | | 884,976.22 |
| 11-2600 | P.O. 201 | Island Order | 01/11/08-CH | | 20,838.13 |
| 11-2650 | P.O. 220 | Drawers | unsigned | | 21,671.65 |
| 11-2600 | P.O. 230 | Intermediate Supporting Trim | 06/05/08-BG | | 8,719.54 |
| | | | | | |
| | Contract Total: | | | | 936,205.54 |

**APPROVED** Change Order

| CO# | Cost Code | 3rd Party Approval | Owner Approved | Amount | |
|---|---|---|---|---|---|
| 1-129 | 11-2600 | For lounge kitchen - 14th floor | 09/12/08-BG | 16,276.13 | |
| 2-129 | 11-2600 | | 09/12/08-BG | 15,429.00 | |
| | | | | | |
| | | Total APPROVED Change Order | | 31,705.13 | |
| | | | | | |
| | | Revised Change Order: | | | 967,910.67 |

**Pending** Change Orders

| | | Total - Pending Change Orders | | | . |
| | | | | | |
| | | Revised Contract includes **Pending** Change Order: | | | 967,910.67 |

## Payment Summary:

| Invoice# | Invoice Date | Paid Date | Check Number | Amount |
|---|---|---|---|---|
| 10-168-06 | 10/19/06 | 10/27/06 | 2557 | 9,976.61 |
| | | Adjusted check #2557 (this was written for Sales Center) - per BG | | (9,976.61) |
| 11-241-06 | 11/20/06 | 11/22/06 | 2676 | 176,995.24 |
| 05-025-07 | 05/15/07 | 05/25/07 | 3467 | 131,021.47 |
| 05-024-07 | 05/10/07 | 06/08/07 | 3494 | 60,884.13 |
| 06-038-07 | 06/21/07 | 07/09/07 | 3636 | 2,000.00 |
| 06-030-07 | 06/29/07 | 07/09/07 | 3637 | 188,485.44 |
| 04-020C-07 | 06/23/07 | 08/10/07 | 3789 | 186,159.70 |
| 05-026-07 | 05/16/07 | 10/30/07 | 4123 | 125,951.05 |
| | | 05/01/08 | 4897 | 16,276.13 |
| | | 05/16/08 | 4956 | 25,864.52 |
| | | 06/11/08 | 5056 | 4,359.82 |
| | | 07/07/08 | 5163* | 16,645.26 |
| | | *This check is not in the file. Record taken from Master Checks Paid By Vendor (Report: 08/29/08) | | (16,645.26) |
| | | *Reversed this item per BG | | 25,088.12 |
| | | | 09/16/08 | 5395 | 25,088.12 |
| | | *Returned Check | | (25,088.12) |
| | | | 10/04/08 | 5400 | 27,386.33 |
| | | *Check Held/Not Cashed | | (27,386.33) |
| | | | Total of Payment | 917,997.50 |

Balance of Contract:         49,913.17

*s Work Complete.
Liens Released.

.

# EXHIBIT 34

B10 (Official Form 10) (12/08) – Page 1

| UNITED STATES BANKRUPTCY COURT  CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  Roosevelt Lofts, LLC | Case Number:  1:09-bk-14214-GM |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):  QualityBuilt.com | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:  QualityBuilt.com  15330 Avenue of Science  San Diego, CA 92128  Telephone number: 800-547-5125 | Court Claim Number: _____  *(if known)*  Filed on: _____ |
| Name and address where payment should be sent (if different from above):  Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.  ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:  $ 4,594.19  If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.  If all or part of your claim is entitled to priority, complete Item 5.  ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.  Specify the priority of the claim.  ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).  ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C §507 (a)(4). |
| 2. Basis for Claim:  services performed  (See instruction #2 on reverse side.) | |
| 3. Last four digits of any number by which creditor identifies debtor: 2128  3a. Debtor may have scheduled account as: _____  (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.  Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other  Describe:  Value of Property:$_____  Annual Interest Rate ____%  Amount of arrearage and other charges as of time case filed included in secured claim,  if any: $_____  Basis for perfection: _____  Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)  ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).  ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).  ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | Amount entitled to priority: |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)  DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  If the documents are not available, please explain: | $ _____  *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date: 09/13/09  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Correa* – Nancy Correa General Counsel | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

46



**QUALITY
BUILT**

12725 Stowe Dr.
Poway, California 92064

(800) 547 5125

Fax
(858) 513-8342

## CONSULTANT - CLIENT AGREEMENT

### Article 1. DEFINITIONS/RECITALS

As used in this Agreement, "Client" shall refer to: **Roosevelt Lofts, LLC A Delaware Limited Company,** 660 South Figueroa Street, 24th Floor, Los Angeles, CA, 90017; "Consultant" shall refer to **QualityBuilt.com®,** a California Corporation, 12725 Stowe Drive, Poway, CA 92064, its agents, assigns, and employees thereof.

The following products, programs and services are protected by one or more trademarks, service marks, and copyrights: "QUALITY BUILT®", "QUALITY BUILT.COM®", "BUILDER I.D.®", "FRAMER I.D.®", "PERFECTING THE ART AND SCIENCE OF QUALITY IN HOME BUILDING®", "QB CLOSURE LINK™", "QB RAPID RESPONSE PROGRAM™", the "Q®" service mark, "Checkpoint" field lists, "TECHNICAL PLAN REVIEW", "BUILDER RISK ASSESSMENT", "HOA TURNOVER", "RESIDENT EXPERT PROGRAM", and other accompanying documents to the Quality Built system, hereinafter referred to as "Property".

The "Site" applicable to this Agreement is identified as: **Roosevelt Lofts**

> **Whereas,** Client intends, from time to time, to retain Consultant to render certain professional consulting services including, but not limited to, providing technical plan reviews, forensic consulting, construction consulting, third-party site observations, training, product evaluation research and/or testing, and risk evaluation services for Client; hereinafter referred to as "Services;"

> **Whereas,** Consultant is willing to provide the Services for consideration and upon the terms hereinafter stated;

> **Now, Therefore,** in consideration of the Services to be performed by Consultant and Client's payment for said Services, the Parties agree to the terms, articles and conditions as hereinafter set forth.

### Article 2. SCOPE OF WORK

Scope of Work

2.1     The scope of Services applicable to this Agreement is identified as follows:

- QUALITY BUILT® Site Observations and Training
- TECHNICAL PLAN REVIEW
- HOA TURNOVER
- QB CLOSURE LINK™

47



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company · Roosevelt Lofts        February 17, 2006
Consultant – Client Agreement                                           Page 2 of 16

Further description is provided in the "Letter of Authorization" attached as Exhibit "A."

2.2    The Scope of Work performed under this Agreement may be extended or modified as set forth in a duly executed "Letter(s) of Authorization" signed by Client and Consultant from time to time. Such Letter of Authorization shall be expressly incorporated into this Agreement and shall become an integral part thereof. Such Letter of Authorization shall set forth any matters relating to the scope and performance of Services including, but not limited to, budget, terms, scheduling, fees and other specific information as deemed appropriate between Client and Consultant. In the event of any conflict between the terms and Articles of this Agreement and Letter(s) of Authorization attached hereto, the Letter of Authorization shall control or supersede.

### Article 3. BASIC DUTIES OF THE PARTIES

3.1    Client agrees to keep Consultant informed of developments affecting work under this Agreement, to abide by this Agreement, and to keep Consultant advised of change of address and telephone number. Client agrees to provide written notification to Consultant of any significant delays or move-up in construction schedules and other important dates as soon as reasonably practical. Client agrees to provide to Consultant in a timely manner appropriate site specific documentation as referenced in each applicable product/service description in the Letter of Authorization.

