DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbrb.com, jyo@lnbrb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

FILED & ENTERED

MAY 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>               Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO NEW REAL PROPERTY LEASE FOR RETAIL SPACE IN DEBTOR'S BUILDING**<br><br>Date:  April 27, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom "303"<br>        21041 Burbank Boulevard<br>        Woodland Hills, California |

     A hearing was held on April 27, 2010, at 10:00 a.m., before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California, to consider the motion

(the "Motion") filed by Roosevelt Lofts, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for the entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 363, authorizing the Debtor, as landlord, to enter into a new real property lease for retail space, identified as Space G-717, in the Debtor's building located at 727 West 7th Street in Los Angeles, California (the "Lease") with prospective tenant, 727 West Seventh, LLC, a California limited liability company (the "Tenant"), under the terms and conditions described in the Motion. Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, and the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Motion is hereby granted in its entirety.

B.    The Debtor is hereby authorized to enter into the Lease agreement and the related subordination agreement, in substantially the forms attached as Exhibit "2" to the Declaration of M. Aaron Yashouafar annexed to the Motion.

C.    The ten-day stay of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

IT IS SO ORDERED.
###

DATED: May 6, 2010

_____
United States Bankruptcy Judge

2

| In re: ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-14214-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO NEW REAL PROPERTY LEASE FOR RETAIL SPACE IN DEBTOR'S BUILDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that on **April 28, 2010**, the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 13, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367 (by overnight delivery)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2010,  Carla Sharpe | /s/ Carla Sharpe |
|---|---|
| *Type Name* | *Signature* |

| In re:  ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  1:09-bk-14214-GM |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO NEW REAL PROPERTY LEASE FOR RETAIL SPACE IN DEBTOR'S BUILDING** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 28, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

| | |
|---|---|
| In re:  ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | CHAPTER 11 |
| Debtor(s). | CASE NUMBER  1:09-bk-14214-GM |

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    chacondominic@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   **F 9021-1.1**