UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Roosevelt Lofts, LLC | | |
| 16661 Ventura Blvd, Suite 600 | Case Number: | 1:09-BK-14214-GM |
| Encino, CA 91436 | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 6/30/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          74,792.34

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3. BEGINNING BALANCE:          74,792.34

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   Rental Income                                                  102,909.17
   Parking Income (Net)
   Other (Specify)          Escrow Refund                           6,440.00
   Other (Specify)          Other Refund
   **Other (Specify)        Security Deposit                        6,678.00

   TOTAL RECEIPTS THIS PERIOD:          116,027.17

5. BALANCE:          190,819.51

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          97,733.12
   Disbursements (from page 2)                                 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          97,733.12

7. ENDING BALANCE:          93,086.39

8. General Account Number(s):          210092560

| | Roosevelt Lofts, LLC, Debtor in Possession of Case# 1;09-BK-14214 |
|---|---|
| Depository Name & Location: | City National Bank -Los Angeles Regional Center |
| | 525 S Flower St, Suite 110, LA CA 90071 |

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit
specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

*** Although the Debtor has not made any disbursements from its Debtor In Possession account, the Debtor has incurred
expenses, some of which have been paid by, or paid from advances made by, the Debtor's affiliates including Milbank Holding
Corp. These expenses are set forth in an exhibit attached hereto.

4374

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 06/01/2010 | 787 | Kadima Security Services | | | | 17,136 00 |
| 06/02/2010 | 788 | SRM Labor Management | Building Eng/Janitorial/Concierge | | | 6,168 00 |
| 06/01/2010 | 789 | Milbank Real Estate Services-CBB | Sales and Managment | | | 11,000 00 |
| 06/08/2010 | 790 | Time Warner Cable | Acct#8448300384679467 * 05/24/10 | | | 240 21 |
| 06/08/2010 | 791 | AT&T | Acct#213489-1115 341 7 * 04/20/10-05/19/10 | | | 61 86 |
| 06/11/2010 | 793 | Alonzo Trevino | Unit Punch List | | | 48 55 |
| 06/11/2010 | 794 | Randelle Green | Office Expense | | | 140 00 |
| 06/11/2010 | 795 | Servicon Supplies | Unit Punch List | | | 5 82 |
| 06/11/2010 | 796 | Graybar Financial Services, LLC | Inv#17022139 | | | 279 17 |
| 06/11/2010 | 799 | CCI | Trash Removal | | | 505 37 |
| 06/11/2010 | 800 | LA DWP | CAN 1183722114 | | | 13,442 03 |
| 06/11/2010 | 801 | The Gas Company | Acct#10598281904 | | | 788 38 |
| 06/11/2010 | 802 | LA DWP | CAN 1134077092 | | | 108 48 |
| 06/14/2010 | 803 | Milbank Real Estate Services-CBB | Sales and Managment | | | 11,000 00 |
| 06/15/2010 | 805 | Capital Indemnity Corp. | Policy No. 41156806 | | | 8,605 00 |
| 06/16/2010 | 806 | SRM Labor Management | Building Eng/Janitorial/Concierge | | | 7,968 00 |
| 06/16/2010 | 809 | LA DWP | CAN#1134077127 | | | 7,217 66 |
| 06/16/2010 | 810 | LA DWP | CAN#1162439308 (Retail) | | | 4,707 21 |
| 06/16/2010 | 811 | CyberNet Communications, Inc. | Acct#JB50107023 | | | 1,000 00 |
| 06/23/2010 | 815 | Cesar Azuelo | Unit Punch List | | | 225 00 |
| 06/23/2010 | 816 | Milbank Real Estate Services-CBB | Sales and Managment | | | 500 00 |
| 06/30/2010 | 817 | Milbank Real Estate Services-1646 | Admin Fee | | | 3,750 00 |
| 06/30/2010 | 818 | CONSOLIDATED DISPOSAL SERVICE | Acct#3-0902-9530280 | | | 311 30 |
| 06/30/2010 | 853 | Flux Business Communications | Advertising Inv#14469 and 14470 | | | 2,433 92 |
| | | | | | | 91 10 |
| | | | | | | 0 00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | | | | 0 00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $97,733.12 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION

| Bank statement Date: | N/A | Balance on Statement: | $100,252.72 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT                                           | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 760 | | 630.00 |
| 852 | | 2,433.92 |
| 783 | | 1132.19 |
| 815 | | 225.00 |
| 818 | | 311.30 |
| 853 | | 2,433.92 |
| 781 | | |
| 782 | | |
| 783 | | |
| 784 | | |
| 785 | | |
| 786 | | |
| 804 | | |
| 792 | | |
| 797 | | |
| 798 | | |
| 807 | | |
| 808 | | |
| 852 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                          | 7,166.33 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $93,086.39 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |  |
|---|---|---|
| General Account: | 93,086.39 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | 0.00 |

### TOTAL CASH AVAILABLE:          93,086.39

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TOTAL PETTY CASH TRANSACTIONS:          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable | Accounts Receivable | |
|---|---|---|---|
|  | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Firemans Fund | $1M and $2M Agg | 6/30/2011 | 6/30/2010 |
| Worker's Compensation | The Hardford | $1M and $2M Agg | 2/28/2011 | 2/28/2011 |
| Casualty | Affiliated FM Ins | Total $244,469,300 | 6/30/2010 | 6/30/2010 |
| Vehicle | N/A |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2009 | 295,103.00 | 1,950.00 | 17-Jul-2009 | 1,950.00 | 0.00 |
| 30-Sep-2009 | 290,123.85 | 1,950.00 | 8-Dec-2009 | 1,950.00 | 0.00 |
| 31-Dec-2009 | 287,645.55 | 1,950.00 | 15-Jan-2010 | 1,950.00 | 0.00 |
| 31-Mar-2010 | 284,957.21 | 1,950.00 | 20-Apr-2010 | 1,950.00 | 0.00 |
| 30-Jun-2010 | 292,126.00 | 1,950.00 | 21-Jul-2010 | 1,950.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 9,750.00 |  | 9,750.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

|    |    | No | Yes |
|----|----|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|    |    | No | Yes |
|----|----|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

