DANIEL H. SLATE (SBN: 78173)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: dslate@buchalter.com
Email: bharvey@buchalter.com

Attorneys for Bank of America, N.A., individually and as
Administrative Agent for a Group of Lenders

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | Chapter: 11 |
| Debtor. | **BANK GROUP'S STATEMENT WITH RESPECT TO DEBTOR'S CASH COLLATERAL MOTION** |
| | Date: October 26, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, AND TO THE DEBTOR OTHER PARTIES IN INTEREST:**

The Bank of America, N.A., individually and as agent for a group of lenders (the "Bank Group")[1], hereby files its limited opposition to the motion brought by Roosevelt Lofts, LLC's (the "Debtor") entitled "Debtor's Third Motion for Entry of an Order Authorizing Debtor to Use Cash Collateral Through June 30, 2011" (the "Motion"), and respectfully represents :

---

[1] The Bank Group consists of Bank of America, N.A., Manufacturers Bank, a California banking corporation and East West Bank, a California banking corporation.

BN 7329879v1                            -2-

1.    The Bank Group has no objection to the relief requested in the Motion. The Bank Group is concerned, however, that the Debtor has failed to comply with the requirements of the order entered on January 8, 2010 [Docket No. 286] (the "January 8 Order") that provided, among other things, as follows:

"13.    <u>Completion of Construction</u>. On or before March 31, 2010, the Debtor shall complete construction of the ninth and tenth floors (as well as any work remaining on floors two through eight) of the Building (the "<u>First Phase</u>"). On or before June 30, 2010, the Debtor shall complete construction of the remaining floors of the Building (other than the penthouse units in the Building, which will have incomplete finishes to be customized by buyers) (the "<u>Second Phase</u>," and together with the First Phase, the "<u>Construction</u>"). The Construction shall be of substantially similar quality and style as is used throughout the Building and otherwise consistent in every material respect with the construction plans and specifications implemented by the Debtor before the commencement of its bankruptcy case.

14.    <u>Funding for Completion of Construction</u>. None of the Net Proceeds from the sale of the Units shall be used to pay the costs of completing the Construction. None of the other assets of the Debtor's estate shall be used to pay the costs of completing the Construction, unless otherwise ordered by the Court. In no event will the costs of completing the Construction be secured by a priming lien without the consent of those whose liens are to be primed."

2.    The Debtor failed to finish the Construction of the First Phase by March 31, 2010. The Debtor also failed to finish the Construction of the Second Phase by June 30, 2010. Indeed, the Debtor has still failed to finish the Construction, more than three months later. As a result, the Debtor failed to comply with the requirements of the January 8 Order, and remains in default under the express terms and conditions of that order.

3.    The Bank Group has no objection to the relief requested in the Motion, but on condition that none of the rental proceeds or other revenues generated from occupancy of the Units or any other part of the Building be used to fund the costs of Completion of Construction.

1  All such rent related revenues shall be (i) held in a segregated account, (ii) not commingled with

2  any other funds of the Debtor, and (iii) used only for the purposes set forth on the Budget attached

3  to the Motion and within the express parameters of the Motion.

4      Wherefore, for the reasons set forth above, the Bank Group has no objection to the relief

5  requested in the Motion, on the conditions and with the express understandings set forth above.

7  DATED: October 12, 2010        BUCHALTER NEMER
                                                 A Professional Corporation

By:     */s/ Daniel H. Slate*
        DANIEL H. SLATE
   Attorneys for Bank of America, N.A.,
individually and as Administrative Agent for a
            Group of Lenders

| In re:<br>ROOSEVELT LOFTS, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  1:09-bk-14214-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Buchalter Nemer, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA  90017


The foregoing document described _____ **BANK GROUP'S STATEMENT WITH RESPECT TO DEBTOR'S CASH COLLATERAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:


I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 12, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   **October 12, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| *Debtor*<br>**Roosevelt Lofts, LLC**<br>660 S Figueroa St 24th Fl<br>Los Angeles, CA 90017<br>Via US Mail | **Honorable Geraldine Mund**,<br>U.S. Bankruptcy Court,<br>21041 Burbank Blvd., Room 342,<br>Woodland Hills, CA 91367-6606  (bin outside of elevators on 3rd floor) – Via Federal Express |
|---|---|

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**VIA PERSONAL DELIVERY**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 12, 2010 | R. Reeder | /s/ R. Reeder |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                **F 9013-3.1**
BN 7329879v1

| In re:<br>ROOSEVELT LOFTS, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-14214-GM |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    chacondominic@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
BN 7329879v1

**F 9013-3.1**