FILED & ENTERED

DEC 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia   DEPUTY CLERK

1  DANIEL H. SLATE (SBN: 78173)
   BRIAN T. HARVEY (SBN: 238991)
2  BUCHALTER NEMER
   A Professional Corporation
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
4  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
5  Email: dslate@buchalter.com

6  Attorneys for Bank of America, N.A., individually and as
   Administrative Agent for a Group of Lender

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION BETWEEN BANK GROUP AND DEBTOR TO CONTINUE HEARING ON BANK GROUP'S MOTION FOR RELIEF FROM STAY** |
| | Original Date: |
| | Date: January 4, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>         21041 Burbank Boulevard<br>         Woodland Hills, California |
| | Proposed New Date:<br>Date: January 11, 2011<br>Time: 10:00 am<br>Place: Courtroom "303"<br>         21041 Burbank Boulevard<br>         Woodland Hills, California |

The court considered the Stipulation between the Bank Group and Debtor to Continue

Hearing on Bank Group's Motion for Relief from Stay filed on the Docket as document No. 700.

BN 7834624v1                                            1

**ORDER GRANTING STIPULATION BETWEEN BANK GROUP AND DEBTOR TO
CONTINUE HEARING ON BANK GROUP'S MOTION FOR RELIEF FROM STAY**

1  Pursuant to the Stipulation, the Debtor and the Bank Group have agreed to the following, and
2  other good cause appearing therefor:
3  IT IS HEREBY ORDERED:
4      1.    The hearing on the Motion for Relief shall be continued from January 4 to
5  January 11, 2011 at 10:00 a.m.
6      2.    The Debtor shall have until 5:00 p.m. on December 31, 2010 to file any
7  opposition to the Motion for Relief.
8      3.    The Bank Group shall have until 5:00 p.m. on January 7, 2011 to file any
9  reply papers.
10 IT IS SO ORDERED.
11                       ###

DATED: December 20, 2010

_____
United States Bankruptcy Judge

BN 7834624v1                              2

**ORDER GRANTING STIPULATION BETWEEN BANK GROUP AND DEBTOR TO
CONTINUE HEARING ON BANK GROUP'S MOTION FOR RELIEF FROM STAY**

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **ORDER GRANTING STIPULATION BETWEEN BANK GROUP AND DEBTOR TO CONTINUE HEARING ON BANK GROUP'S MOTION FOR RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***December 16, 2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***December 16, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
**Roosevelt Lofts, LLC**
660 S Figueroa St 24th Fl
Los Angeles, CA 90017
(Via U.S. Mail)

**Honorable Geraldine Mund**
U.S. Bankruptcy Court
21041 Burbank Blvd., Room 342
Woodland Hills, CA 91367-6606
(bin outside of elevators on 3rd floor)
(Via Overnight Express)

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***December 16, 2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/16/2010 | SYLVIA MORENO | /s/ SYLVIA MORENO |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**VIA EMAIL**
- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

**VIA U.S. MAIL**
**Committee of Creditors Holding Unsecured Claims**
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

**SERVED BY U.S. MAIL (REQUEST FOR SPECIAL NOTICE)**

Theodore A. Anderson
690 S Brea Blvd
Brea, CA 92821

David J. Barnier
Barker Olmsted & Barnier APLC
3550 Camino del Rio North, Ste 303
San Diego, CA 92108

Robert M Bingham
200 S Main St Ste 200
Corona, CA 92878-3600

Robert Blonstein
Castle & Associates
1925 Century Park East Ste 210
Los Angeles, CA 90067

Alan J Carnegie
23975 Park Sorrento Ste 227
Calabasas, CA 91302

Alan B Clark
355 South Grand Ave
Los Angeles, CA 90071-1560

Patrick J Duffy
725 S Figueroa St Ste 3200
Los Angeles, CA 90017-5446

E Leonard Fruchter
Law Offices of E Leonard Fruchter
1609 Cravens Ave
Torrance, CA 90501

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

William C Hernquist
2404 Broadway, Second Floor
San Diego, CA 92102

Beard Hobbs
Beard Hobbs Attorney at Law
7844 La Mesa Blvd
La Mesa, CA 91941

Heather Kadeg
30423 Canwood St Ste 131
Agoura Hills, CA 91301

Meyer S Levitt
10880 Wilshire Blvd Ste 1101
Los Angeles, CA 90024

Kirk S MacDonald
Gill and Baldwin PC
130 North Brand Blvd Ste 405
Glendale, CA 91203-2617

