DAVID L. NEALE (State Bar No. 141225)
JULIET Y. OH (State Bar No. 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | ) Case No. 1:09-bk-14214-GM |
| | ) |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF CONTINUANCE OF HEARINGS ON VARIOUS MOTIONS HELD ON JANUARY 4, 2011 AT 10:00 A.M.** |
| Debtor. | ) |
| | ) |
| | ) Hearing: |
| | ) Date: January 4, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom "303" |
| | )           21041 Burbank Boulevard |
| | )           Woodland Hills, California |
| | ) |
| | ) Continued Hearing: |
| | ) [See Notice Below] |
| | ) |

**PLEASE TAKE NOTICE** that the hearings on the following motions (collectively, the "Motions") have been continued from January 4, 2011 at 10:00 a.m. to the dates and times set forth below, and will be held before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in her Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California 91367:

| Affected Parties | Motion | Docket # | Continued Hearing |
|---|---|---|---|
| Bank of America, N.A. | Motion For Relief From The Automatic Stay | 695 | January 25, 2011 at 10:00 a.m. |
| Allsale Electric, Inc. and Sidney Alter d/b/a Alter Electric Company | Motion For Order Disallowing Claims Of Allsale Electric, Inc. And Sidney Alter d/b/a Alter Electric Company | 395 | March 2, 2011 at 1:30 p.m. |
| American Gunite, Inc. | Motion For Order Disallowing Claim No. 74 Filed By American Gunite, Inc. | 381 | March 2, 2011 at 1:30 p.m. |
| Commercial Glass Company and New World West | Motion For Order Disallowing Claim Filed By Commercial Glass Company And Scheduled Claim Of New World West | 386 | March 2, 2011 at 1:30 p.m. |
| Glendale Plumbing & Fire Supply, GRIF-FAB Corporation, and SRS Fire Protection, Inc. | Motion For Order Disallowing Claims Of SRS Fire Protection, Inc., Glendale Plumbing & Fire Supply And GRIF-FAB Corporation | 387 | March 2, 2011 at 1:30 p.m. |
| Integrity Builders West, Inc. | Motion For Order Disallowing Claim No. 87 Filed By Integrity Builders West, L.L.C. | 382 | March 2, 2011 at 1:30 p.m. |

| Affected Parties | Motion | Docket # | Continued Hearing |
|---|---|---|---|
| Kultur Flooring USA, Inc. | Motion For Order Disallowing Claim No. 81 And Claim No. 82 Filed By Kultur Flooring USA, Inc. | 376 | March 2, 2011 at 1:30 p.m. |
| Lynn Safety Inc. | Motion For Order Disallowing Scheduled Claim Of Lynn Safety Inc. | 378 | March 2, 2011 at 1:30 p.m. |
| Muir Chase Plumbing Co., Inc. | Motion For Order Disallowing Claim No. 22 Filed By Muir Chase Plumbing Co., Inc. | 394 | March 2, 2011 at 1:30 p.m. |
| Pfinish Koncepts, Inc. | Motion For Order Disallowing Claim No. 73 Filed By Pfinish Koncepts, Inc. | 385 | March 2, 2011 at 1:30 p.m. |
| Robertson's Ready Mix, Ltd. | Motion For Order Disallowing Claims Filed By Robertson's Ready Mix, Ltd. | 389 | March 2, 2011 at 1:30 p.m. |
| Southland Exterior Building Services, Inc. | Motion For Order Disallowing Claims Of Dunn-Edwards Corporation And Southland Exterior Building Services, Inc. | 384 | April 5, 2011 at 10:00 a.m. |
| Spectra Company | Motion For Order Disallowing Claim No. 69 Filed By Spectra Company | 393 | March 2, 2011 at 1:30 p.m. |
| Thermalair, Inc. | Motion For Order Disallowing Claim No. 72 Filed By Thermalair, Inc. | 391 | March 2, 2011 at 1:30 p.m. |
| ThyssenKrupp Elevator Corporation | Motion For Order Disallowing Claims Of ThyssenKrupp Elevator Corporation | 383 | March 2, 2011 at 1:30 p.m. |

