DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY BANK OF AMERICA, N.A., INDIVIDUALLY AND AS ADMINISTRATIVE AGENT FOR A GROUP OF LENDERS**<br><br><u>Currently Scheduled Hearing:</u><br>Date: January 25, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>21041 Burbank Blvd.<br>Woodland Hills, California<br><br><u>Proposed Continued Hearing:</u><br>Date: February 1, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom "303"<br>21041 Burbank Blvd.<br>Woodland Hills, California |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:**

Roosevelt Lofts, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, (the "Debtor"), and Bank of America, N.A., individually and as Administrative Agent for a group of lenders (the "Bank"), by and through their counsel of record, hereby stipulate and agree with respect to the following facts:

A. On April 13, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtor is managing its financial affairs and operating its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B. The Debtor is the owner of real property located at 727 West 7th Street in Los Angeles, California, a fifteen-story architecturally significant building located in the heart of the Financial District in downtown Los Angeles (the "Building").

C. In or about March 2006, the Debtor entered into a construction loan agreement with Bank of America, N.A., individually and as agent for a group of lenders (the "Bank"), pursuant to which the Debtor obtained a loan from the Bank in the original principal sum of $78,840,375.00 (the "Loan").

D. On or about December 30, 2008, the Bank issued a notice of default to the Debtor, contending that the Debtor had defaulted on its obligations under the Loan. Subsequently, on April 3, 2009, the Bank filed a complaint against the Debtor and others in the Superior Court of the State of California, County of Los Angeles ("State Court") for, among other things, specific performance, appointment of a receiver, and judicial foreclosure on its Deeds of Trust. In connection with the action in State Court, the Bank made an *ex parte* application for the appointment of a receiver.

E. As a result of all the foregoing, the Debtor sought protection under Chapter 11 of the Bankruptcy Code.

F. On December 14, 2010, the Bank filed a motion for relief from automatic stay (the "RFS Motion") in the Debtor's case, pursuant to which the Bank seeks relief from the automatic stay under 11 U.S.C. § 362(d)(1) and (d)(3) to exercise its rights and remedies against the Building.

G. The hearing on the RFS Motion was originally scheduled for January 4, 2011 at 10:00 a.m., but was continued to January 11, 2011 at 10:00 a.m. pursuant to a stipulation entered into by the Debtor and the Bank (at the Debtor's request) and subsequently approved by the Court.

H. Thereafter, the Court continued the hearing on the RFS Motion from January 11, 2011 to January 25, 2011 at 10:00 a.m.

I. Due to a scheduling conflict that recently arose for David L. Neale, the attorney primarily responsible for the Debtor's representation in this case, which prevented him from being able to appear at the hearing on the RFS Motion, the Debtor requested, and the Bank graciously agreed to, an approximately one (1) week continuance of the hearing on the RFS Motion. After contacting the Court, counsel for the Debtor has confirmed that the Court is available to hear the RFS Motion on February 1, 2011 at 10:00 a.m.

WHEREFORE, subject to the approval of the Court, the parties hereto stipulate and agree that the hearing on the RFS Motion shall be continued to February 1, 2011 at 10:00 a.m.

Dated: January 19, 2011

ROOSEVELT LOFTS, LLC

By: [signature]
DAVID L. NEALE
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
Counsel for Chapter 11 Debtor and Debtor in Possession

*[Signatures continued on following page]*

Dated: January 19, 2011

BANK OF AMERICA, N.A., Individually and as Administrative Agent for a Group of Lenders

By: ______________________

DANIEL H. SLATE
Counsel for Bank of America, N.A., Individually and as Administrative Agent for a Group of Lenders

| In re: ROOSEVELT LOFTS, LLC, Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-14214-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as **STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY BANK OF AMERICA, N.A., INDIVIDUALLY AND AS ADMINISTRATIVE AGENT FOR A GROUP OF LENDERS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **January 19, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno ecfcacb@piteduncan.com
- Carleton R Burch crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com ;csh@amclaw.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon ldominicchacon@yahoo.com
- Cynthia M Cohen cynthiacohen@paulhastings.com
- Travis W Feuerbacher tfeuerbacher@gglts.com
- Steven R Fox emails@foxlaw.com
- Helen R Frazer hfrazer@aalrr.com
- Varand Gourjian vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden herbert@ntlg.us
- Brian L Holman b.holman@mpglaw.com
- Alexandra Kazhokin akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale dln@lnbrb.com
- Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross margaux.ross@usdoj.gov
- Bruce D Rudman bdr@agrlaw.net
- William D Schuster bills@allieschuster.org
- Marian K Selvaggio selvaggio@huntortmann.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith lls@lnbrb.com
- David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg marcweinberg@att.net
- Brandon J Witkow bwitkow@lockelord.com
- Aimee Y Wong aywong@mckennalong.com

| In re: ROOSEVELT LOFTS, LLC, Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-14214-GM |
|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 19, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

***By U.S. Mail***
U.S. Trustee
Attn: S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

*Counsel for Creditors Committee*
Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

*Counsel for Bank of America*
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

*Counsel for Muir-Chase Plumbing Co Inc*
The Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206-4330

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 5, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

***Served via Attorney Service***
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm, 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 19, 2011** | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |