UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Roosevelt Lofts, LLC | | |
| 16661 Ventura Blvd, Suite 600 | Case Number: | 1:09-BK-14214-GM |
| Encino, CA 91436 | Operating Report Number: | 21 |
| Debtor(s). | For the Month Ending: | 12/31/2010 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          243,628.05

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                            243,628.05

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    Rental Income                                 147,454.60
    Parking Income (Net)
    Other (Specify)        Escrow Refund
    Other (Specify)        Other Refund                 0.00
    **Other (Specify)      Security Deposit            415.00

    TOTAL RECEIPTS THIS PERIOD:                                   147,869.60

5.  BALANCE:                                                      391,497.65

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)       361,039.50
    Disbursements (from page 2)                               0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***                           361,039.50

7.  ENDING BALANCE:                                                30,458.15

8.  General Account Number(s):          ███████████
    Roosevelt Lofts, LLC, Debtor in Possession of Case# 1;09-BK-14214
    Depository Name & Location:      City National Bank -Los Angeles Regional Center
                                     525 S Flower St, Suite 110, LA CA 90071

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit
specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

*** Although the Debtor has not made any disbursements from its Debtor In Possession account, the Debtor has incurred
expenses, some of which have been paid by, or paid from advances made by, the Debtor's affiliates including Milbank Holding
Corp.  These expenses are set forth  in an exhibit attached hereto.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/01/2010 | 1059 | Kadima Security Services | Security Service | | | 22,865.00 |
| 12/01/2010 | 1060 | SRM Labor Management | Concierge/Bldg.Engineer/ Janitorial | | | 7,444.00 |
| 12/01/2010 | 1061 | Digital Express | Marketing | | | 768.25 |
| 12/01/2010 | 1062 | FastSigns | Marketing | | | 82.31 |
| 12/01/2010 | 1063 | FastSigns | Marketing | | | 179.99 |
| 12/01/2010 | 1064 | Ace Parking Management, Inc. | Parking Expense | | | 723.23 |
| 12/01/2010 | 1068 | ChemPro Laboratory Inc | Repair and Maintenance | | | 185.00 |
| 12/01/2010 | 1069 | ThyssenKrupp Elevator | Elevator | | | 623.25 |
| 12/01/2010 | Wire19 | Milbank Real Estate Services-1646 | Admin and Management fee | | | 3,750.00 |
| 12/01/2010 | Wire18 | Milbank Real Estate Services-CBB | Sales and Managment | | | 11,000.00 |
| 12/01/2010 | 1070 | Los Angeles County Tax Collector | Real Estate Taxes | | | 16,005.00 |
| 12/01/2010 | 1072 | Los Angeles County Tax Collector | Real Estate Taxes | | | 22,133.52 |
| 12/01/2010 | 1073 | Los Angeles County Tax Collector | Real Estate Taxes | | | 10,303.61 |
| 12/01/2010 | 1074 | Los Angeles County Tax Collector | Real Estate Taxes | | | 15,149.15 |
| 12/01/2010 | 1075 | Los Angeles County Tax Collector | Real Estate Taxes | | | 28,234.42 |
| 12/01/2010 | 1076 | Los Angeles County Tax Collector | Real Estate Taxes | | | 16,275.54 |
| 12/01/2010 | 1077 | Los Angeles County Tax Collector | Real Estate Taxes | | | 28,054.43 |
| 12/01/2010 | 1078 | Los Angeles County Tax Collector | Real Estate Taxes | | | 16,275.48 |
| 12/01/2010 | 1079 | Los Angeles County Tax Collector | Real Estate Taxes | | | 28,224.36 |
