1  DAVID L. NEALE (SBN 141225)
   JULIET Y. OH (SBN 211414)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Blvd., Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email:  dln@lnbyb.com; jyo@lnbyb.com
5

6  Attorneys for Chapter 11 Debtor and
   Debtor in Possession
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

12

13  In re                          )  Case No. 1:09-bk-14214-GM
                                    )
14  ROOSEVELT LOFTS, LLC, a         )  Chapter 11
    Delaware limited liability company,  )
15                                  )
                                    )  **STIPULATION TO ASSIGN STANDING**
16             Debtor.              )  **TO THE OFFICIAL COMMITTEE OF**
                                    )  **UNSECURED CREDITORS TO PURSUE**
17                                  )  **ESTATE AVOIDANCE CAUSES OF**
                                    )  **ACTION**
18                                  )
                                    )
19                                  )  [No Hearing Required]
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25  _____

26        TO   THE   HONORABLE   GERALDINE   MUND,   UNITED   STATES

27  BANKRUPTCY JUDGE:

28

This stipulation (the "Stipulation") is hereby entered into by and between Roosevelt Lofts, LLC, a Delaware limited liability company, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), on the one hand, and the Official Committee of Unsecured Creditors appointed in the Debtor's case (the "Committee"), on the other hand, as follows:

A.      The Debtor is the owner of real property located at 727 West 7th Street in Los Angeles, California, a fifteen-story architecturally significant building located in the heart of the Financial District in downtown Los Angeles (the "Building").

B.      In or about March 2006, the Debtor entered into a construction loan agreement with Bank of America, N.A., individually and as agent for a group of lenders (the "Bank"), pursuant to which the Debtor obtained a loan from the Bank in the original principal sum of $78,840,375.00 (the "Loan").   The Loan was obtained by the Debtor for the purpose of converting the Building into 222 individually subdivided, luxury residential condominium units, a commercial retail component on the ground floor, and parking areas which are both subterranean and above grade within the Building.

C.      On or about December 30, 2008, the Bank issued a notice of default to the Debtor, contending that the Debtor had defaulted on its obligations under the Loan. Subsequently, on April 3, 2009, the Bank filed a complaint against the Debtor and others in the Superior Court of the State of California, County of Los Angeles ("State Court") for, among other things, specific performance, appointment of a receiver, and judicial foreclosure on its Deeds of Trust.   In connection with the action in State Court, the Bank made an *ex parte* application for the appointment of a receiver.

D.      As a result of all the foregoing, the Debtor sought protection under Chapter 11 of the Bankruptcy Code by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on April 13, 2009 (the "Petition Date").   The Debtor continues to operate its business, manage its financial affairs and administer its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

E.      Shortly after the Petition Date, the Office of the United States Trustee appointed

1   the Committee to represent the interests of the unsecured creditors in the Debtor's bankruptcy

2   case.

3        F.      The Debtor has engaged in discussions with the Committee regarding the

4   investigation and evaluation of certain rights, claims and causes of action belonging to the

5   Debtor's bankruptcy estate.  Following these discussions, the Debtor and the Committee have

6   determined that certain rights, claims and causes of action belonging to the Debtor's bankruptcy

7   estate, including, without limitation, claims arising under Chapter 5 of the Bankruptcy Code,

8   may be more appropriately pursued by the Committee for the benefit of the estate.

9        G.      Pursuant to Section 546 of the Bankruptcy Code, certain actions or proceedings

10  under Chapter 5 of the Bankruptcy Code must be commenced within two (2) years following

11  the entry of the order for relief (the "Statute of Limitations").  The Statute of Limitations

12  applicable to the Debtor expires on or about April 12, 2011.

13       H.      The Committee has requested that the Debtor assign to the Committee the

14  standing of the Debtor's estate to pursue all avoidance causes of action under Chapter 5 of the

15  Bankruptcy Code, and the Debtor has agreed to the Committee's request.

16       NOW THEREFORE, the Debtor and the Committee hereby agree and stipulate as

17  follows:

18       1.      The recitals above are incorporated by reference as if set forth at length herein.

19       2.      The Committee shall be deemed to have exclusive standing and authority, on

20  behalf of the Debtor's bankruptcy estate, to bring any action or assert any right or claim under

21  Chapter 5 (defined as all claims and causes of action related to or arising under 11 U.S.C. § 501

22  through 11 U.S.C. § 561) (the "Chapter 5 Causes of Action").

23       3.      This Stipulation shall be deemed effective immediately upon the entry of an

24  order approving this Stipulation.

25       4.      This Court shall retain exclusive jurisdiction over the subject matter of this

26  Stipulation in order to resolve any dispute in connection with the rights and duties specified

27  hereunder.

28

1       5.      This Stipulation may be executed in any number of counterparts, any and all of

2   which shall be deemed to be original.  Electronically or facsimile transmitted signatures shall

3   have the same force and effect as original signatures.

