UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: Roosevelt Lofts, LLC<br>16661 Ventura Blvd, Suite 600<br>Encino, CA 91436<br>Debtor(s). | CHAPTER 11 (BUSINESS)<br>Case Number: 1:09-BK-14214-GM<br>Operating Report Number: 24<br>For the Month Ending: 3/31/2011 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $128,681.03

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

3. BEGINNING BALANCE:    128,681.03

4. RECEIPTS DURING CURRENT PERIOD:
   - Accounts Receivable - Post-filing
   - Accounts Receivable - Pre-filing
   - Rental Income    182,827.67
   - Parking Income (Net)
   - Other (Specify)    Escrow Refund
   - Other (Specify)    Other Refund
   - **Other (Specify)    Security Deposit    27,977.00

   TOTAL RECEIPTS THIS PERIOD:    210,804.67

5. BALANCE:    339,485.70

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   - Transfers to Other DIP Accounts (from page 2)    123,901.53
   - Disbursements (from page 2)    0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***    123,901.53

7. ENDING BALANCE:    215,584.17

8. General Account Number(s):    210092560
   Roosevelt Lofts, LLC, Debtor in Possession of Case# 1;09-BK-14214
   Depository Name & Location:    City National Bank -Los Angeles Regional Center
   525 S Flower St, Suite 110, LA CA 90071

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* Although the Debtor has not made any disbursements from its Debtor In Possession account, the Debtor has incurred expenses, some of which have been paid by, or paid from advances made by, the Debtor's affiliates including Milbank Holding Corp. These expenses are set forth in an exhibit attached hereto.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 03/01/2011 | 1227 | TODDCO Sweeping Co., Inc. | Trash Removal | | | 130.00 |
| 03/01/2011 | Wire | Milbank Real Estate Services-1646 | Admin and Management fee | | | 3,750.00 |
| 03/01/2011 | 1228 | CCI | Trash Removal | | | 1,383.84 |
| 03/01/2011 | 1229 | Dunn Edwards | Unit Punch List | | | 545.75 |
| 03/01/2011 | 1230 | Dunn Edwards | Unit Punch List | | | 109.21 |
| 03/01/2011 | 1235 | Milbank Realty Group, Inc. | Sales and Managment | | | 11,000.00 |
| 03/01/2011 | 1236 | Premium Assignment Corporation | Liability Insurance | | | 899.35 |
| 03/01/2011 | 1237 | FIREMAN'S FUND INSURANCE | Liability Insurance | | | 6,820.73 |
| 03/01/2011 | 1239 | Artistic Ornamental Iron Works | Repair and Maintenance | | | 1,270.00 |
| 03/01/2011 | 1240 | Wood Oil | Unit Punch List | | | 973.05 |
| 03/01/2011 | 1241 | American Electrical Specialist | Repair and Maintenance | | | 1,400.00 |
| 03/01/2011 | 1242 | Global Air Filtration | Repair and Maintenance | | | 235.58 |
| 03/01/2011 | 1243 | City of LA -Public Works Sanitation | Repair and Maintenance | | | 71.00 |
| 03/01/2011 | 1244 | ChemPro Laboratory Inc | Repair and Maintenance | | | 185.00 |
| 03/01/2011 | 1245 | Command Imaging | Office Expense | | | 86.71 |
| 03/01/2011 | 1247 | HSBC Card Services | Unit Punch List | | | 1,489.71 |
| 03/01/2011 | 1248 | Kadima Security Services | Security Service | | | 23,820.48 |
| 03/03/2011 | 1250 | Eric Voncannon | Security Deposit Refund | | | 2,125.00 |
| 03/03/2011 | 1251 | Cyrus Khojandpour | Security Deposit Refund | | | 2,525.00 |
| 03/04/2011 | 1253 | Randelle Green | 14-Company Dues & Filling Fees | | | 189.00 |
| 03/08/2011 | 1254 | Anderson McPharlin & Conners LLP | 22-Printing and Reproduction | | | 7,704.01 |
| 03/01/2011 | 1257 | LA DWP | Fire | | | 108.48 |
| 03/01/2011 | 1258 | Mister Poolman | Repair and Maintenance | | | 435.00 |
| 03/01/2011 | 1259 | The Gas Company | Gas and Electric | | | 1,273.57 |
| 03/01/2011 | 1260 | City of LA - Building and Safety | 14-Permit Fees | | | 889.92 |
| 03/01/2011 | 1261 | Time Warner Cable | Office Expense | | | 170.75 |
| 03/01/2011 | 1262 | Delta Refrigeration Corp. | Unit Punch List | | | 719.78 |
| 03/10/2011 | 1263 | SRM Labor Management | Concierge/Bldg.Engineer/ Janitorial | | | 7,361.00 |
| 03/14/2011 | 1264 | Milbank Realty Group, Inc. | Sales and Managment | | | 11,000.00 |
| 03/23/2011 | 1267 | CONSOLIDATED DISPOSAL SERVICE | Trash Removal | | | 533.00 |
| 03/23/2011 | 1268 | Elevator Dynamics | Unit Punch List | | | 187.00 |
| 03/23/2011 | 1269 | CyberNet Communications, Inc. | Telephone | | | 721.27 |
| 03/23/2011 | 1270 | Graybar Financial Services, LLC | Office Expense | | | 261.99 |
| 03/23/2011 | 1271 | TODDCO Sweeping Co., Inc. | Trash Removal | | | 130.00 |
| 03/23/2011 | 1272 | City of LA - Building and Safety | Water | | | 168.48 |
| 03/23/2011 | 1273 | Cesar Azuelo | Unit Punch List | | | 225.00 |
| 03/23/2011 | 1274 | LA DWP | Gas and Electric | | | 16,023.48 |
| 03/23/2011 | 1275 | LA DWP | Water | | | 610.72 |
| 03/23/2011 | 1276 | SRM Labor Management | Concierge/Bldg.Engineer/ Janitorial | | | 7,110.00 |
| 03/24/2011 | 1278 | Ace Parking Management, Inc. | Parking Expense | | | 4,913.49 |
| 03/31/2011 | 1292 | Los Angeles Downtown News | Marketing | | | 1,655.34 |
| 03/31/2011 | 1298 | On Demand Printing | Marketing | | | 625.58 |
| 03/31/2011 | 1302 | Coldwell Bankers (213 Lofts) | Marketing | | | 1,812.96 |
| 03/31/2011 | | | 23-Bank Service Charges | | | 251.30 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $123,901.53 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | N/A | Balance on Statement: $226,439.53 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 760 | | 630.00 |
| 894 | | 220.00 |
| 969 | | 324.00 |
| 1268 | | 187.00 |
| 1270 | | 261.99 |
| 1273 | | 225.00 |
| 1278 | | 4,913.49 |
| 1292 | | 1,655.34 |
| 1298 | | 625.58 |
| 1302 | | 1,812.96 |

