United States Bankruptcy Court
Central District of California

In re:  
Roosevelt Lofts, LLC  
    Debtor

Case No. 09-14214-GM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 2     Date Rcvd: May 13, 2011  
                    Form ID: pdf031    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2011.

```
db          +Roosevelt Lofts, LLC,    660 S Figueroa St 24th Fl,    Los Angeles, CA 90017-3453
aty         +Alan J Carnegie,    23901 Calabasas Rd. Ste 2013,    Calabasas, CA 91302-3307
aty         +Alan J Carnegie,    23975 Park Sorrento Ste 227,    Calabasas, CA 91302-4027
aty         +Beard Hobbs,    Beard Hobbs Attorney at Law,    7844 La Mesa Blvd,    La Mesa, CA 91942-0610
aty         +Benjamin R Trachtman,    27401 Los Altos Suite 450,    Mission Viejo, CA 92691-7362
aty         +Cheryl L Van Steenwyk,    611 Wilshire Bl Ste 810,    Los Angeles, CA 90017-2936
aty         +David J. Barnier,    Barker Olmsted & Barnier APLC,    3550 Camino del Rio North, Ste 303,
              San Diego, CA 92108-1740
aty         +Fred S Pardes,    34211 Pacific Coast Hwy Ste 103,    Dana Point, CA 92629-3860
aty         +Gerald W Mouzis,    The Mouzis Law Firm APC,    13681 Newport Ave Ste N8-605,
              Tustin, CA 92780-4689
aty         +Kirk S MacDonald,    Gill and Baldwin PC,    130 North Brand Blvd Ste 405,
              Glendale, CA 91203-2692
aty         +Meyer S Levitt,    10880 Wilshire Blvd Ste 1101,    Los Angeles, CA 90024-4112
aty         +Morton G Rosen,    6080 Center Dr Ste 800,    Los Angeles, CA 90045-9205
aty          Patrick J Duffy,    725 S Figueroa St Ste 3200,    Los Angeles, CA  90017-5446
aty         +Rachael H Berman,    Buchalter Nemer,    1000 Wilshire Blvd Ste 1500,    Los Angeles, CA 90017-1730
aty         +Robert Blonstein,    Castle & Associates,    1925 Century Park East Ste 210,
              Los Angeles, CA 90067-2702
aty         +Robert M Bingham,    200 S Main St Ste 200,    Corona, CA 92882-2212
aty         +Serge Sinanian,    Hunt Ortmann Palffy Nieves Lubka et al,    301 N Lake Ave 7th Fl,
              Pasadena, CA 91101-5118
aty         +Theodore A. Anderson,    690 S Brea Blvd,    Brea, CA 92821-5307
aty         +Wallace H Sweet,    Hernquist & Associates,    8407 La Mesa Blvd,    La Mesa, CA 91942-5305
cr          +ALLSALE ELECTRIC, INC.,    Abdulaziz Grossbart & Rudman,    6454 Coldwater Canyon Ave,
              North Hollywood, CA 91606-1187
cr          +Addison Pools, Inc.,    10835 Magnolia Blvd.,    North Hollywood, CA 91601-3922
cr           Alan B Clark,    355 South Grand Ave,    Los Angeles, CA  90071-1560
crcm        +Committee of Creditors Holding Unsecured Claims,    Landsberg Margulies LLP,
              16030 Ventura Boulevard, Suite 470,    Encino, CA 91436-4493
cr          +E Leonard Fruchter,    Law Offices of E Leonard Fruchter,    1609 Cravens Ave,
              Torrance, CA 90501-3203
cr           HD Supply Construction Supply LTD,    c/o William D Schuster,    2122 N Broadway,
              Santa Ana, CA  92706-2614
cr           Herbert Alfred Mayer,    5360 Willow Oak St,    Simi Valley, CA  93063-4591
cr          +Integrity Builders West, Inc.,    c/o Atkinsin, Andelson, Loya, Ruud & Rom,
              12800 Center Court Drive,    Suite 300,    Cerritos, CA 90703-9364
cr           John Foley,    c/o Russell Rapoport,    21860 Burbank Blvd. Suite360,
              Woodland Hills, CA  91367-7406,    U.S.A.
