DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  dln@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

FILED & ENTERED

JUL 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a<br>Delaware limited liability company, | Chapter 11 |
| Debtor. | **ORDER ESTABLISHING BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363** |
| | Hearing:<br>Date:    July 12, 2011<br>Time:    10:00 a.m.<br>Place:   Courtroom "303"<br>         21041 Burbank Boulevard<br>         Woodland Hills, California 91367 |

A hearing was held on July 12, 2011 at 10:00 a.m., before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California, to consider the motion filed by Roosevelt Lofts, LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for the entry of an order establishing bidding procedures (the "Bidding Procedures") for the sale of the Debtor's real property commonly known as the "Roosevelt Building" and located at 727 West 7th Street in Los Angeles, California, and all improvements, personal property and other rights related to or appurtenant to such real property, improvements, personal property and rights (collectively, the "Property"), free and clear of all liens, claims, encumbrances and other interests, pursuant to 11 U.S.C. §§ 105 and 363 and Local Bankruptcy Rule 6004-1(b), (the "Motion").  Appearances at the hearing on the Motion were made as set forth on the record of the Court.

This Court, having considered the Motion[1] and all papers filed by the Debtor in support of the Motion, the arguments and statements of counsel made at the hearing on the Motion and other evidence presented at the hearing on the Motion, adequate and appropriate notice of the Motion and the hearing on the Motion having been provided, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.      The Motion is granted in its entirety.

B.      The Bidding Procedures as set forth in the Motion are approved in their entirety.

C.      The Debtor is authorized to conduct an auction of the Property pursuant to 11 U.S.C. § 363 (the "Auction") in accordance with the Bidding Procedures and the other terms and conditions set forth in the Motion.  If there are one or more Qualifying Bids, the Debtor is authorized and directed to hold the Auction on August 29, 2011, commencing at 10:00 a.m. Pacific Standard Time, at the offices of Levene, Neale, Bender, Yoo & Brill L.L.P. located at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.  In the event of a

---

[1] Any terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

2

1    change in the time or location of the Auction, the Debtor shall use its reasonable best efforts to

2    notify all Qualifying Bidders who have submitted Qualifying Bids by the Bid Deadline (as all

3    such terms are defined in the Motion).

4          D.      To facilitate the Auction and to assist the Debtor and other interested parties in

5    assessing the terms of each bid for the Property, prospective bidders shall be required to utilize

6    the asset purchase agreement executed between the Debtor and Greystar (the "<u>Greystar</u>

7    <u>Agreement</u>") to prepare their bids and mark all proposed changes to such agreement as part of

8    their bid.  The Greystar Agreement shall be filed with the Court and be made available upon

9    written request to counsel for the Debtor no later than July 29, 2011.

10         E.      Only Qualified Bidders, who meet the criteria set forth in the Motion, shall be

11   eligible to participate in the Auction.  Only those bids that are received from the Qualified

12   Bidders and that constitute Qualifying Bids shall be considered at the Auction.

13         F.      Greystar shall have the right to offer a credit bid up to the full original par amount

14   of the BofA Claim, including default interest and fees, at the Auction of the Property in

15   accordance with the terms and conditions set forth in the Motion.

16         G.      The hearing for approval of the results of the Auction of the Property shall be held

17   on August 30, 2011 at 10:00 a.m.

18                     ###

19

20

21

22

23   DATED: July 21, 2011

24                     United States Bankruptcy Judge

25

26

27

28

3

| In re: | | Chapter 11 |
| ROOSEVELT LOFTS, LLC | Debtor(s). | 1:09-bk-14214-GM |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER ESTABLISHING BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 21, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*None.*

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 21, 2011**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm, 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re  ROOSEVELT LOFTS, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 1:09-bk-14214-GM |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ESTABLISHING BIDDING PROCEDURES FOR SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 21, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- John B Acierno     ecfcacb@piteduncan.com
- Carleton R Burch     crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon     ldominicchacon@yahoo.com
- Cynthia M Cohen     cynthiacohen@paulhastings.com
- Travis W Feuerbacher     tfeuerbacher@gglts.com
- Steven R Fox     emails@foxlaw.com
- Helen R Frazer     hfrazer@aalrr.com
- Varand Gourjian     vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden     herbert@ntlg.us
- Brian L Holman     b.holman@mpglaw.com
- Alexandra Kazhokin     akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone     crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg     ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale     dln@lnbrb.com
- Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport     rrapoport@prllplaw.com, lgillis@prllplaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Bruce D Rudman     bdr@agrlaw.net
- William D Schuster     bills@allieschuster.org
- Marian K Selvaggio     selvaggio@huntortmann.com
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith     lls@lnbrb.com
- David A Tilem     davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg     marcweinberg@att.net
- Brandon J Witkow     bwitkow@lockelord.com
- Aimee Y Wong     aywong@mckennalong.com

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*None.*

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

*None.*