Ronald Richards, Esq. (SBN 176246)
The Law Offices Of Ronald Richards & Associates, A.P.C.
P. O. Box 11480
Beverly Hills, California 90213
Telephone (310) 556-1001
Facsimile (310) 277-3325
Email:  ron@ronaldrichards.com

Attorneys for Judgment Creditor, Soda Partners, LLC

UNITED STATES BANKRUPCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC, a<br>Delaware limited liability,<br><br>Debtor. | Case No.: 1:09-bk-14214-GM<br><br>**Chapter 11**<br><br>**NOTICE OF OBJECTION TO MASSOUD AARON YASHOUAFAR MAINTAINING MANAGERIAL CAPACITY FOR THE DEBTOR AND THE AMENDED PLAN** |

Attached to the memorandum in support of the amended plan is a declaration of Massoud Aaron Yashouafar, Doc 845, filed on August 1, 2011, which is presented as Mr. Yashouafar being the President of the debtor.  This concerns the objecting party, Soda Partners, LLC.

Presently, two unpaid judgments have been abstracted against Mr. Yashouafar.  They are attached as Exhibit "A".  It is concerning that he is charged with the corporate responsibility of administering this plan, yet, he has a pattern of disobeying Court orders and files very suspect in pro per bankruptcies on behalf of shell entities.

1  He may have a conflict of interest to the extent he remains in position as President of
2  the debtor.
3     Mr. Yashouafar filed a highly suspect Chapter 11, Case No: 2:11-bk-18762-
4  TD, on the eve of the foreclosure of his home. The case was dismissed by this Court
5  on March 18, 2011, Exhibit "B". A copy of the trustee's motion to dismiss is attached
6  as Exhibit "C". The Delaware entity, Sambria Reality, LLC, appears to be created for
7  the sole purpose of creating a vehicle to stop the foreclosure.
8     None of these facts have been presented by the debtor or its counsel to the
9  Court or to the other creditors. To the extent they interfere with Mr. Yashouafar's
10 abilities to administer this plan, Soda Partners, LLC, believes the Court, creditor's
11 counsel and the creditors should be aware of these actions as they concern Soda
12 Partners, LLC.
13    Based upon the above, Soda Partners, LLC objects to his continued managerial
14 position and the plan with Massoud Aaron Yashouafar as the President.

                               Respectfully submitted,

Date: August 8, 2011


                               LAW OFFICES OF RONALD RICHARDS
                               & ASSOCIATES, A.P.C.

                                    /s/ Ronald Richards, Esq.
                         By:_____
                                    Ronald Richards, Esq.
                                    Attorneys for Soda Partners, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 11480, Beverly Hills, CA  90213

A true and correct copy of the foregoing document described as ***Notice of Objection*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 8, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   John B Acierno ecfcacb@piteduncan.com
   Carleton R Burch crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com
   Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
   L Dominic Chacon ldominicchacon@yahoo.com
   Cynthia M Cohen cynthiacohen@paulhastings.com
   Travis W Feuerbacher tfeuerbacher@gglts.com
   Steven R Fox emails@foxlaw.com
   Helen R Frazer hfrazer@aalrr.com
   Varand Gourjian vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
   Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
   Herbert Hayden herbert@ntlg.us
   Brian L Holman b.holman@mpglaw.com
   Alexandra Kazhokin akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
   Mark J Krone crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
   Ian Landsberg ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
   David L. Neale dln@lnbrb.com
   Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
   Russell H Rapoport rrapoport@prllplaw.com, lgillis@prllplaw.com
   Ronald N Richards ron@ronaldrichards.com
   S Margaux Ross margaux.ross@usdoj.gov
   Bruce D Rudman bdr@agrlaw.net
   William D Schuster bills@allieschuster.org
   Marian K Selvaggio selvaggio@huntortmann.com
   Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
   Lindsey L Smith lls@lnbyb.com
   David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
   United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
   Marc Weinberg marcweinberg@att.net
   Brandon J Witkow bwitkow@lockelord.com
   Aimee Y Wong aywong@mckennalong.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 8, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Served via Attorney Service
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
August 8, 2011     Ronald Richards, Esq.                                      /s/ Ronald Richards, Esq.

*Date*            *Type Name*                                              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                              **F 9013-3.1.PROOF.SERVICE**