3.2    Consultant warrants that the Services shall be performed as set forth herein and in the Letter(s) of Authorization in a manner consistent with the level of care, skill, practice and judgment exercised by other professional consultants in performing similar Services of a similar nature under similar circumstances.

### Article 4. AGENT'S AUTHORITY TO BIND CLIENT

4.1    If this Agreement is executed on behalf of Client by any Third Party, the person executing this Agreement expressly represents to Consultant that He/She has full and complete authority to execute this Agreement on Client's behalf and to fully and completely bind Client to all of the terms, conditions, exclusions and limitations of this Agreement.

### Article 5. PAYMENT CONDITIONS

5.1    Client shall compensate Consultant as set forth in the Letter of Authorization for the Services delineated therein.



QUALITY
BUILT
∎

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts          February 17, 2006
Consultant – Client Agreement                                              Page 3 of 16

**5.2** The combined fees for all scopes of work form the financial basis for this Agreement, but may be modified between the Parties and adjusted to suit the actual project conditions. Consultant shall retain the right to modify costs in other categories if certain components and features of this Agreement are reduced or eliminated.

## Article 6. OTHER CHARGES

**6.1** Without the prior written approval of Client, Consultant is not authorized to perform additional Services beyond those set forth in the Letter of Authorization. Client shall not be obligated to pay any additional fees, costs or expenses incurred as a result of any unauthorized additional work or services in the absence of a fully executed Letter of Authorization.

**6.2** Requested documentation by Client that is outside the scope of this Agreement shall be billed hourly, in addition to material cost charges. Verbal requests made by Client will be confirmed in writing before the extra requested documentation is prepared and expenses incurred.

## Article 7. TERM AND CANCELLATION

**7.1** The initial contract term shall be for 24 months from the effective date hereof, and thereafter shall be subject to renewal for successive terms as deemed appropriate by the Parties.

**7.2** Consultant may terminate this Agreement for cause if Client is in material breach of the Agreement and such breach has not been cured within thirty (30) days of written notice specifying the details of the breach. Except for payments due, consent to extend the cure time shall not be unreasonably withheld, so long as Client has commenced the cure within the said thirty (30) day cure period. Material breach shall include without limitation the Client's failure to make timely payment; Client's request of any unlawful or unethical act, wanton disregard for following quality control measures, or unauthorized use or dissemination of Consultant's proprietary materials, trade secrets or methods.

**7.3** Client may terminate this Agreement for cause if Consultant is in material breach of the Agreement and such breach has not been cured within thirty (30) days of the written notice specifying the details of the breach. Consent to extend the cure time shall not be unreasonably withheld, so long as Consultant has commenced the cure within the said thirty (30) day cure period.

**7.4** In the event of any termination of this Agreement, Consultant shall be compensated for all services rendered to date of termination, except for amounts in dispute, including for any products developed or created specifically for this



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts       February 17, 2006
Consultant – Client Agreement                                             Page 4 of 16

job, and within the original scope of work, whether used or not. Client agrees to surrender any and all Property of Consultant (as previously defined and further defined in Section 10.1) upon request and Client agrees to cease to use any and all said Property from the date of termination forward. Consultant's compensation will be based upon the percentage of work completed, applied to the fee schedule as identified in Article 5.

### Article 8. BILLING STATEMENTS

**8.1**   Consultant shall provide billing statements monthly between the 1st and 10th day of each month, which will include charges through the end of the previous month. When requested, Consultant shall provide Client with a release or waiver of lien acceptable to Client covering all Services herein for which Consultant has been paid in full.

**8.2**   Service charges shall apply to this account. Client is responsible for paying a monthly service charge of 1.5% of the unpaid balance per month on accounts past due 30 days or more from date of invoice.

**8.3**   Consultant reserves the right to cease all work on a project for which a delinquent payment status exists. Procedures for collection may commence on accounts past due 45 days or more. Client shall be obligated to pay each invoice within 30 days of the date received. However, if Client has a good faith objection to all or any portion of an invoice, Client shall first notify Consultant of the objection in writing within 15 days from receipt of an invoice, stating reasons for the objection, and pay in a timely manner that portion of the invoice not in dispute. Any good faith dispute, if not resolved between the Parties within 30 days after Client's notification of an objection, shall be submitted to an independent tribunal for binding arbitration. The arbitrator's award shall be final and binding upon the Parties as to the issues submitted.

### Article 9. COLLECTION ON ACCOUNT

**9.1**   Should any legal action or proceeding commence for collection of fees or costs for Services rendered, all collection costs incurred shall be the Client's responsibility including, but not limited to, attorney's fees, court costs, expert witness fees, processing fees, clerical labor, administrative costs, mileage and postage costs incurred for the collection of delinquent balances.

### Article 10. PRODUCT OWNERSHIP

**10.1**   All rights, title and interests in all procedures, methods, equipment, displays, exhibits, techniques, designs, strategies, mock-ups, devices, databases, forms, copyrights, service marks, trademarks, test data, field data, and other



QUALITY
BUILT
∎

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts     February 17, 2006
Consultant – Client Agreement                                         Page 5 of 16

services, products or intellectual property (collectively "Property") supplied, produced, created or modified, in any form or manner, by Consultant in the performance of its Scope of Work pursuant to this Agreement, shall exclusively belong to and solely be owned by Consultant. Consultant hereby grants to Client a non-exclusive license to use said Property for the subject Project for the duration of the Scope of Work to be performed by Consultant pursuant to this Agreement. Consultant has the exclusive right to revoke this license at any time, with or without cause, upon written notice to Client. Client shall enjoy full ownership rights in all written reports and photo-documentation produced, created, or modified, in any form or manner, by Consultant in the performance of its Scope of Work pursuant to this Agreement.

10.2    Client's use of the Property should clearly indicate that the trademarks, service marks and patents are registered marks or patents of Consultant and that the use of the Property is pursuant to a license. Consultant, in its sole discretion, may disapprove the use of any Property by Client if it determines in good faith that the Property is not being used in a manner consistent with the policies and procedures used by Consultant.

10.3    Client's use of the Property shall be in accordance with applicable intellectual property law and with Consultant's policies on advertising and intellectual property usage as established and amended by Consultant from time to time. Client shall use its best efforts at all times to promote and increase the awareness and acceptance of the Property in a manner consistent with sound business practices. Whenever the Property is used in advertising or in any other manner, Client shall clearly identify Consultant as the Property owner. Client shall not do or cause to be done, or omit doing, any act that would in any way impair, reduce, or contest Consultant's right, title, and interest in the Property. Client's use of the Property will not create any right, title, or interest in or to the use of the Property, and all such uses and goodwill associated with the Property will inure to the benefit of Consultant.

### Article 11. DISCLAIMER OF WARRANTY

11.1    None of the Services and Property of Consultant shall be considered a guarantee or warranty, either expressed or implied, for the Scope of Work or any portion thereof, except Consultant does warrant that it will perform its work under this Agreement in a good and professional manner consistent with generally accepted standards.

11.2    Consultant represents and warrants to Client that Consultant: is duly licensed as may be required to perform the work as described in Article 2, "Scope of Work;" is experienced in the performance of the work; and is competent to

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts    February 17, 2006
Consultant – Client Agreement    Page 6 of 16

perform the work.  Consultant understands that Client is relying upon the expertise of Consultant in its performance of the work.