The Debtor filed its original plan of reorganization on August 31, 2009 and its disclosure statement describing such plan on December 28, 2009. On February 26, 2010, the Debtor filed amended versions of the plan (the "Plan") and disclosure statement (the "Disclosure Statement") on February 26, 2010. At a hearing held on March 16, 2010, the Court approved the Debtor's Disclosure Statement. The Court also set a hearing on October 14, 2010 at 1:30 p.m. to consider confirmation of the Plan (with such hearing to be continued, to the extent necessary, to October 15, 2010 at 9:00 a.m. and October 21, 2010 at 1:30 p.m.) as well as various deadlines relating thereto.

4. Describe potential future developments which may have a significant impact on the case:

As noted above, the initial hearing for the Court to consider confirmation of the Debtor's Plan is October 14, 2010 at 1:30 p.m. The Debtor has distributed to all creditors copies of the Plan and Disclosure Statement, along with, among other things, ballots for voting on the Plan. Creditors have until May 28, 2010 to return their ballots accepting or rejecting the Plan.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

None.

|    |    | No | Yes |
|----|----|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, M. Aaron Yashouafar, President of Roosevelt Lofts, Inc., Managing Member of the Debtor, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____                    _____
Date                                     Page 18 of 16    Principal for debtor-in-possession

| In re: | | CHAPTER 11 |
|---|---|---|
| ROOSEVELT LOFTS, LLC, | Debtor(s). | CASE NO. 1:09-bk-14214-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **OPERATING REPORT NO. 15 FOR THE MONTH ENDING 6/30/2010**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 27, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information on attached page  [X]

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL AND/OR BY ATTORNEY SERVICE** (indicate method for each person or entity served): On July 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***BY OVERNITE EXPRESS***
Hon. Geraldine Mund
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

Service information on attached page  [  ]

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Service information on attached page  [  ]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2010 | TRISH MELENDEZ | |
|---|---|---|
| Date | Type Name | Signature |

4374

## I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

John B Acierno on behalf of Interested Party Courtesy NEF
ecfcacb@piteduncan.com

Carleton R Burch on behalf of Creditor BANK OF AMERICA, N.A.
crb@amclaw.com,
amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amcl
aw.com;csh@amclaw.com

Gary O Caris on behalf of Plaintiff Brian Young
gcaris@mckennalong.com, pcoates@mckennalong.com

L Dominic Chacon on behalf of Creditor Kevin Stuart
chacondominic@yahoo.com

Cynthia M Cohen on behalf of Interested Party Courtesy NEF
cynthiacohen@paulhastings.com

Travis W Feuerbacher on behalf of Creditor Addison Pools, Inc.
tfeuerbacher@gglts.com

Steven R Fox on behalf of Creditor Kultur Flooring USA, Inc
emails@foxlaw.com

Helen R Frazer on behalf of Creditor Integrity Builders West, Inc.
hfrazer@aalrr.com

Varand Gourjian on behalf of Creditor American Gunite Inc
vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com

Brian T Harvey on behalf of Creditor BANK OF AMERICA, N.A.
bharvey@buchalter.com, IFS_filing@buchalter.com

Herbert Hayden on behalf of Creditor Lynn Safety, Inc
herbert@ntlg.us

Brian L Holman on behalf of Interested Party Courtesy NEF
b.holman@mpglaw.com

Alexandra Kazhokin on behalf of Creditor BANK OF AMERICA, N.A.
akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

Mark J Krone on behalf of Counter-Claimant Bank of America
crb@amclaw.com, crs@amclaw.com;amc@amclaw.com

Ian Landsberg on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims
ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com

David L. Neale on behalf of Debtor Roosevelt Lofts, LLC
dln@lnbrb.com

Juliet Y Oh on behalf of Debtor Roosevelt Lofts, LLC
jyo@lnbrb.com, jyo@lnbrb.com

4374

Russell H Rapoport on behalf of Creditor John Foley
rrapoport@prllplaw.com, lgillis@prllplaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Bruce D Rudman on behalf of Counter-Claimant ALLSALE ELECTRIC, INC.
bdr@agrlaw.net

William D Schuster on behalf of Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

Marian K Selvaggio on behalf of Creditor ACCO Engineered Systems, Inc
selvaggio@huntortmann.com

Daniel H Slate on behalf of Creditor BANK OF AMERICA, N.A.
dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Lindsey L Smith on behalf of Debtor Roosevelt Lofts, LLC
lls@lnbrb.com

David A Tilem on behalf of Counter-Defendant Muir Chase Plumbing Co., Inc.
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.c
om;kmishigian@tilemlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Marc Weinberg on behalf of Creditor SRS Fire Protection, Inc.
marcweinberg@att.net

Brandon J Witkow on behalf of Creditor Killefer Flammang Architects
bwitkow@lockelord.com

Aimee Y Wong on behalf of Defendant Roosevelt Lofts, LLC
aywong@mckennalong.com

4374