Scott H Marcus
Scott H Marcus & Associates
121 Johnson Rd
Turnersville, NJ 08012

Herbert Alfred Mayer
5360 Willow Oak St
Simi Valley, CA 93063-4591

Gerald W Mouzis
The Mouzis Law Firm APC
13681 Newport Ave Ste N8-605
Tustin, CA 92780

Fred S Pardes
34211 Pacific Coast Hwy Ste 103
Dana Point, CA 92629

Morton G Rosen
6080 Center Dr Ste 800
Los Angeles, CA

Serge Sinanian
Hunt Ortmann Palffy Nieves Lubka et al
301 N Lake Ave 7th Fl
Pasadena, CA 91101-1807

Wallace H Sweet
Hernquist & Associates
8407 La Mesa Blvd
La Mesa, CA 91942

Homan Taghdiri
660 S Figueroa St 24th Fl
Los Angeles, CA 90017

Benjamin R Trachtman
27401 Los Altos Suite 450
Mission Viejo, CA 92691

Cheryl L Van Steenwyk
611 Wilshire Bl Ste 810
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION BETWEEN BANK GROUP AND DEBTOR TO CONTINUE HEARING ON BANK GROUP'S MOTION FOR RELIEF FROM STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***December 16, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
**Roosevelt Lofts, LLC**
660 S Figueroa St 24th Fl
Los Angeles, CA 90017

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**VIA NOTICE OF ELECTRONIC FILING**
- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

**TO BE SERVED BY THE LODGING PARTY VIA U.S. MAIL**
**Committee of Creditors Holding Unsecured Claims**
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

**(REQUEST FOR SPECIAL NOTICE)**
Theodore A. Anderson
690 S Brea Blvd
Brea, CA 92821

David J. Barnier
Barker Olmsted & Barnier APLC
3550 Camino del Rio North, Ste 303
San Diego, CA 92108

Robert M Bingham
200 S Main St Ste 200
Corona, CA 92878-3600

Robert Blonstein
Castle & Associates
1925 Century Park East Ste 210
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

Alan J Carnegie
23975 Park Sorrento Ste 227
Calabasas, CA 91302

Alan B Clark
355 South Grand Ave
Los Angeles, CA 90071-1560

Patrick J Duffy
725 S Figueroa St Ste 3200
Los Angeles, CA 90017-5446

E Leonard Fruchter
Law Offices of E Leonard Fruchter
1609 Cravens Ave
Torrance, CA 90501

William C Hernquist
2404 Broadway, Second Floor
San Diego, CA 92102

Beard Hobbs
Beard Hobbs Attorney at Law
7844 La Mesa Blvd
La Mesa, CA 91941

Heather Kadeg
30423 Canwood St Ste 131
Agoura Hills, CA 91301

Meyer S Levitt
10880 Wilshire Blvd Ste 1101
Los Angeles, CA 90024

Kirk S MacDonald
Gill and Baldwin PC
130 North Brand Blvd Ste 405
Glendale, CA 91203-2617

Scott H Marcus
Scott H Marcus & Associates
121 Johnson Rd
Turnersville, NJ 08012

Herbert Alfred Mayer
5360 Willow Oak St
Simi Valley, CA 93063-4591

Gerald W Mouzis
The Mouzis Law Firm APC
13681 Newport Ave Ste N8-605
Tustin, CA 92780

Fred S Pardes
34211 Pacific Coast Hwy Ste 103
Dana Point, CA 92629

Morton G Rosen
6080 Center Dr Ste 800
Los Angeles, CA

Serge Sinanian
Hunt Ortmann Palffy Nieves Lubka et al
301 N Lake Ave 7th Fl
Pasadena, CA 91101-1807

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                         **F 9021-1.1.NOTICE.ENTERED.ORDER**

Wallace H Sweet
Hernquist & Associates
8407 La Mesa Blvd
La Mesa, CA 91942

Homan Taghdiri
660 S Figueroa St 24th Fl
Los Angeles, CA 90017

Benjamin R Trachtman
27401 Los Altos Suite 450
Mission Viejo, CA 92691

Cheryl L Van Steenwyk
611 Wilshire Bl Ste 810
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9021-1.1.NOTICE.ENTERED.ORDER**