1 | Dated: January 5, 2011

ROOSEVELT LOFTS, LLC

By: _____*/s/ Juliet Y. Oh*_____
    JULIET Y. OH
    LEVENE, NEALE, BENDER, YOO
      & BRILL LLP
    Attorneys for Roosevelt Lofts LLC

| In re: | | CHAPTER 11 |
|---|---|---|
| ROOSEVELT LOFTS, LLC, | | CASE NUMBER 1:09-bk-14214-GM |
| | Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as **NOTICE OF CONTINUANCE OF HEARINGS ON VARIOUS MOTIONS HELD ON JANUARY 4, 2011 AT 10:00 A.M.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **January 5, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010

F 9013-3.1

| In re: ROOSEVELT LOFTS, LLC, Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-14214-GM |
|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 5, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[X] See attached service list

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 5, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

*Served by Personal Delivery via Attorney Service*
Hon. Geraldine Mund
United States Bankruptcy Court
Courtroom 303
21041 Burbank Boulevard
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 5, 2011** | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*  **F 9013-3.1**

**II. SERVED BY U.S. MAIL:**

U.S. Trustee
Attn:  S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

*Counsel for Creditors Committee*
Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

Bontempi USA
Attn:  Yeujye Chen
8919 Beverly Blvd.
West Hollywood, CA 90048

A American Custom Flooring
Attn:  Richard S. Lauter
311 S. Wacker Drive
Chicago, IL 60066

Kuetar Flooring
Attn: Joseph Kember/Ed Sheats
2 Innovation Drive
Renfrew
Ontario, **CANADA** K7V4B1

*Counsel for Bank of America*
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

Seyfarth Shaw LLP
T. Larry Watts, Eric B. von Zeipel
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

Allsale Electric
c/o Abdulaziz, Grossbart & Rudman
Attn:  Kenneth S. Grossbart
PO. Box 15458
North Hollywood, CA 91615-5458

American Gunite, Inc.
5042 Wilshire Blvd., Suite 496
Los Angeles, CA 90036

Commercial Glass Company
1577 Tierra Rejada Rd.
Simi Valley, CA 93065

Glendale Plumbing & Fire Supply
c/o Kirk S. MacDonald, Esq.
Gill & Baldwin P.C.
130 N. Brand Blvd., Ste. 405
Glendale, CA 91203

Sidney Alter, dba Alter Electric
Bruce D. Rudman
Abulaziz Grossbart & Rudman
6454 Coldwater Canyon Ave
North Hollywood, CA 91606

New World West
940 Challenger Street
Brea, CA 92821

William F. McVey Sr.
Grif-Fab Corp.
1 Westlake Village
Council Bluffs, LA  51501

SRS Fire Protection
c/o Marc Weinberg, Esq.
6320 Canoga Ave., Ste. 1500
Woodland Hills, CA 91367

Integrity Builders West, LLC
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Attn: Helen R. Frazier

Kultur Flooring USA, Inc.
7777 N. Caldwell Avenue
Niles, IL 60714-3382

Lynn Safety, Inc.
367 Civic Drive, Suite 8
Pleasant Hill, CA 94523

Muir Chase Plumbing Co.
c/o Law Ofcs of David A. Tilem
206 N. Jackson Street, Ste 201
Glendale, CA 91206

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Robertson's Ready Mx Ltd
c/o Law Ofcs Robert M. Binam
200 S. Main Street, Ste. 200
Corona, CA 92878

Southland Exterior Building Svcs
9582 Hamilton Ave.
#166
Huntington Beach, CA 92646-8008

Southland Exterior Building Svcs
A Professional Corporation
34211 Pacific Coast Hwy
Ste 103
Dana Point, CA 92629-3860

Spectra Company
433 W. Allen Avenue
Suite 111
San Dimas, CA 91773-4704

Spectra Company
c/o Attorney Beard Hobbs
7844 La Mesa Blvd
La Mesa, CA 91942-0610

Thermalair
1140 Red Gum Street
Anaheim, CA 92806

Thyssenkrupp Elevator Corp.
c/o William C. Hernquiset II
2404 Broadway, 2nd Floor
San Diego, CA 92102