| 12/01/2010 | 1080 | Los Angeles County Tax Collector | Real Estate Taxes | | | 16,166.78 |
| 12/01/2010 | 1081 | Los Angeles County Tax Collector | Real Estate Taxes | | | 28,253.81 |
| 12/01/2010 | 1082 | Los Angeles County Tax Collector | Real Estate Taxes | | | 16,155.48 |
| 12/01/2010 | 1112 | AT&T | Telephone | | | 61.47 |
| 12/01/2010 | 1113 | Federal Express | Postage and Delivery | | | 31.64 |
| 12/01/2010 | 1114 | Graybar Financial Services, LLC | Office Expense | | | 268.11 |
| 12/07/2010 | 1083 | Grainger | Repair and Maintenance | | | 485.65 |
| 12/08/2010 | 1084 | FIREMAN'S FUND INSURANCE | Liability Insurance | | | 7,017.73 |
| 12/09/2010 | 1085 | Milbank Real Estate Services-CBB | Sales and Managment | | | 2,500.00 |
| 12/14/2010 | 1090 | American Electrical Specialist | Unit Punch List | | | 1,394.00 |
| 12/14/2010 | 1091 | American Electrical Specialist | Repair and Maintenance | | | 2,091.00 |
| 12/14/2010 | 1092 | CONSOLIDATED DISPOSAL SERVICE | Trash Removal | | | 656.29 |
| 12/14/2010 | 1093 | CyberNet Communications, Inc. | Telephone | | | 800.00 |
| 12/14/2010 | 1094 | American Express | Marketing | | | 434.94 |
| 12/14/2010 | 1095 | Servicon Supplies | Unit Punch List | | | 112.71 |
| 12/14/2010 | 1096 | On Demand Printing | Marketing | | | 258.97 |
| 12/14/2010 | 1097 | BEL-AIR INTERNET | Office Expense | | | 316.68 |
| 12/14/2010 | 1098 | Mister Poolman | Repair and Maintenance | | | 509.00 |
| 12/14/2010 | 1099 | The Gas Company | Gas and Electric | | | 793.68 |
| 12/14/2010 | 1100 | LA DWP | Water | | | 1,545.07 |
| 12/14/2010 | 1101 | LA DWP | Fire | | | 108.48 |
| 12/14/2010 | 1102 | Time Warner Cable | Office Expense | | | 170.73 |
| 12/14/2010 | 1103 | BMW Card Services | Office Expense | | | 98.25 |
| 12/15/2010 | 1089 | Jacklyn Ortells | Marketing | | | 246.64 |
| 12/15/2010 | 1104 | SRM Labor Management | Concierge/Bldg.Engineer/ Janitorial | | | 7,576.00 |
| 12/17/2010 | 1105 | American Electrical Specialist | Repair and Maintenance | | | 1,970.00 |
| 12/17/2010 | 1106 | American Electrical Specialist | Unit Punch List | | | 1,000.00 |
| 12/17/2010 | 1107 | Milbank Real Estate Services-CBB | Sales and Managment | | | 9,000.00 |
| 12/21/2010 | 1109 | Premium Assignment Corporation | Liability Insurance | | | 702.35 |
| 12/28/2010 | 1115 | CCI | Trash Removal | | | 1,189.09 |
| 12/28/2010 | 1116 | Servicon Supplies | Unit Punch List | | | 201.18 |
| 12/29/2010 | 1117 | Digital Express | Marketing | | | 768.25 |
| 12/29/2010 | 1118 | Los Angeles Fire Systems | Repair and Maintenance | | | 3,790.00 |
| 12/29/2010 | 1119 | Ace Parking Management, Inc. | Parking Expense | | | 1,800.49 |
| 12/30/2010 | 1124 | SRM Labor Management | Concierge/Bldg.Engineer/ Janitorial | | | 7,345.00 |
| 12/30/2010 | 1152 | LA DWP | Gas and Electric | | | 16,749.69 |
| 12/31/2010 | | | 23-Bank Service Charges | | | 193.80 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $361,039.50 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# GENERAL ACCOUNT

# BANK RECONCILIATION

| Bank statement Date: | N/A | Balance on Statement: | $58,209.03 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

## TOTAL DEPOSITS IN TRANSIT

0.00

## Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 969 | | 324.00 |
| 894 | | 220.00 |
| 881 | | 380.16 |
| 760 | | 630.00 |
| 1110 | | 268.10 |
| 1111 | | 268.10 |
| 1112 | | 61.47 |
| 1113 | | 31.64 |
| 1114 | | 98.25 |
| 1103 | | 268.11 |
| 1109 | | 702.35 |
| 1115 | | 1,189.09 |
| 1116 | | 201.18 |
| 1117 | | 768.25 |
| 1118 | | 3,790.00 |
| 1119 | | 1,800.49 |
| 1152 | | 16,749.69 |