4   Dated:  March 15, 2011           LEVENE, NEALE, BENDER, YOO
                            & BRILL L.L.P.

5

6

7                           */s/ Juliet Y. Oh*
                         David L. Neale, Esq.
                         Juliet Y. Oh, Esq.

8                         Attorneys for Roosevelt Lofts, LLC,
                         Debtor and Debtor in Possession

9

10   Dated:  March 15, 2011           LANDSBERG & ASSOCIATES

11

12                           */s/ Ian S. Landsberg*
                         Ian S. Landsberg, Esq.

13                         Attorneys for the Official Committee of
                         Unsecured Creditors

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:                          | CHAPTER  11                           |
|                                 | CASE NUMBER  1:09-bk-14214-GM         |
| ROOSEVELT LOFTS, LLC,           |                                       |
|                      Debtor(s). |                                       |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as **STIPULATION TO ASSIGN STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PURSUE ESTATE AVOIDANCE CAUSES OF ACTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **March 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@pitedduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- Ronald N Richards    ron@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbyb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                                                                   **F 9013-3.1**

| In re:                           | CHAPTER 11                          |
|                                  | CASE NUMBER 1:09-bk-14214-GM        |
|         ROOSEVELT LOFTS, LLC,    |                                     |
|                        Debtor(s).|                                     |

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*[X] Service list attached*

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 15, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Served via Attorney Service**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 15, 2011** | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                                                    **F 9013-3.1**

**II. SERVED BY U.S. MAIL:**

Bank of America, N.A.
333 S. Hope St.
11th Floor
Los Angeles, CA 90071

V.G.I. Corporation
5508 S. Santa Fe Avenue
Vernon, CA 90058

Wrightway Construction, Inc.
1070 E. Dominguez St.
Suite A
Carson, CA 90746

Thermalair
1140 Red Gum Street
Anaheim, CA 92806

American Gunite, Inc.
5042 Wilshire Blvd.
Suite 496
Los Angeles, CA 90036

Integrity Builders West, Inc.
25942 Via Marejada
Mission Viejo, CA 92691

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Westye Group - West, Inc.
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

Lynn Safety, Inc.
367 Civic Drive
Suite 8
Pleasant Hill, CA 94523

Thyssenkrupp Elevator, Inc.
6087 Triangle Drive
Los Angeles, CA 90040

Purcell Murray Builder Sales Company, Inc.
2341 Jefferson Street
Suite 200
San Diego, CA 92110

Cal-State Steel Corporation
1801 W. Compton Boulevard
Compton, CA 90220

Commercial Glass Company
1577 Tierra Rejada Road
Simi Valley, CA 93065

Allsale Electric Inc.
7950 Deering Avenue
Canoga Park, CA 91304

EJ Reyes Corp.
6328 Roundhill Drive
Whittier, CA 90601

EFCO Corporation
1290 Carbide Drive
Corona, CA 92881

Addison Pools, Inc.
10835 Magnolia Boulevard
North Hollywood, CA 91601

SRS Fire Protection, Inc.
6829 Canoga Avenue #2
Canoga Park, CA 91303

CraneNetics, Inc.
4780 Cheyenne Way
Chino, CA 91710

Siemens Building Technologies, Inc.
10775 Business Center Drive
Cypress, CA 90630

Brewster Marble Co., Inc.
11818 Glenoaks Boulevard
San Fernando, CA 91340

HD Supply / White Cap Construction Supply
P.O. Box 1770
Costa Mesa, CA 92626

New World West
940 Challenger Street
Brea, CA 92821

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

American Concrete Cutting Inc.
dba American Demolition/Concrete Cutting
620 Poinsettia Street
Santa Ana, CA 92701

Dunn-Edwards Corporation
4885 E. 52nd Place
Los Angeles, CA 90040

Insul-Flow, Inc.
1911 N. Fine
Fresno, CA 93727

Robertson's Ready Mix
PO Box 3600
Corona, CA 92878

Glendale Plumbing & Fire Supply
c/o Kirk s. MacDonald, Esq.
Gill and Baldwin, P.C.
130 N. Brand Blvd., #405
Glendale, CA 91205

Frank's Disposal
PO Box 4271
Sunland, CA 91041

AB California Acquisition Corp.
dba Acoustical Material Services
10200 S. Pioneer Boulevard,
Suite 500
Santa Fe Springs, CA 90670

William F. McVey Sr.
Grif-Fab Corp.
1 Westlake Village
Council Bluffs, LA  51501

A Fence Company, Inc.
15205 Carretera Drive
Whittier, CA 90605

Agent for Bank of America
T. Larry Watts, Esq.
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

Orco Construction Supply
477 N. Canyons Parkway, #A
Livermore, CA 94551

**Counsel for Bank of America**
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

Agent for Wrightway Construction
E. Leonard Fruchter, Esq.
1609 Cravens Avenue
Torrance, CA90501