TOTAL OUTSTANDING CHECKS:                                10,855.36

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                   $215,584.17

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 226,439.53 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:  226,439.53

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS:  0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date |  |
|---|---|---|---|---|
| General Liability | Firemans Fund | $1M and $2M Agg | 6/30/2011 | 6/30/2010 |
| Worker's Compensation | The Hardford | $1M and $2M Agg | 2/28/2011 | 2/28/2011 |
| Casualty | Affiliated FM Ins | Total $244,469,300 | 6/30/2011 | 6/30/2010 |
| Vehicle | N/A |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2009 | 295,103.00 | 1,950.00 | 17-Jul-2009 | 1,950.00 | 0.00 |
| 30-Sep-2009 | 290,123.85 | 1,950.00 | 8-Dec-2009 | 1,950.00 | 0.00 |
| 31-Dec-2009 | 287,645.55 | 1,950.00 | 15-Jan-2010 | 1,950.00 | 0.00 |
| 31-Mar-2010 | 284,957.21 | 1,950.00 | 20-Apr-2010 | 1,950.00 | 0.00 |
| 30-Jun-2010 | 292,126.00 | 1,950.00 | 22-Jul-2010 | 1,950.00 | 0.00 |
| 30-Sep-2010 | 340,375.18 | 4,875.00 | 26-Oct-2010 | 4,875.00 | 0.00 |
| 31-Dec-2010 | 598,528.07 | 4,875.00 | 4-Feb-2010 | 4,875.00 | 0.00 |
| 31-Mar-2011 | 415,909.50 | 4,875.00 | 20-Apr-2011 | 4,875.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 24,375.00 |  | 24,375.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

# XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X |   |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X |   |

3. State what progress was made during the reporting period toward filing a plan of reorganization

The Debtor filed its first amended plan of reorganization (the "Plan") and disclosure statement describing the Plan (the "Disclosure Statement") on February 26, 2010. Although the Court entered an order approving the Disclosure Statement and scheduling hearings to consider confirmation of the Plan, due to, among other things, the pending litigation between Bank of America, N.A. (the "Bank") and a class of alleged mechanic's lien creditors (the results of which the Debtor believes will pave the way for confirmation of a consensual form of the Plan), the Court vacated the plan confirmation hearing dates, at the request of the Debtor. There is a pending motion for approval of a settlement entered into by the Bank and the class of mechanic's lien creditors (the "Settlement"), which motion is set for hearing on May 4, 2011 at 1:30 p.m. The Court has ordered that the Debtor file a further amended plan of reorganization and disclosure statement within 30 days following the hearing on the Settlement motion, i.e., by June 3, 2011. The Debtor fully intends to comply with the foregoing order of the Court.

4. Describe potential future developments which may have a significant impact on the case:

See #3 above. Also, the Bank has filed a motion for relief from the automatic stay, presumably to foreclose against the real property owned by the Debtor, as well as a motion for an order requiring adequate protection. The Debtor has filed oppositions to both motions. The hearings on the foregoing motions are scheduled for April 26, 2011 at 10:00 a.m.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

None.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X |   |

I, M. Aaron Yashouafar, President of Roosevelt Lofts, Inc., Managing Member of the Debtor, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/21/11
Date

Page 16 of 16

Principal for debtor-in-possession

| In re: | CHAPTER 11 |
|---|---|
| ROOSEVELT LOFTS, LLC,<br><br>Debtor(s). | CASE NUMBER 1:09-bk-14214-GM |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as **MONTHLY OPERATING REPORT FOR THE MONTH ENDING MARCH 2011 (NO. 24)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 22, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- Ronald N Richards    ron@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbyb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*    **F 9013-3.1**

| In re:<br><br>ROOSEVELT LOFTS, LLC,<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-14214-GM |
|---|---|

On **April 22, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*None.*


**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 22, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**_Served via Attorney Service_**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 22, 2011** | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                                                                                                                    **F 9013-3.1**