cr          +Killefer Flammang Architects,    c/o Alfred M. Clark,    Locke Lord Bissell & Liddell, LLP,
              300 South Grand Avenue, Suite 2600,    Los Angeles, CA 90071-3194
cr          +Lynn Safety, Inc,    367 Civic Drive, Suite 8,    Pleasant Hill, CA 94523-1936
cr          +Muir-Chase Plumbing Co Inc,    C/O The Law Offices of David A. Tilem,    206 N. Jackson Street,
              Suite 201,    Glendale, CA 91206-4330
cr          +Scott H Marcus,    Scott H Marcus & Associates,    121 Johnson Rd,    Turnersville, NJ 08012-1758
cr           Simens Building Technologies Inc,    c/o Trachtman & Trachtmen,    27404 Los Altos Ste 300,
              Mission Viejo, CA  92691
cr          +ThyssenKrupp Elevator Corp,    C/O William C Hernquist II,    2404 Broadway 2nd Flr,
              San Diego, CA 92102-2022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: wch@hernquistlaw.com May 14 2011 01:32:59     William C Hernquist,
              2404 Broadway, Second Floor,    San Diego, CA  92102
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr           700 Wilshire
cr           ACCI Corporation, a California corporation
cr           ACCO Engineered Systems, Inc
lit          Amanda Hwang
cr           American Gunite Inc
cr           BANK OF AMERICA, N.A.
cr           Cal-State Steel Corporation
intp         Courtesy NEF
lit          David Tsao
cr           E J Reyes Corporation
cr           Finish Koncepts Inc.
lit          Gary Glass
cr           Glendale Plumbing and Fire Supply, Inc
cr           Infinity Metals, Inc
cr           Kevin Stuart
cr           Kultur Flooring USA, Inc
cr           Los Angeles Community College District
cr           Purcell Murray Builder Sales Company Inc
```

```
District/off: 0973-1           User: admin              Page 2 of 2             Date Rcvd: May 13, 2011
                               Form ID: pdf031          Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
cr            Robertson's Ready Mix, Ltd
cr            Ryan Anderson
cr            SRS Fire Protection, Inc.
cr            Sidney Alter, dba Alter Electric Co
cr            Southland Exterior Building Services, Inc.
cr            Spectra Company
cr            Thermalair Inc
lit           Timothy Justin Patwin
cr            VGI Incorporated
aty           ##+Heather Kadeg,    30423 Canwood St Ste 131,    Agoura Hills, CA 91301-4315
                                                                                TOTALS: 27, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**               **Signature:**     *Joseph Speetjens*

DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**MAY 13 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY najarian    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a Delaware limited liability company,<br><br>                Debtor. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY WITH TAWNY PARK**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 9013-1(o)] |

       The Court, having considered that certain *"Motion Pursuant To Federal Rule Of Bankruptcy Procedure 9019 For Authority To Compromise Controversy With Tawny Park"* [Doc. No. 769] (the "Motion") filed by Roosevelt Lofts, LLC, a Delaware limited liability

1

company (the "Debtor"), the memorandum of points and authorities and declaration of M. Aaron Yashouafar (the "Yashouafar Declaration") submitted by the Debtor in support of the Motion, proper notice of the Motion having been provided, and good cause appearing therefor, the Court hereby orders as follows:

1. The Motion is hereby granted in its entirety.

2. The Settlement Agreement between the Debtor, on the one hand, and Tawny Park, on the other hand, in the form attached as Exhibit "1" to the Yashouafar Declaration, is hereby approved.

3. First American Title Company is hereby authorized and directed to distribute the Deposit (as defined in the Motion) in accordance with the terms of the Settlement Agreement.

4. The Debtor is hereby authorized to take all steps necessary to consummate the terms and conditions of the Settlement Agreement.

<u>IT IS SO ORDERED.</u>

###

DATED: May 13, 2011

_____
United States Bankruptcy Judge

2

| In re:<br>ROOSEVELT LOFTS, LLC                              Debtor(s). | Chapter 11<br>1:09-bk-14214-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY WITH TAWNY PARK** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 13, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*N/A*

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 13, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 13, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***By Messenger Delivery***
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm, 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2011 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

| In re:<br>ROOSEVELT LOFTS, LLC                     Debtor(s). | Chapter 11<br>1:09-bk-14214-GM |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION TO ASSIGN STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PURSUE ESTATE AVOIDANCE CAUSES OF ACTION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 13, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbrb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

1  **II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

2

3  *None.*

4

5  **III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

6

7  *None.*

8

9  **ADDITIONAL SERVICE INFORMATION** (if needed):

10  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                          **F 9021-1.1**

5