### Article 12. INDEMNITY

12.1    To the fullest extent permitted by law, and subject to the principles of comparative fault: Client agrees to defend, indemnify and hold Consultant, its officers, directors, agents, subcontractors and employees (collectively, "Consultant") harmless from and against all claims, demands, liens, actions, damages, costs, expenses, losses or liability, including attorneys' fees, (collectively, "Claims") arising out of, or in any way related to: Consultant's duties and obligations related to this Agreement, Client's duties and obligations related to this Agreement, Client's grading and development of the Site, and Client's construction of any and all improvements to the site, and any and all related activities of Client, to the extent that such Claims arise out of Client's negligence.  Client shall not be obligated to defend or indemnify Consultant as to any Claims, to the extent they arise out of the sole negligence or willful misconduct of the Consultant.

12.2    To the fullest extent permitted by law, and subject to the principles of comparative fault: Consultant agrees to defend, indemnify and hold Client, its officers, directors, agents, subcontractors and employees (collectively, "Client") harmless from and against all claims, demands, liens, actions, damages, costs, expenses, losses or liability, including attorneys' fees, (collectively, "Claims") arising out of, or in any way related to: Client's duties and obligations related to this Agreement, Consultant's duties and obligations related to this Agreement, and any and all related activities of Consultant, to the extent that such Claims arise out of Consultant's negligence.  Consultant shall not be obligated to defend or indemnify Client as to any Claims, to the extent they arise out of the sole negligence or willful misconduct of the Client.

### Article 13. ATTORNEYS' FEES

13.1    In any action, arbitration, or other proceeding arising out of this Agreement by which one Party either seeks to enforce its rights under this Agreement (whether in contract, tort, or both) or seeks a declaration of any rights or obligations under this Agreement, the prevailing Party shall be awarded reasonable attorneys' fees, together with any costs and expenses, incurred to resolve the dispute and to enforce the final judgment.

### Article 14. POLICY AND PROCEDURES

14.1    During this Agreement, Consultant shall reserve the right to implement, revise or modify corporate policy and procedures that govern the operation and



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts            February 17, 2006
Consultant – Client Agreement                                                Page 7 of 16

administration of its programs, without prior notice to the Client, provided such changes do not materially and adversely affect the services to be rendered by Consultant.

### Article 15. INSURANCE

15.1    Consultant agrees during the term of this Agreement, to maintain Workers Compensation Insurance for all employees as required by law. Consultant agrees to maintain General Liability Insurance, which shall cover any property damage or bodily injury caused by Consultant or its duly authorized representatives during the Scope of Work, and Errors and Omissions Insurance. The limits shall be not less than $1,000,000 per occurrence and $2,000,000 aggregate.

### Article 16. CONFIDENTIALITY

16.1    Both during and after the term of this Agreement, both Parties agree that all information and know-how, whether or not in writing, of a private, secret, or confidential nature, or obtained publicly, which concerns the other Party's business affairs including, but not limited to, its inventions, products, trade secrets, processes, projects, developments, business practices, marketing concepts, and business procedures, are and shall be the sole and exclusive property of that other Party; and neither Party will disclose the same to unauthorized persons or use the same for any unauthorized purposes without the prior written consent of an authorized officer of that Party.

16.2    Except as provided in Article 10 above, Consultant agrees that all files, letters, memos, reports, sketches, drawings, laboratory notebooks or other written material containing matter of the type set forth in section 10.1 above which shall come into the custody or possession of Consultant shall remain the exclusive property of Client to be used by Consultant only in the performance of Consultant's duties herein. Consultant shall forfeit and return any and all such documents to Client upon termination of this Agreement, except any copies of Consultant's work product which will be kept for a period of fifteen (15) years from date of this Agreement. Consultant shall be entitled to utilize various photographs taken of the "Site" for educational, marketing and training purposes, provided that no such photographs shall be used which in any way identify the specific Project, location or builder.

16.3    Notwithstanding sections 16.1 and 16.2 above, Client expressly authorizes Consultant to disclose and share directly with Client's general liability and/or errors and omissions insurance carriers, any and all information and data, in any form or manner whatsoever, collected, observed, obtained, or tabulated by Consultant, or its duly authorized representatives, within Consultant's Scope of Work as detailed herein. Such information and data may specifically identify and include: Client's name, Client's project, the project contractors and



QUALITY
BUILT®

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts     February 17, 2006
Consultant – Client Agreement                                        Page 8 of 16

subcontractors, and project material suppliers and vendors and compliance status. Client further expressly authorizes Consultant to disclose and share directly with other Third Parties any and all information and data, in any form or manner whatsoever, collected, observed, obtained, or tabulated by Consultant, or its duly authorized representatives, within Consultant's Scope of Work as detailed herein, with the express limitation that the information and data shall be generic and shall not specifically identify: Client's name, Client's project, the project contractors and subcontractors, and project material suppliers and vendors.

16.4    The confidentiality obligations and remedies of the Parties under this Agreement shall survive the termination of this Agreement.

### Article 17. NON-SOLICITATION OF CONSULTANT'S EMPLOYEES

17.1    (a) Neither Consultant or Client shall, for a period of one year immediately following the execution date of this agreement, for any reason, either directly or indirectly, hire employee(s) that were directly involved in the on-site review.

(b) Consultant and Client agree that both parties have expended significant time and resources recruiting, hiring, and training its employees. Consultant and Client further agree that any breach of subdivision (a) of Article 17 will cause substantial harm to both parties. Consultant and Client agree that the amount of damage caused is not easily ascertained and difficult to quantify and further agree to pay liquidated damages in the amount of $50,000 for each breach of Article 17, subdivision (a).

### Article 18. FULL AUTHORITY

18.1    Each Party signing this Agreement warrants and represents that He/She has the full capacity and authority to execute the Agreement.

### Article 19. TIME OF ESSENCE

19.1    Time is expressly declared to be of the essence of this Agreement and of every provision hereof in which time is an element.

### Article 20. GOVERNING LAW

20.1    This Agreement has been negotiated and entered into in the State of California, and shall be governed by, construed, and enforced in accordance with the internal laws of the State of California.



QUALITY
BUILT
■

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts     February 17, 2006
Consultant – Client Agreement                                   Page 9 of 16

### Article 21. BENEFIT AND BURDEN

21.1     This Agreement shall be binding upon and inure to the benefit of the parties hereto, and their heirs, successors, assigns, partners, agents, employees, shareholders, officers, directors, insurance carriers, attorneys, and representatives of any kind whatsoever.

### Article 22. WAIVER AND AMENDMENT

22.1     No failure or delay by a Party in exercising any right, power or privilege under this Agreement shall operate as either a waiver or an estoppel thereof; nor shall any single or partial exercise thereof preclude any other or further exercise by the Party of any right, power or privilege hereunder, all of which are reserved by the Party.

22.2     No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this Agreement shall be effective unless it is in writing and signed by the Party waiving the breach, failure, right, or remedy. No waiver by a Party of any breach, failure, right, or remedy shall be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar; nor shall any waiver constitute a continuing waiver unless the writing so specifies.

22.3     This Agreement may be supplemented, amended, or modified only by the mutual agreement of the Parties. No supplement, amendment, or modification of this Agreement shall be binding unless it is in writing and signed by duly authorized officers of the Parties.

### Article 23. TITLES

23.1     Paragraph titles or captions contained herein are inserted as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement, or any provision hereof.

### Article 24. CONSTRUCTION

24.1     Each Party has cooperated in the drafting and preparation of this Agreement. No provision in this Agreement is to be interpreted for or against either Party because that Party, or His/Her legal representative, drafted such provision.

### Article 25. RECITALS ARE CONTRACTUAL

25.1     The recitals set forth herein are contractual covenants of this Agreement and form a material part of the terms and conditions of this Agreement.



Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts          February 17, 2006
Consultant – Client Agreement                                              Page 10 of 16

### Article 26. ASSIGNMENTS

**26.1**   Client may only assign this Agreement to a financially viable entity, with the
written consent of Consultant. This Agreement is personal to Consultant and is
non-assignable by Consultant, whether voluntary or by operation of law.
Consultant acknowledges that Client is relying on the particular reputation and
expertise of Consultant and specifically the reputation, experience, and
expertise of the Principals of Consultant. Client shall remain fully responsible
for payment to Consultant for all Services performed pursuant to this
Agreement in the event any assignee of Client fails to pay Consultant as
required in this Agreement.

### Article 27. RELIEF ON DEFAULT

**27.1**   In the event of any breach or default in or of this Agreement or any of the terms,
covenants or conditions hereof by either Party, the other Party shall have, in
addition to a claim for damages for such breach or default, and in addition to
any right or remedy contained in this Agreement or available at law or in equity,
the right to demand and have injunctive relief and specific performance of this
Agreement. Each right or remedy provided for in this Agreement shall be in
addition to any other right or remedy now or hereafter existing at law or in
equity, and the exercise of any one or more of the rights or remedies provided
for in this Agreement shall not preclude simultaneous or later exercise of any or
all the rights or remedies now or hereafter existing.

### Article 28. NO THIRD-PARTY RIGHTS

**28.1**   This Agreement shall not create any rights or benefits to Parties other than
Client and Consultant.

### Article 29. NOTICE

**29.1**   Any notice to Client or Consultant required or permitted under this
Agreement shall be given in writing to the Party, either by personal service,
electronic mail, facsimile, or by registered or certified mail addressed to the
President of Consultant or Client at the Party's then principal place of
business. Any notice given by electronic mail or facsimile shall be confirmed
by sending a hard copy by first-class mail. For the purpose of determining
compliance with any time limit in this Agreement, a notice shall be deemed
to have been duly given (a) on the date of service, if served personally or by
facsimile on the Party to whom notice is to be given, or (b) on the second
business day after mailing or electronic transmission, if mailed to the Party to
whom the notice is to be given in the manner provided in this section.



Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts       February 17, 2006
Consultant – Client Agreement                                          Page 11 of 16

### Article 30.  SEVERABILITY; REFORMATION

30.1   If any court of competent jurisdiction determines that any of the Articles in this
Agreement, or any part thereof, is or are invalid or unenforceable, the remainder
of the terms, conditions and covenants shall not thereby be affected and shall be
given full effect without regard to invalid portions.  If any of the Articles of this
Agreement should ever be deemed to exceed the temporal, geographic,
occupational or other limitations permitted by applicable laws, those Articles
shall be and are hereby reformed to the maximum temporal, geographic,
occupational or other limitations permitted by law.  If any provisions deemed
invalid or unenforceable cannot be so modified, then they shall be severed, and
the remaining Agreement shall be interpreted in order to provide maximum
enforceability.

### Article 31.  ENTIRE AGREEMENT

31.1   This Agreement and related Letter(s) of Authorization, as agreed, shall
constitute the entire integrated Agreement between the Parties hereto pertaining
to the subject matter hereof, and fully supersedes any and all prior
understandings, representations, warranties and agreements between the Parties
hereto, or any of them, pertaining to the subject matter hereof, and may be
modified only by a written agreement signed by all of the Parties hereto.  No
oral agreements, understandings or representations shall change, modify or
amend any part of this Agreement.


Effective this 17th day of February, 2006

**Roosevelt Lofts, LLC A Delaware**        **QualityBuilt.com®,**
**Limited Company**                         a California Corporation

By: _____            By: _____
                                                Julie Wilde
Its: _____           Its:   Vice President

Date: _2/27/06_____            Date: _3/2/06_____



QUALITY
BUILT·

Roosevelt Lofts, LLC A Delaware Limited Company · Roosevelt Lofts        February 17, 2006
Consultant – Client Agreement                                            Page 12 of 16

---

| **EXHIBIT A** |
|---|

### LETTER OF AUTHORIZATION

This Letter of Authorization, made and entered into on this 17th day of February, 2006, by and between, **Roosevelt Lofts, LLC A Delaware Limited Company**, hereinafter referred to as "Client," and **QualityBuilt.com**, a California Corporation, hereinafter referred to as "Consultant," adds to, modifies or otherwise amends, that certain Agreement between Client and Consultant effective February 17, 2006, (the "Agreement") with regard to the following:

**Project Identity:**     **Roosevelt Lofts**

**Project No.:**          **Q06021701 CA**

**Services to be provided for Roosevelt Lofts, a Multi-Family Development:**

- ♦ TECHNICAL PLAN REVIEW - Level 1
- ♦ QUALITY BUILT® Site Observations – Level 4
- ♦ Web access to reports via the Quality Built Information Network (QBIN)
- ♦ HOA TURNOVER – Level 1
- ♦ Access to Quality Built Technical Support. This service allows superintendents to ask for back-up support on codes, ICBO reports, manufacturer's installation instructions and clarification on details.
- ♦ Superintendent's binder to organize field reports, trade sign-offs and technical data specific to the site.
- ♦ Open Item Alerts
- ♦ Final Report on CD ROM

**TECHNICAL PLAN REVIEW - Level 1**

We will study your details using a 50 to 60-point "standard checklist" of the highest risk items based upon our litigation and forensic experience. When complete, you will receive a written report that documents our findings and recommendations with those items that apply to your project only.



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts      February 17, 2006
Consultant – Client Agreement                                          Page 13 of 16

<u>Client is to provide the following site specific documentation to the appropriate
QB/IC personnel prior to commencement of the TECHNICAL PLAN REVIEW
service:</u>

1.     *Requirement:*  QB corporate office or Independent Contractor assigned
office to be provided with a full set of hard copy plans (at no less than 70%
completion). *Optional:* An electronic copy of the full set of plans, if
available, (for storing purposes).

**QUALITY BUILT Site Observations – Level 4**

A Quality Built Field Representatives will collect data based upon a per unit
minimum. Contact time will average between 4 and 4.5 hours per unit. Field Rep
will collect a minimum of 240 checkpoints per unit. We will provide site observations
for the following systems:

- Offsite
- Foundations
- Framing
- Plumbing
- Electrical
- HVAC
- Roof System (preliminary and final)
- Exterior Cladding (preliminary and final)
- Thermal
- Acoustic
- Life Safety
- Finishes
- Site
- Appliance

<u>Client is to provide the following site specific documentation to the appropriate
QB/IC personnel prior to commencement of the QUALITY BUILT® Site
Observation/ QA service:</u>

1.     QB corporate office to be provided with an approved set of shop drawings for
exterior envelope.
2.     QB corporate office to be provided with an electronic copy of the Project
Specifications (for MID-HIGH Rise projects only).
3.     QB corporate office to be provided with documentation reflecting lot
designations, such as sequence sheet, site map, lots list, etc., in addition to
current construction schedule.



**QUALITY BUILT**

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts
Consultant – Client Agreement

February 17, 2006
Page 14 of 16

4.    QB or Independent Contractor field personnel to be provided access to a hard copy (1/2 size) full set of plans and an approved set of shop drawings at project/site location.