## TOTAL OUTSTANDING CHECKS:

27,750.88

Bank statement Adjustments: _____

Explanation of Adjustments-

## ADJUSTED BANK BALANCE:

$30,458.15

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 58,209.03 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts: _____     _____
_____     _____

*Other Monies: _____

**Petty Cash (from below):                    0.00

## TOTAL CASH AVAILABLE:                                    58,209.03

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## TOTAL PETTY CASH TRANSACTIONS:                        0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Firemans Fund | $1M and $2M Agg | 6/30/2011 | 6/30/2010 |
| Worker's Compensation | The Hardford | $1M and $2M Agg | 2/28/2011 | 2/28/2011 |
| Casualty | Affiliated FM Ins | Total $244,469,300 | 6/30/2011 | 6/30/2010 |
| Vehicle | N/A |  |  |  |
| Others: |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2009 | 295,103.00 | 1,950.00 | 17-Jul-2009 | 1,950.00 | 0.00 |
| 30-Sep-2009 | 290,123.85 | 1,950.00 | 8-Dec-2009 | 1,950.00 | 0.00 |
| 31-Dec-2009 | 287,645.55 | 1,950.00 | 15-Jan-2010 | 1,950.00 | 0.00 |
| 31-Mar-2010 | 284,957.21 | 1,950.00 | 20-Apr-2010 | 1,950.00 | 0.00 |
| 30-Jun-2010 | 292,126.00 | 1,950.00 | 22-Jul-2010 | 1,950.00 | 0.00 |
| 30-Sep-2010 | 340,375.18 | 4,875.00 | 26-Oct-2010 | 4,875.00 | 0.00 |
| 31-Dec-2010 | 598,528.07 | 4,875.00 | 4-Feb-2010 | 4,875.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 19,500.00 |  | 19,500.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3.   State what progress was made during the reporting period toward filing a plan of reorganization

The Debtor filed its first amended plan of reorganization (the "Plan") and disclosure statement describing the Plan (the "Disclosure Statement") on February 26, 2010.  Although the Court entered an order approving the Disclosure Statement and scheduling hearings to consider confirmation of the Plan, due to, among other things, the pending litigation between Bank of America, N.A. (the "Bank") and a class of alleged mechanic's lien creditors (the results of which the Debtor believes will pave the way for confirmation of a consensual form of the Plan), the Debtor requested continuances of the confirmation hearing dates, which requests the Court approved.  There appears to be a settlement in principle between the Bank and the class of mechanic's lien creditors (the "Settlement"), which is in the process of being documented and brought before the Court for approval.  The Court has ordered that the Debtor file a further amended plan of reorganization and disclosure statement within 30 days following the hearing on a motion to approve the Settlement.  The Debtor fully intends to comply with the foregoing order of t

4.   Describe potential future developments which may have a significant impact on the case:

See #3 above.  Also, the Bank has filed a motion for relief from the automatic stay, presumably to foreclose against the real property owned by the Debtor, which motion the Debtor has opposed. The Court continued the hearing on the Bank's stay relief motion to May 3, 2011 at 10:00 a.m. The Debtor anticipates filing a further amended plan of reorganization and disclosure statement well before the continued hearing on the Bank's stay relief motion.

5.   Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

None.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,   M. Aaron Yashouafar, President of Roosevelt Lofts, Inc., Managing Member of the Debtor, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date   2/14/11          Page 16 of 16          Principal for debtor-in-possession

| In re: | CHAPTER 11 |
|---|---|
| ROOSEVELT LOFTS, LLC,<br><br>Debtor(s). | CASE NUMBER 1:09-bk-14214-GM |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as **MONTHLY OPERATING REPORT NO. 20 FOR THE MONTH ENDING DECEMBER 31, 2010** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **February 16, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 16, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                                                      **F 9013-3.1**

| In re:                                    | CHAPTER  11                          |
|                  ROOSEVELT LOFTS, LLC,    | CASE NUMBER  1:09-bk-14214-GM        |
|                              Debtor(s).   |                                      |

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 16, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**_Served via Attorney Service_**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
|-------------------|--------------------|------------------------|
| *Date*            | *Type Name*        | *Signature*            |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                                                           **F 9013-3.1**