Arrow
7635 Burnet Avenue
Van Nuys, CA 91405

Agent for American Gunite
Bradley A. Raisin, Esq.
16055 Ventura Blvd., Suite 601
Encino, CA 91436

Agent for Pfinish Koncepts, Inc.
Alan J. Carnegie, Esq.
23901 Calabasas Road, Suite 2013
Calabasas, CA 91302

Agent for V.G.I. Corporation
Patrick J. Duffy, Esq.
725 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

Agent for Westye Group – West, Inc.
Christopher W. Bayuk, Esq.
Bayuk & Associates
401 W. 'A' Street, Ste. 1400
San Diego, CA 92101

Agent for Cal State Steel Corp
Heather M. Kadeg, Esq.
30423 Canwood Street, Suite 131
Agoura Hills, CA 91301

Agent for Southland Exterior Building Svcs
Fred S. Pardes, Esq.
34211 Pacific Coast Hwy, Suite 103
Dana Point, CA 92629

Agent for Lynn Safety
Herbert Hayden, Esq.
40931 Fremont Boulevard
Fremont, CA 94538

Agent for Spectra Company
Beard Hobbs, Esq.
7844 La Mesa Boulevard
La Mesa, CA 91941

Agent for Purcell Murray Builder Sales
David J. Barnier, Esq.
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Agent for EFCOCorp
Michael C. Brown, Esq.
23230 Chagrin Blvd., Suite 940
Cleveland, OH 44122

Agent for Robertson's Ready Mix
Robert M. Binam, Esq.
200 S. Main Street, Suite 200
Corona, CA 92882

Agent for EJ Reyes
Meyer S. Levitt, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

Agent for American Concrete Cutting
Ryan K. Hirota, Esq.
PO Box 19694
Irvine, CA 92623

**Counsel for Sidney Alter dba Alter Electric**
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

Agent for PM Estrada Roofing
J.J. Little, Esq.
1516 S. Bundy Dr., Suite 312
Los Angeles, CA 90025

Southland Exterior Bldg Svcs
27881 La Paz Rd., Ste G
Laguna Niguel, CA 92677

Spectra Company
2510 Supply Street
Pomona, CA 91767-2113

Agent for HD Supply
William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA 92706

Thyssenkrupp Elevator Corp.
c/o William C. Hernquiset II
2404 Broadway, 2nd Floor
San Diego, CA 92102

Roosevelt Lofts, LLC
c/o Mr. M. Aaron Yashouafar, President
16661 Ventura Blvd., #600
Encino, CA 91436

U.S. Trustee
Attn:  S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

**Counsel for HD Supply Construction**
William D. Schuster, Esq.
Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706-2614

Homan Taghdiri, Esq.
Milbank
660 S. Figueroa St., 24th Floor
Los Angeles, CA 90017

**Counsel for Siemens Bldg Tech., Inc.**
Benjamin R. Trachtman, Esq.
Trachtman & Trachtman
27401 Los Altos, Suite 300
Mission Viejo, Ca 92691

L.A. County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**Counsel for Infiniti Metals**
Law Ofcs Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

Herbert Alfred Mayer
5360 Willow Oak Street
Simi Valley, CA 93063-4591

<u>**COMMITTEE COUNSEL**</u>
Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

**Counsel for ThyssenKrupp Elevator**
William C. Hernquist II
Wallace H. Sweet
8407 La Mesa Blvd.
La Mesa, CA 91942

**Counsel for VGI**
Patrick J. Duffy III
Andrew W Hawthorne
Monteleone & McCrory
725 S. Figueroa St., Ste. 3200
Los Angeles, CA 90017

**Committee Member**
Bontempi USA
Attn:  Yeujye Chen
8919 Beverly Blvd.
West Hollywood, CA 90048

Fred S. Pardes, Esq.
LAW OFFICES OF FRED S. PARDES
A Professional Corporation
34211 Pacific Coast Highway, Suite 103
Dana Point, Ca. 92629

**Committee Member**
Kuetar Flooring
Attn:  Joseph Kember/Ed Sheats
2 Innovation Drive
Renfrew, Ontario, **CANADA** K7V4B1

David Sherwood
CEO
Daniel's Jewelers
PO Box 3750
Culver City, CA 90231

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

**Counsel for American Gunite, Inc.**
Varand Gourjian, Esq.
Gourjian Law Group
101 N. Brand Blvd., Suite 1220
Glendale, CA 91203

<u>Attorney for Canon Financial Svcs</u>
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012

Gerald W. Mouzis
The Mouzis Law Firm
*Counsel for Thermalair Inc.*
13681 Newport Avenue, Suite 8-605
Tustin, CA  92780

<u>**Counsel to Bank of America**</u>
Seyfarth Shaw LLP
T. Larry Watts, Eric B. von Zeipel
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

S.E.C.
5670 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90036