**HOA TURNOVER – Level 1 (Common Area)**

At the time that the project is released to the HOA, we will provide site observations and documentation for the following:

- ♦ Exterior lighting
- ♦ Sidewalks, curbs, parking area and hardscape
- ♦ Irrigation, drainage and landscape
- ♦ Perimeter fencing
- ♦ Exterior mechanical equipment
- ♦ Trash enclosures
- ♦ Fire hydrants
- ♦ Mail boxes
- ♦ Signage and monuments
- ♦ Utility shut-off controls

Documentation of the site observations includes the following:

- ♦ Digital photographs
- ♦ Report of contractor/builder repair requirements
- ♦ Follow up inspection to verify recommended contractor repairs
- ♦ Final Report of Observations

**QB CLOSURE LINK™**

QB CLOSURE LINK™ is a hand-held computer, augmented with proprietary software developed by QUALITY BUILT® to work specifically with its system of capturing and tracking construction defects or "open items" identified by our Field Representatives. The program allows the user to electronically access "open items" and process them to indicate and document when a repair has been made. The resulting data is then transferred to a Quality Built back-end system. The system can track all manner of data associated with this process, providing users with advanced reports to ensure quality home building.

- ♦ QB CLOSURE LINK™ Hardware
- ♦ QB CLOSURE LINK™ Service/Access



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company    Roosevelt Lofts          February 17, 2006
Consultant – Client Agreement                                               Page 15 of 16

Client is to provide the following site specific documentation to the appropriate
QB/IC personnel prior to shipment of the QB CLOSURE LINK™ device:

1.      QB corporate office to be provided with the project superintendent's name
        and contact information.
2.      QB corporate office to be provided with documentation reflecting lot
        designations, such as sequence sheet, site map, lots list, etc., in addition to
        current construction schedule.

**Technical Training – Level 2**

Technical training to the superintendent and trade contractors will be provided by the
field representative at window installation, lath installation, framing, and preliminary
roof installation. Four independent training sessions – Limited to a total of 2.5 hours.

| | | | |
|---|---|---|---|
| **Costs:** | TECHNICAL PLAN REVIEW - Level 1<br>1 Plan/Building Types<br>Our Level 1 scope of work will incorporate the review of<br>the roof details and Area Separation Walls to assure no<br>mechanical penetrations through party walls. | S | Included |
| | Site Observations/Documentation – Level 4<br>223 housing units | $ | 117,075.00 |
| | Special Site Observations/Documentation:<br>Retail and/or Common Area, 30,000 sq. ft. total | | |
| | HOA TURNOVER – Level 1 | | Included |
| | Technical Training – Level 2 | | Included |
| | QB Closure Link™ - hardware<br>1 device @ $675.00* | $ | 675.00* |
| | QB Closure Link™ - service/access | | Included |

*    *QB Closure Link hardware will be ordered and
invoiced upon receipt of a signed contract. Shipping fees
and any applicable sales tax will be added to the invoice.*

                                                    **TOTAL  $  117,750.00**



QUALITY
BUILT

Roosevelt Lofts, LLC A Delaware Limited Company – Roosevelt Lofts        February 17, 2006
Consultant – Client Agreement                                            Page 16 of 16

**Payment:**      Services will be billed per percentage of completion.

**Terms:**        Payment is due upon receipt of invoice and considered late after
                  30 days and shall be subject to service charges of 18% APR.

**Duration:**     This contract shall be in effect for a period of two years
                  commencing on the date of contract execution or duration of
                  scope of work defined in this Letter of Authorization.

Except as specifically amended by this Letter of Authorization, all the terms and
conditions of the Agreement shall remain in full force and effect and are expressly
incorporated by reference into this Letter of Authorization.

**IN WITNESS WHEREOF,** the Parties have caused this Letter of Authorization to be
executed on the date first written above.

**Roosevelt Lofts, LLC A Delaware**        **QualityBuilt.com®,**
**Limited Company**                        a California Corporation

By:                                        By:
                                               Julie Wilde
Its:                                       Its:  Vice President
Date: 2/27/06                              Date: 3/2/06



**QUALITY BUILT**

| AR Aging Report By Project |
| --- |

**Report Description:**

This report displays current customer billing information.

**Filter Criteria:**

**Customer: ROOSEVEL0002126 - Roosevelt Lofts, LLC A Delawar**

**Project: ALL**

**Number if Days: ALL**

Project No: ROOSEVEL0002126

| Invoice Date | Invoice No | Balance | Current | 30 - 60 Days | 60 - 90 Days | 91 - 120 Days | Over 120 Days |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/31/2009 | BILL0026059 | $646.83 | - | - | - | - | $646.83 |
| 2/28/2009 | BILL0026327 | $2,567.65 | - | - | - | - | $2,567.65 |
| 3/31/2009 | BILL0026783 | $951.35 | - | - | - | $951.35 | - |
| 4/30/2009 | BILL0027169 | $428.36 | - | - | $428.36 | - | - |
| | **Project Total** | **$4,594.19** | **0.00** | **0.00** | **$428.36** | **$951.35** | **$3,214.48** |
| | **Grand Total** | **$4,594.19** | **0.00** | **0.00** | **$428.36** | **$951.35** | **$3,214.48** |

**Quality Built®    Perfecting the Art and Science of Quality in Home Building®**

15330 Avenue of Science, San Diego CA 92128 Phone: 1-800-547-5125 Fax: 1-858-451-1022        Email: customerservice@qualitybuilt.com

© 2009 QualityBuilt.com®. All Rights Reserved.        Report Time: 7/28/2009 4:20:33 PM        Page 1 of 1

63



QUALITY
BUILT

Corporate Headquarters
15330 Avenue of Science
San Diego, CA 92128
Fax
858.451.1022

800.547.5125
www.qualitybuilt.com

**Invoice submitted to:**

Roosevelt Lofts, LLC A Delaware Limited Company
660 South Figueroa Street,
24th floor
Los Angeles, CA 90017

April 30, 2009

In Reference To:  Roosevelt Lofts

Invoice #  0027169

| Product | Contract Amount | % Complete | Billed To Date | New Charges |
|---|---|---|---|---|
| QB Closure Link 2.0 Software | 0.00 | 79.41 % | 0.00 | 0.00 |
| HOA Turnover | 0.00 | 0.00 % | 0.00 | 0.00 |
| Quality Assurance Final Report | 0.00 | 0.00 % | 0.00 | 0.00 |
| Mid-Rise, High-Rise Living - Level 4 | 111,074.07 | 78.20 % | 86,864.40 | 428.36 |
| Mid-Rise, High-Rise Retail - Level 4 | 6,000.00 | 2.41 % | 144.45 | 0.00 |
| QB Link HP6315 PocketPC | 675.00 | 100.00 % | 675.00 | 0.00 |
| Technical Plan Review | 0.00 | 100.00 % | 0.00 | 0.00 |
| Technical Training Level 1 | 0.00 | 0.00 % | 0.00 | 0.00 |
| Totals | 117,749.07 | | 87,683.85 | 428.36 |

| New Charges: | $428.36 |
|---|---|

64

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

### (Civil Code 3262(d)(1))

Upon receipt by the undersigned of a check from   Roosevelt Lofts, LLC   in the sum of     $428.36

A Delaware Limited
(Amount)

Company

(Maker of Checks)

payable to _____ Quality Built _____   and when the check has been properly endorsed and has been paid by
_____ (Payee or Payees of Check) _____ the bank

upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice,

bond right the undersigned has on the job of   Roosevelt Lofts, LLC A Delaware Limited   located at
_____ Company

_____ (Owner)

Roosevelt Lofts _____   to the following extent.  This release covers a progress payment
_____ (Address)

for labor, services, equipment, or material furnished to   Roosevelt Lofts, LLC A Delaware Limited Company
_____ (Owner)

through   4/30/2009   only and does not cover any retention's retained before or after the release date;
_____ (Date)

extras or items furnished after the release date.  Rights based upon work performed or items furnished under

a written change order which has been fully executed by the parties prior to the release date are covered by

this release unless specifically reserved by the claimant in this release.  This release of any mechanic's lien,

stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to

the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned

to recover compensation for furnished labor, services, equipment, or material covered by this release if that

furnished labor, services, equipment, or material was not compensated by the progress payment.  Before any

recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Date: _____ 4/30/2009 _____        Company Name: _____ Quality Built _____

By: _____ Beth McElroin _____        Title: _____ President _____

NOTE.  This form complies with the requirements of Civil Code Section 3262(d)(1).  It is to be used by party who applies for a progress
payment when the progress payment check has not yet cleared the bank.

65

**Unit Billing Detail Summary**

INVOICE #: 0027169

Invoice submitted to:  Roosevelt Lofts, LLC A Delaware Limited Company

In reference to:  Roosevelt Lofts

*Product:  Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|
| **Floor 8 Unit - 821** | | | | |
| 04/01/2009 | Ronald Pursell | Electrical | | |
| 04/01/2009 | Ronald Pursell | Finishes | | |
| 04/01/2009 | Ronald Pursell | Framing | | |
| 04/01/2009 | Ronald Pursell | Plumbing | | |
| 04/01/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 433.34 | $ 64.75 |
| **Floor 8 Unit - 823** | | | | |
| 04/01/2009 | Ronald Pursell | Acoustic | | |
| 04/01/2009 | Ronald Pursell | Electrical | | |
| 04/01/2009 | Ronald Pursell | Finishes | | |
| 04/01/2009 | Ronald Pursell | Framing | | |
| 04/01/2009 | Ronald Pursell | Life Safety | | |
| 04/01/2009 | Ronald Pursell | Plumbing | | |
| 04/01/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 351.15 | $ 146.94 |
| **Floor 8 Unit - 824** | | | | |
| 04/01/2009 | Ronald Pursell | Electrical | | |
| 04/01/2009 | Ronald Pursell | Exterior Openings | | |
| 04/01/2009 | Ronald Pursell | Framing | | |
| 04/01/2009 | Ronald Pursell | Life Safety | | |
| 04/01/2009 | Ronald Pursell | Plumbing | | |
| 04/01/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 366.10 | $ 131.99 |
| **Floor 8 Unit - 825** | | | | |
| 04/01/2009 | Ronald Pursell | Electrical | | |
| 04/01/2009 | Ronald Pursell | Exterior Openings | | |
| 04/01/2009 | Ronald Pursell | Framing | | |
| 04/01/2009 | Ronald Pursell | Life Safety | | |
| 04/01/2009 | Ronald Pursell | Plumbing | | |
| 04/01/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 413.41 | $ 64.68 |

 



**Invoice submitted to:**

Roosevelt Lofts, LLC A Delaware Limited Company
660 South Figueroa Street,
24th floor
Los Angeles, CA 90017

March 31, 2009

In Reference To: Roosevelt Lofts

Invoice #    0026783

Corporate Headquarters
15330 Avenue of Science
San Diego, CA 92128
Fax
858.451.1022

800.547.5125
www.qualitybuilt.com

| Product | Contract Amount | % Complete | Billed To Date | New Charges |
|---|---|---|---|---|
| QB Closure Link 2.0 Software | 0.00 | 78.17 % | 0.00 | 0.00 |
| HOA Turnover | 0.00 | 0.00 % | 0.00 | 0.00 |
| Quality Assurance Final Report | 0.00 | 0.00 % | 0.00 | 0.00 |
| Mid-Rise, High-Rise Living - Level 4 | 111,074.07 | 77.82 % | 86,436.04 | 951.35 |
| Mid-Rise, High-Rise Retail - Level 4 | 6,000.00 | 2.41 % | 144.45 | 0.00 |
| QB Link HP6315 PocketPC | 675.00 | 100.00 % | 675.00 | 0.00 |
| Technical Plan Review | 0.00 | 100.00 % | 0.00 | 0.00 |
| Technical Training Level 1 | 0.00 | 0.00 % | 0.00 | 0.00 |
| Totals | 117,749.07 | | 87,255.49 | 951.35 |

| New Charges: | $951.35 |
|---|---|



## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

### (Civil Code 3262(d)(1))

Upon receipt by the undersigned of a check from   Roosevelt Lofts, LLC  in the sum of   __$951.35__

A Delaware Limited                                         (Amount)

Company

(Maker of Checks)

payable to   __Quality Built__   and when the check has been properly endorsed and has been paid by

(Payee or Payees of Check)   the bank

upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice,

bond right the undersigned has on the job of   Roosevelt Lofts, LLC A Delaware Limited   located at

Company

(Owner)

__Roosevelt Lofts__   to the following extent.  This release covers a progress payment

(Address)

for labor, services, equipment, or material furnished to   Roosevelt Lofts, LLC A Delaware Limited Company

(Owner)

through   __3/31/2009__   only and does not cover any retention's retained before or after the release date;

(Date)

extras or items furnished after the release date.  Rights based upon work performed or items furnished under

a written change order which has been fully executed by the parties prior to the release date are covered by

this release unless specifically reserved by the claimant in this release.  This release of any mechanic's lien,

stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to

the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned

to recover compensation for furnished labor, services, equipment, or material covered by this release if that

furnished labor, services, equipment, or material was not compensated by the progress payment.  Before any

recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

| | | | |
|---|---|---|---|
| Date: | 3/31/2009 | Company Name: | Quality Built |
| By: | Beth Michaelson | Title: | President |

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by party who applies for a progress payment when the progress payment check has not yet cleared the bank.

68

 

**Unit Billing Detail Summary**                                      INVOICE #:  0026783

Invoice submitted to:  Roosevelt Lofts, LLC A Delaware Limited Company

In reference to:  Roosevelt Lofts

Product:  *Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|
| **Floor 8 Unit - 806** | | | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Finishes | | |
| 03/24/2009 | Ronald Pursell | Finishes | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 498.09 | $ 0.00 |
| **Floor 8 Unit - 815** | | | | |
| 03/24/2009 | Ronald Pursell | Appliances | | |
| 03/24/2009 | Ronald Pursell | Appliances | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Finishes | | |
| 03/24/2009 | Ronald Pursell | Finishes | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 151.92 | $ 346.17 |
| **Floor 8 Unit - 816** | | | | |
| 03/24/2009 | Ronald Pursell | Appliances | | |
| 03/24/2009 | Ronald Pursell | Appliances | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Exterior Openings | | |
| 03/24/2009 | Ronald Pursell | Exterior Openings | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 236.59 | $ 281.50 |
| **Floor 9 Unit - 915** | | | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Electrical | | |
| 03/24/2009 | Ronald Pursell | Finishes | | |

69

 

**Unit Billing Detail Summary**

INVOICE #: 0026783

Invoice submitted to:  Roosevelt Lofts, LLC A Delaware Limited Company

In reference to:  Roosevelt Lofts

*Product:  Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|
| 03/24/2009 | Ronald Pursell | Finishes | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | Framing | | |
| 03/24/2009 | Ronald Pursell | HVAC | | |
| 03/24/2009 | Ronald Pursell | HVAC | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Life Safety | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Plumbing | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| 03/24/2009 | Ronald Pursell | Site | | |
| | | Subtotal: | $ 154.41 | $ 343.68 |



QUALITY
BUILT

Invoice submitted to:

Roosevelt Lofts, LLC A Delaware Limited Company
660 South Figueroa Street,
24th floor
Los Angeles, CA 90017

February 28, 2009

In Reference To:  Roosevelt Lofts

Invoice #   0026327

Corporate Headquarters
15330 Avenue of Science
San Diego, CA 92128
Fax
866.451.1022

800.547.5125
www.qualitybuilt.com

| Product | Contract Amount | % Complete | Billed To Date | New Charges |
|---|---|---|---|---|
| QB Closure Link 2.0 Software | 0.00 | 77.32 % | 0.00 | 0.00 |
| HOA Turnover | 0.00 | 0.00 % | 0.00 | 0.00 |
| Quality Assurance Final Report | 0.00 | 0.00 % | 0.00 | 0.00 |
| Mid-Rise, High-Rise Living - Level 4 | 111,074.07 | 76.96 % | 85,484.69 | 2,567.65 |
| Mid-Rise, High-Rise Retail - Level 4 | 6,000.00 | 2.41 % | 144.45 | 0.00 |
| QB Link HP6315 PocketPC | 675.00 | 100.00 % | 675.00 | 0.00 |
| Technical Plan Review | 0.00 | 100.00 % | 0.00 | 0.00 |
| Technical Training Level 1 | 0.00 | 0.00 % | 0.00 | 0.00 |
| Totals | 117,749.07 | | 86,304.14 | 2,567.65 |

| New Charges: | $2,567.65 |
|---|---|

 

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT
### (Civil Code 3262(d)(1))

Upon receipt by the undersigned of a check from Roosevelt Lofts, LLC  in the sum of     **$2,567.65**
A Delaware Limited                    (Amount)
Company
(Maker of Checks)

payable to     Quality Built         and when the check has been properly endorsed and has been paid by
(Payee or Payees of Check)    the bank

upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice,

bond right the undersigned has on the job of     Roosevelt Lofts, LLC A Delaware Limited     located at
Company
(Owner)

Roosevelt Lofts                       to the following extent. This release covers a progress payment
(Address)

for labor, services, equipment, or material furnished to    Roosevelt Lofts, LLC A Delaware Limited Company
(Owner)

through     2/28/2009         only and does not cover any retention's retained before or after the release date;
(Date)

extras or items furnished after the release date. Rights based upon work performed or items furnished under

a written change order which has been fully executed by the parties prior to the release date are covered by

this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien,

stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to

the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned

to recover compensation for furnished labor, services, equipment, or material covered by this release if that

furnished labor, services, equipment, or material was not compensated by the progress payment. Before any

recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Date:     2/28/2009                Company Name:     Quality Built

By:     _Birth McSee(...)_            Title:     President

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by party who applies for a progress
payment when the progress payment check has not yet cleared the bank.

 

**Unit Billing Detail Summary**

INVOICE #: 0026327

Invoice submitted to:  Roosevelt Lofts, LLC A Delaware Limited Company

In reference to:  Roosevelt Lofts

*Product:  Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|
| **Floor 7 Unit - 723** | | | | |
| 02/12/2009 | Steve Robbins | Acoustic | | |
| 02/12/2009 | Steve Robbins | Electrical | | |
| 02/12/2009 | Steve Robbins | Exterior Openings | | |
| 02/12/2009 | Steve Robbins | Framing | | |
| 02/12/2009 | Steve Robbins | HVAC | | |
| 02/12/2009 | Steve Robbins | Life Safety | | |
| 02/12/2009 | Steve Robbins | Plumbing | | |
| 02/12/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 199.24 | $ 298.85 |
| **Floor 7 Unit - 724** | | | | |
| 02/12/2009 | Steve Robbins | Acoustic | | |
| 02/12/2009 | Steve Robbins | Electrical | | |
| 02/12/2009 | Steve Robbins | Exterior Openings | | |
| 02/12/2009 | Steve Robbins | Finishes | | |
| 02/12/2009 | Steve Robbins | Framing | | |
| 02/12/2009 | Steve Robbins | Life Safety | | |
| 02/12/2009 | Steve Robbins | Plumbing | | |
| 02/12/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 231.61 | $ 266.48 |
| **Floor 7 Unit - 725** | | | | |
| 02/12/2009 | Steve Robbins | Acoustic | | |
| 02/12/2009 | Steve Robbins | Electrical | | |
| 02/12/2009 | Steve Robbins | Exterior Openings | | |
| 02/12/2009 | Steve Robbins | Finishes | | |
| 02/12/2009 | Steve Robbins | Framing | | |
| 02/12/2009 | Steve Robbins | HVAC | | |
| 02/12/2009 | Steve Robbins | Life Safety | | |
| 02/12/2009 | Steve Robbins | Plumbing | | |
| 02/12/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 109.58 | $ 388.51 |
| **Floor 8 Unit - 806** | | | | |
| 02/19/2009 | Steve Robbins | Electrical | | |
| 02/19/2009 | Steve Robbins | HVAC | | |
| 02/19/2009 | Steve Robbins | Life Safety | | |
| 02/19/2009 | Steve Robbins | Plumbing | | |
| 02/19/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 221.65 | $ 276.44 |
| **Floor 8 Unit - 809** | | | | |
| 02/19/2009 | Steve Robbins | Acoustic | | |
| 02/19/2009 | Steve Robbins | Electrical | | |
| 02/19/2009 | Steve Robbins | Exterior Openings | | |
| 02/19/2009 | Steve Robbins | Finishes | | |
| 02/19/2009 | Steve Robbins | HVAC | | |
| 02/19/2009 | Steve Robbins | Life Safety | | |
| 02/19/2009 | Steve Robbins | Plumbing | | |

 

**Unit Billing Detail Summary**

INVOICE #: 0026327

Invoice submitted to: Roosevelt Lofts, LLC A Delaware Limited Company

In reference to: Roosevelt Lofts

*Product: Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|
| 02/19/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 219.16 | $ 278.93 |

**Floor 8 Unit - 810**

| | | | | |
|---|---|---|---|---|
| 02/24/2009 | Steve Robbins | Acoustic | | |
| 02/24/2009 | Steve Robbins | Electrical | | |
| 02/24/2009 | Steve Robbins | Exterior Openings | | |
| 02/24/2009 | Steve Robbins | Finishes | | |
| 02/24/2009 | Steve Robbins | Framing | | |
| 02/24/2009 | Steve Robbins | Life Safety | | |
| 02/24/2009 | Steve Robbins | Plumbing | | |
| 02/24/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 219.16 | $ 278.93 |

**Floor 8 Unit - 811**

| | | | | |
|---|---|---|---|---|
| 02/24/2009 | Steve Robbins | Acoustic | | |
| 02/24/2009 | Steve Robbins | Electrical | | |
| 02/24/2009 | Steve Robbins | Exterior Cladding | | |
| 02/24/2009 | Steve Robbins | Exterior Openings | | |
| 02/24/2009 | Steve Robbins | Finishes | | |
| 02/24/2009 | Steve Robbins | Life Safety | | |
| 02/24/2009 | Steve Robbins | Plumbing | | |
| 02/24/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 268.97 | $ 229.12 |

**Floor 8 Unit - 812**

| | | | | |
|---|---|---|---|---|
| 02/24/2009 | Steve Robbins | Acoustic | | |
| 02/24/2009 | Steve Robbins | Electrical | | |
| 02/24/2009 | Steve Robbins | Exterior Openings | | |
| 02/24/2009 | Steve Robbins | Finishes | | |
| 02/24/2009 | Steve Robbins | Life Safety | | |
| 02/24/2009 | Steve Robbins | Plumbing | | |
| 02/24/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 229.12 | $ 268.97 |

**Floor 8 Unit - 814**

| | | | | |
|---|---|---|---|---|
| 02/24/2009 | Steve Robbins | Acoustic | | |
| 02/24/2009 | Steve Robbins | Electrical | | |
| 02/24/2009 | Steve Robbins | Exterior Openings | | |
| 02/24/2009 | Steve Robbins | Finishes | | |
| 02/24/2009 | Steve Robbins | Framing | | |
| 02/24/2009 | Steve Robbins | Life Safety | | |
| 02/24/2009 | Steve Robbins | Plumbing | | |
| 02/24/2009 | Steve Robbins | Site | | |
| | | Subtotal: | $ 216.67 | $ 281.42 |

 



**QUALITY BUILT**

**Invoice submitted to:**

Roosevelt Lofts, LLC A Delaware Limited Company
660 South Figueroa Street,
24th floor
Los Angeles, CA 90017

January 31, 2008

In Reference To: Roosevelt Lofts

Invoice #   0026059

Corporate Headquarters
15330 Avenue of Science
San Diego, CA 92128
Fax:
858.451.1022

800.547.5125
www.qualitybuilt.com

| Product | Contract Amount | % Complete | Billed To Date | New Charges |
|---------|----------------|-----------|---------------|-------------|
| QB Closure Link 2.0 Software | 0.00 | 75.00 % | 0.00 | 0.00 |
| HOA Turnover | 0.00 | 0.00 % | 0.00 | 0.00 |
| Quality Assurance Final Report | 0.00 | 0.00 % | 0.00 | 0.00 |
| Mid-Rise, High-Rise Living - Level 4 | 111,074.07 | 74.65 % | 82,917.04 | 759.59 |
| Mid-Rise, High-Rise Retail - Level 4 | 6,000.00 | 2.41 % | 144.45 | 0.00 |
| QB Link HP6315 PocketPC | 675.00 | 100.00 % | 675.00 | 0.00 |
| Technical Plan Review | 0.00 | 100.00 % | 0.00 | 0.00 |
| Technical Training Level 1 | 0.00 | 0.00 % | 0.00 | 0.00 |
| Totals | 117,749.07 | | 83,736.49 | 759.59 |

| New Charges: | $759.59 |
|---|---|

RECID PARTIAL $ - 112 76
PMT - CK# 6430

BAL. DUE    $646.83

75



## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

### (Civil Code 3262(d)(1))

Upon receipt by the undersigned of a check from Roosevelt Lofts, LLC  in the sum of $759.59

A Delaware Limited
Company                                                             (Amount)
(Maker of Checks)

payable to     Quality Built        and when the check has been properly endorsed and has been paid by
(Payee or Payees of Check)     the bank

upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice,

bond right the undersigned has on the job of     Roosevelt Lofts, LLC A Delaware Limited          located at
Company
(Owner)

Roosevelt Lofts                                 to the following extent. This release covers a progress payment
(Address)

for labor, services, equipment, or material furnished to     Roosevelt Lofts, LLC A Delaware Limited Company
(Owner)

through     1/31/2009        only and does not cover any retention's retained before or after the release date;
(Date)

extras or items furnished after the release date. Rights based upon work performed or items furnished under

a written change order which has been fully executed by the parties prior to the release date are covered by

this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien,

stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to

the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned

to recover compensation for furnished labor, services, equipment, or material covered by this release if that

furnished labor, services, equipment, or material was not compensated by the progress payment. Before any

recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Date:          1/31/2009          Company Name:          Quality Built

By:     Beth McSual          Title:          President

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by party who applies for a progress
payment when the progress payment check has not yet cleared the bank.

76



**Unit Billing Detail Summary**

INVOICE #: 0026059

Invoice submitted to: Roosevelt Lofts, LLC A Delaware Limited Company

In reference to: Roosevelt Lofts

*Product: Mid-Rise, High-Rise Living - Level 4*

| Visit Date | Field Representative | System | | Amount Billed Previously | Amount Billed This Invoice |
|---|---|---|---|---|---|
| **Floor 13 Unit - 1303** | | | | | |
| 01/12/2009 | Ronald Pursell | Electrical | | | |
| 01/12/2009 | Ronald Pursell | Site | | | |
| | | | Subtotal: | $ 216.67 | $ 52.30 |
| **Floor 15 Unit - 1522** | | | | | |
| 01/12/2009 | Ronald Pursell | Electrical | | | |
| 01/12/2009 | Ronald Pursell | Site | | | |
| | | | Subtotal: | $ 366.10 | $ 27.39 |
| **Floor 15 Unit - 1523** | | | | | |
| 01/12/2009 | Ronald Pursell | Electrical | | | |
| 01/12/2009 | Ronald Pursell | Site | | | |
| | | | Subtotal: | $ 363.81 | $ 7.47 |
| **Floor 15 Unit - 1524** | | | | | |
| 01/12/2009 | Ronald Pursell | Life Safety | | | |
| 01/12/2009 | Ronald Pursell | Site | | | |
| | | | Subtotal: | $ 408.43 | $ 2.49 |
| **Floor 7 Unit - 720** | | | | | |
| 01/21/2009 | Steve Robbins | Appliances | | | |
| 01/21/2009 | Steve Robbins | Electrical | | | |
| 01/21/2009 | Steve Robbins | Exterior Openings | | | |
| 01/21/2009 | Steve Robbins | Finishes | | | |
| 01/21/2009 | Steve Robbins | Life Safety | | | |
| 01/21/2009 | Steve Robbins | Plumbing | | | |
| 01/21/2009 | Steve Robbins | Site | | | |
| | | | Subtotal: | $ 221.65 | $ 276.44 |
| **Floor 7 Unit - 721** | | | | | |
| 01/21/2009 | Steve Robbins | Acoustic | | | |
| 01/21/2009 | Steve Robbins | Electrical | | | |
| 01/21/2009 | Steve Robbins | Exterior Openings | | | |
| 01/21/2009 | Steve Robbins | Finishes | | | |
| 01/21/2009 | Steve Robbins | Framing | | | |
| 01/21/2009 | Steve Robbins | HVAC | | | |
| 01/21/2009 | Steve Robbins | Life Safety | | | |
| 01/21/2009 | Steve Robbins | Plumbing | | | |
| 01/21/2009 | Steve Robbins | Site | | | |
| | | | Subtotal: | $ 112.07 | $ 386.02 |
| **Floor 9 Unit - 915** | | | | | |
| 01/12/2009 | Ronald Pursell | Electrical | | | |
| 01/12/2009 | Ronald Pursell | Site | | | |
| | | | Subtotal: | $ 146.94 | $ 7.47 |

**EXHIBIT F**

**Milbank**
REAL ESTATE SERVICES, INC.

ROOSEVELT LOFTS

Milbank
Real Estate Services
p.o. box 811490
los angeles
california
90081-0490
(213) 403-1400

CALIFORNIA BUSINESS BANK
16-4411/1220

1486

9/9/2009

PAY TO THE
ORDER OF   QUALITY BUILT                                              **4,594.19

Four Thousand Five Hundred Ninety-Four and 19/100************************************************* DOLLARS

QUALITY BUILT
15330 AVENUE OF SCIENCE
SAN DIEGO, CA 92128

MEMO ▼

⑈001486⑈ ⑈122044119⑈ 001200011⑈

Date:09/14/2009 HostAccount:000000011000118 Account:12000118 Amount:$4,594.19 Serial:1486 ConvTransCode(6) TranCode
TR:122044119 Sequence:873645492C DepCp:D Canadian:~ Endpoint:0 OnUs:Y ExceptionCode:~ ReturnItemCode:~ IrdFlag:IRD

PAY TO THE ORDER OF CALIFORNIA BANK
& TRUST 1222 FOR DEPOSIT ONLY
QUALITY BUILT
EL CAJON, CA 92021
FOR DEPOSIT ONLY
QUALITYBUILT.COM
20200211101