DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL
L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  dln@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

LATHAM & WATKINS LLP
Robert A. Klyman (SBN 142723)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:      robert.klyman@lw.com

Attorneys for GS Roosevelt, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

|  |  |
|---|---|
| In re | Case No. 1:09-bk-14214-GM |
| ROOSEVELT LOFTS, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF EFFECTIVE DATE OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION (DATED JUNE 20, 2011), AS MODIFIED** |
|  | **EFFECTIVE DATE: <u>AUGUST 20, 2011</u>** |
|  | [No Hearing Required] |

**TO THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ITS COUNSEL, ALL HOLDERS OF CLAIMS AND EQUITY SECURITY INTERESTS, PARTIES REQUESTING SPECIAL NOTICE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on August 9, 2011, the Court entered an order [Docket No. 866] (the "Confirmation Order") confirming that certain *Second Amended Chapter 11 Plan of Reorganization (Dated June 20, 2011), As Modified* (as later amended after the hearing on July 6, 2011 and served, the "Plan") [Doc. No. 836], which was jointly proposed by Roosevelt Lofts, LLC, a Delaware limited liability company, debtor and debtor in possession herein (the "Debtor"), and GS Roosevelt, LLC (with its designee, "Greystar," and together with the Debtor, the "Plan Proponents"), as well as certain Findings of Fact and Conclusions of Law [Doc. No. 867] in support of the Confirmation Order.[1]

**PLEASE TAKE FURTHER NOTICE** that **August 20, 2011** is the "Effective Date" under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the bar date for filing requests for payment of administrative claims (other than as set forth in Sections 3.1(1), 11.1 and 11.2 of the Plan, and other than claims by professionals employed at the expense of the Estate) is forty-five (45) days after the Effective Date of the Plan, *i.e.*, **October 4, 2011**.  Any Administrative Claim (other than as set forth in Sections 3.1(1), 11.1 and 11.2 of the Plan, and other than Claims by professionals employed at the expense of the Estate) shall be barred if a request for payment of such Administrative Claim is not timely filed by the above-described bar date.

**PLEASE TAKE FURTHER NOTICE** that, except as provided in the Confirmation Order, as of the Effective Date, all Persons that have held, currently hold, may hold, or allege

---

[1]  All capitalized terms which are not specifically defined herein shall have the same meanings ascribed to them in the Plan.  The terms of the Plan and the Confirmation Order are much more extensive than as set forth in this Notice.  To the extent there is any conflict between any provision of the Plan or the Confirmation Order and any provision set forth in this Notice, then the provisions of the Plan and/or the Confirmation Order shall control.  All creditors and parties in interest are encouraged to review the Plan and the Confirmation Order.

that they hold, a Claim or other debt or liability that is discharged or an Interest or other right of an equity security holder that is terminated pursuant to the terms of the Plan are permanently enjoined from taking any of the following actions against the Debtor, the Reorganized Debtor, Greystar and any of their respective officers, directors, members, agents, affiliates or professionals (including lawyers), subsidiaries or their property on account of any such discharged Claims, debts, or liabilities or terminated interests or rights:  (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting, or recovering in any manner or in any place any judgment, award, decree, or order; (iii) creating, perfecting, or enforcing any Lien or encumbrance in any manner or in any place; or (iv) commencing or continuing any action, in each such case in any manner or in any place or against any Person that does not comply with or is inconsistent with the provisions of the Plan.  In addition, as of the Effective Date, all Persons that have held, currently hold, or may hold, a claim, obligation, suit, judgment, damage, demand, debt, right, cause of action, or liability that is released pursuant to Section 11.9 of the Plan or is subject to exculpation pursuant to Section 11.12 of the Plan are permanently enjoined from taking any of the following actions on account of such released claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action, or liabilities or terminated Interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting, or recovering in any manner or in any place any judgment, award, decree, or order; (iii) creating, perfecting, or enforcing any Lien or encumbrance in any manner or in any place; or (iv) commencing or continuing any action, in each such case in any manner or in any place or against any Person that does not comply with or is inconsistent with the provisions of the Plan.  Without limiting the effect of the foregoing upon any person, by accepting distributions pursuant to the Plan, each holder of an Allowed Claim receiving distributions pursuant to the Plan will be deemed to have specifically consented to the injunctions set forth in Section 11.11 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, effective on the Effective Date, and except as expressly provided in the Confirmation Order, the Plan and its provisions shall be binding upon the Debtor, the Reorganized Debtor, Greystar, any individual or entity acquiring or receiving property or a distribution under the Plan and any holder of a Claim against or Interest in the Debtor, including all governmental entities, whether or not the Claim or Interest of such holder is Impaired under the Plan and whether or not such holder has accepted the Plan.

Dated: August 22, 2011                    ROOSEVELT LOFTS, LLC


By:___/s/ Juliet Y. Oh_____
             DAVID L. NEALE
             JULIET Y. OH
             LEVENE, NEALE, BENDER, YOO
                 & BRILL L.L.P.
             Attorneys for Debtor and Debtor in
             Possession

| In re:                          ROOSEVELT LOFTS, LLC,                                     Debtor(s). | CHAPTER  11 CASE NUMBER  1:09-bk-14214-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described **NOTICE OF EFFECTIVE DATE OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION (DATED JUNE 20, 2011), AS MODIFIED** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **August 22, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Carleton R Burch    crb@amclaw.com, amc@amclaw.com;jsh@amclaw.com;awh@amclaw.com;mav@amclaw.com;esf@amclaw.com;slc@amclaw.com;csh@amclaw.com;
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- L Dominic Chacon    ldominicchacon@yahoo.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Steven R Fox    emails@foxlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Varand Gourjian    vg@gourjianlaw.com, lucy@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Herbert Hayden    herbert@ntlg.us
- Brian L Holman    b.holman@mpglaw.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Mark J Krone    crb@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- Ronald N Richards    ron@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Bruce D Rudman    bdr@agrlaw.net
- William D Schuster    bills@allieschuster.org
- Marian K Selvaggio    selvaggio@huntortmann.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Lindsey L Smith    lls@lnbyb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Marc Weinberg    marcweinberg@att.net
- Brandon J Witkow    bwitkow@lockelord.com
- Aimee Y Wong    aywong@mckennalong.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*

**F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| ROOSEVELT LOFTS, LLC, | CASE NUMBER 1:09-bk-14214-GM |
| Debtor(s). | |

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 22, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*[X] Service list served by U.S. Mail attached*

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 22, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

***Served via Attorney Service***
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Ctrm 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*

**F 9013-3.1**

U.S. Trustee
Attn: S Margaux Ross, Esq.
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

*Counsel for Siemens Bldg Tech., Inc.*
Benjamin R. Trachtman, Esq.
Trachtman & Trachtman
27401 Los Altos, Suite 300
Mission Viejo, Ca 92691

Roosevelt Lofts, LLC
c/o Mr. M. Aaron Yashouafar, President
16661 Ventura Blvd., #600
Encino, CA 91436

Homan Taghdiri, Esq.
Milbank
660 S. Figueroa St., 24th Floor
Los Angeles, CA 90017

Herbert Alfred Mayer
5360 Willow Oak Street
Simi Valley, CA 93063-4591

*Counsel for HD Supply Construction*
William D. Schuster, Esq.
Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706-2614

*Counsel for Sidney Alter dba Alter Electric*
Bruce D. Rudman, Esq.
Abdulaziz, Grossbart & Rudman
PO Box 15458
North Hollywood, CA 91615

*Counsel for VGI*
Patrick J. Duffy III
Andrew W Hawthorne
Monteleone & McCrory
725 S. Figueroa St., Ste. 3200
Los Angeles, CA 90017

*Counsel for Bank of America*
Daniel H. Slate, Esq.
Buchalter, Nemer
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017

*Counsel for Infiniti Metals*
Law Ofcs Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

*Committee Member*
Kuetar Flooring
Attn: Joseph Kember/Ed Sheats
2 Innovation Drive
Renfrew
Ontario, **CANADA** K7V4B1

L.A. County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

*Counsel for ThyssenKrupp Elevator*
William C. Hernquist II
Wallace H. Sweet
8407 La Mesa Blvd.
La Mesa, CA 91942

*Counsel for American Gunite, Inc.*
Varand Gourjian, Esq.
Gourjian Law Group
101 N. Brand Blvd., Suite 1220
Glendale, CA 91203

*Committee Counsel*
Ian Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436

*Committee Member*
A American Custom Flooring
Attn: Richard S. Lauter
311 S. Wacker Drive
Chicago, IL 60066

Counsel to Bank of America
Seyfarth Shaw LLP
T. Larry Watts, Eric B. von Zeipel
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

*Committee Member*
Bontempi USA
Attn: Yeujye Chen
8919 Beverly Blvd.
West Hollywood, CA 90048

Fred S. Pardes, Esq.
LAW OFFICES OF FRED S. PARDES
A Professional Corporation
34211 Pacific Coast Highway, Suite 103
Dana Point, Ca. 92629

S.E.C.
5670 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90036

David Sherwood
CEO
Daniel's Jewelers
PO Box 3750
Culver City, CA 90231

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

*Counsel for Thermalair Inc.*
Gerald W. Mouzis
The Mouzis Law Firm
13681 Newport Avenue, Suite 8-605
Tustin, CA  92780

*Attorney for Canon Financial Svcs*
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012

Muir Chase Plumbing Co.
c/o Law Ofcs of David A. Tilem
206 N. Jackson Street, Ste 201
Glendale, CA 91206

Latham & Watkins, LLP
Attn: Robert Klyman & Robert Francis
355 South Grand Avenue
Los Angeles CA 90071-1560

Roosevelt Lofts, LLC
660 S. Figueroa Street
24th Floor
Los Angeles, CA 90017

944 Media
4253 N. Scottsdale Road
Scottsdale, AZ 85251

U.S. Trustee
Ernst & Young Plaza
21041 Burbank Blvd.
Woodland H ills, CA  91367

24/7 Fire Services
12540 E. Slauson Avenue, Unit C
Santa Fe Springs, CA 90670

AB California Acquisition Corp.
dba Acoustical Material Services
10200 S. Pioneer Blvd., #500
Santa Fe Springs, CA 90670

A Fence Company, Inc.
15205 Carretera Drive
Whittier, CA 90605

Ace Parking Services
645 Ash Street
San Diego, CA 92101

Accoustical Construction, Inc.
10121 Stonehurst Avenue
Sun Valley, CA 91352

Accent Refinishing Company
PO Box 2494
Sun City, AZ 85374

American Gunite, Inc.
5042 Wilshire Blvd., Suite 496
Los Angeles, CA 90036

Addison Pools, Inc.
10835 Magnolia Boulevard
North Hollywood, CA 91601

Alan J. Carnegie, Esq.
23975 Park Sorrento, #227
Calabasas, CA 91302

Brewster Marble Co., Inc.
11818 Glenoaks Blvd.
San Fernando, CA 91340

Arrow
7635 Burnet Avenue
Van Nuys, CA 91405

American Demolition/Concrete
Cutting, Inc.
620 Poinsettia Street
Santa Ana, CA 92701

Cal-State Steel Corporation
1801 W. Compton Blvd.
Compton, CA 90220

Barlava, Simon
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

B&N Industries, Inc.
1409 Chapin Avenue, 2nd Floor
Burlingame, CA 94010

City of Los Angeles Public Works
200 N. Spring Street, Room 967
Los Angeles, CA 90012

Century Shower Doors
20100 S. Normandie Avenue
Torrance, CA 90502

Bazik Electrical
714 N. Howard Stret, Unit G
Glendale, CA 91206

CraneNetics, Inc.
4780 Cheyenne Way
Chino, CA 91710

Commercial Glass Company
1577 Tierra Rejada Rd.
Simi Valley, CA 93065

Bradley A. Raisin
16055 Ventura Blvd., #601
Encino, CA 91436

Davis Langdon
301 Arizona Avenue
Santa Monica, CA 90401

Crenshaw Lumber
424 Pico Boulevard
Santa Monica, CA 90405

Chase Construction, Inc.
1825 Pandora Avenue
Los Angeles, CA 90025

Digital Express
6404 Wilshire Blvd., Suite 105
Los Angeles, CA 90048

Denise H. Field, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105

Commercial Scaffolding of CA, Inc.
14732 S. Maple Avenue
Gardena, CA 90248

Dunn-Edwards Corporation
4885 E. 52nd Place
Los Angeles, CA 90040

E. Leonard Fruchter
1609 Cravens Avenue
Torrance, CA 90501

David J. Barnier, Esq.
2341 Jefferson St., #200
San Diego, CA 92110

Fathi, Haleh Holly
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Encino Corporate Plaza, L.P.
c/o Milbank Real Estate Services
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Dewey Pest Control
3711 Beverly Blvd.
Los Angeles, CA 90004

Gorgeous Magazine
11684 Ventura Blvd.
Studio City, CA 91604

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Donald Dickerson & Associates
6840 Havenhurst Avenue
Van Nuys, CA 91406

Heather M. Kadeg, Esq.
30423 Canwood St., #131
Agoura Hills, CA 91301

General Coating
9349 Feron Blvd.
Alhambra, CA 91801

EFCO Corporation
1290 Carbide Drive
Corona, CA 92881

Herbert Hayden, Esq.
40931 Fremont Blvd
Fremont, CA 94538

Henri Specialties
4225 Prado Road
Unit 102
Corona, CA 92880

Excel Building Services
P.O. Box 1089
San Jose, CA 95108

Integrity Builders West, Inc.
25942 Via Marejada
Mission Viejo, CA 92691

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Frank's Disposal
PO Box 4271
Sunland, CA 91041

Ives, Kirwan & Dibble
660 S. Figueroa Street, Suite 1990
Los Angeles, CA 90017

Ken Mar Consultants
5966 La Place Court, Suite 180
Carlsbad, CA 92008

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352

Kadima Security Services, Inc.
660 S. Figueroa St.
Suite 1880
Los Angeles, CA 90017

Law Offices of H. Joseph Nourmand
660 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Henry Worth LLC
421 Broadway
Attn: Curtis Fentress
Denver, CO 80203

Keyboard Concepts, Inc.
5600 Van Nuys Blvd.
Van Nuys, CA 91401

Lightworks
3911 E. La Palma Ave.
Suite G
Anaheim, CA 92807

Insul-Flow, Inc.
1911 N. Fine
Fresno, CA 93727

LA Commercial Group, Inc. dba
Continental Commercial Group
317 S. Brand Blvd.
Glendale, CA 91204

Los Angeles Dept. of Bldg. & Safety
201 N. Figueroa Street
Los Angeles, CA 90012

Irish Communication Company
2649 Stingle Avenue
Rosemead, CA 91770

Lewis & Associates
3440 Wilshire Blvd., Suite 1215
Los Angeles, CA 90010

Los Angeles Magazine
5900 Wilshire Blvd., 10th Floor
Los Angeles, CA 90036

J.W. Kelly Consulting
1373 Keniston Avenue
Los Angeles, CA 90019

Mansoor, Solomon
727 W. 7th Street, Unit 502
Los Angeles, CA 90017

McDowell Scheduling
23232 Peralta Drive
Laguna Hills, CA 92653

Kessler & Kessler
1800 Avenue of the Stars, Suite 400
Los Angeles, CA 90067

Milbank Holding Corp.
dba Milbank Real Estate Services
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

On Demand Printing
1888 S. Sepulveda Blvd.
Los Angeles, CA 90025

Leonard, Gary
1539 Curran Street
Los Angeles, CA 90026

Night, Allan & Leyva, Michael L.
2632 W. Beverly Blvd.
Montebello, CA 90640

Parking Automation Systems, Inc.
1010 Arlee Place
Anaheim, CA 92805

Los Angeles Conservancy
Attn:  Mike Buhler Esq.
523 West 6th Street, Suite 826
Los Angeles, CA 90014

Park Place Signs
21024 Ladeene Avenue
Torrance, CA 90503

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
23901 Calabasas Road, Suite 2013
Calabasas, CA 91302

Los Angeles Downtown News
1264 W. First Street
Los Angeles, CA 90026

Quality Built
15330 Avenue of Science
San Diego, CA 92128

PM Estrada Roofing
4257 W. 101st Street
Inglewood, CA 90304

Lynn Safety, Inc.
367 Civic Drive, Suite 8
Pleasant Hill, CA 94523

Robert Smylie & Associates
2049 Century Park East, Suite 4250
Los Angeles, CA 90067

Reycon Construction, Inc.
1795 Lemonwood Drive
Santa Paula, CA 93061

Meyer S. Levitt, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

Ryan K. Hirota, Esq.
PO Box 19694
Irvine, CA 92623

Schafer's Parking Lot Services
7237 Somerset Boulevard
Paramount, CA 90273

New World West
940 Challenger Street
Brea, CA 92821

Simon Media Company
420 Beirut Avenue
Pacific Palisades, CA 90272

Simpson, Gumpertz & Heger
41 Seyon St., Bdg. 1
Ste. 500
Waltham, MA 02453

Orco Construction Supply
477 N. Canyons Parkway, #A
Livermore, CA 94551

Stevenson Systems, Inc.
27822 El Lazo Road
Laguna Niguel, CA 92677

Stuart Dean Company
204 Stonehinge Ln
PO Box 363
Carle Place, NY 11514

Patrick Duffy
725 S. Figueroa St., #3200
Los Angeles, CA 90017

Thermalair
1140 Red Gum Street
Anaheim, CA 92806

V.G.I. Corporation
5508 S. Santa Fe Avenue
Vernon, CA 90058

Plant Connection
5767 Hillview Park Avenue
Van Nuys, CA 91401

Trench Plate Services
13217 Laureldale Avenue
Downey, CA 90242

Weste Group - West, Inc.
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

Purcell Murray Builder Sales Co.
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Yashouafar, Rodney
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Yashouafar, M. Aaron
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Robert M. Binam, Esq.
200 S. Main Street, #200
Corona, CA 92882

DMF Lighting
1118 E 223rd Street
Carson, CA 90745-4210

Yashouafar, Solyman
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

Roosevelt Lofts Homeowners Assn.
727 W. 7th Street
Los Angeles, CA 90017

Allsale Electric
c/o Abdulaziz, Grossbart & Rudman
Attn:  Kenneth S. Grossbart
PO. Box 15458
North Hollywood, CA 91615-5458

EJ Reyes Corp dba EJR Door Div
Meyer S. Levitt Esq
10880 Wilshire Blvd., Ste 1101
Los Angeles, CA 90024-4112.

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Brandon Witkow
Locke Lord Bissell & Liddell LLP
300 S. Grand Ave., Ste. 2600
Los Angeles, CA 90071

Prescott Companies
Attn:  Bill Beasley
5966 La Place Court, Suite 170
Carlsbad, CA 92008

T. Larry Watts, Esq.
2029 Century Park East, #3300
Los Angeles, CA 90067

The Gas Company
Mass Markets Credit & Collections
PO Box 30337
Los Angeles, CA 90030-0337

J.J. Little, Esq.
11500 West Olympic Blvd.
Ste. 360
Los Angeles, CA 90064

Tima Winter, Inc.
900 E. First Street
Unit 314
Los Angeles, CA 90012

Muir Chase Plumbing Co.
c/o Law Ofcs of David A. Tilem
206 N. Jackson Street, Ste 201
Glendale, CA 91206

Robert Woodcock Plumbing
18968 Hattaras St
Tarzana, CA 91356

Virdi Power, Inc.
965 Decatur Avenue
Ventura, CA 93004

Thyssenkrupp Elevator Corp.
c/o William C. Hernquist II
2404 Broadway, 2nd Floor
San Diego, CA 92102

Cal Systems
19559 Los Alimos Street
Porter Ranch, CA 91326-2220

William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA 92706

Canon Financial Services
Scott H. Marcus & Associates
121 Johnson Rd.
Turnersville, NJ 08012

Spectra Company
c/o Attorney Beard Hobbs
7844 La Mesa Blvd.
La Mesa, CA 91942

Yashouafar, Raymond
660 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017

SRS Fire Protection
c/o Marc Weinberg, Esq.
6320 Canoga Ave., Ste. 1500
Woodland Hills, CA 91367

Robertson's Ready Mx Ltd
c/o Law Ofcs Robert M. Binam
200 S. Main Street, Ste. 200
Corona, CA 92878

Ace Concrete Cutting
7200 Vineland Ave., Unit 22
Sun Valley, CA 91352-5079

Los Angeles Community College Dist
c/o Morton Rosen, Esq.
Haight, Brown & Bonesteel
6080 Center Drive, Ste. 800
Los Angeles, CA 90045

Pacific Property Consultants
15330 Avenue of Science
San Diego, CA 92128

HD Supply Construction Supply
c/o Allie & Schuster PC
2122 N Broadway
Santa Ana, CA 92706

Kultur Flooring USA Inc
Sheets & Associates
9650 Brewerton Rd.
PO Box 820
Brewerton, NY 13029

Los Angeles City Attorney's Office
Attn:  Wendy Loo, Esq.
200 North Main St., Ste. 920
Los Angeles, CA 90012

City of Los Angeles,
Dept of Water & Power
Attn:  Bankruptcy
PO Box 51111
Los Angeles, CA 90051-5700

Killefer Flamming Architects
c/o Brandon Witkow, Esq.
Locke, Lord, et al.
300 S. Grand Ave., Ste. 2600
Los Angeles, CA 90071

Infinity Metals
2001 Emery Avenue
La Habra, Ca  90631

LA County Treasurer &
Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Pepper Development Svcs
2013 Skyelar Ct
Highland Park, IL 60035

Asphalt Management
Law Ofcs Howard Goodman
18321 Ventura Blvd., Ste 915
Tarzana, CA 91356

West Coast Doors
9086 Rosecrans Ave
Bellflower, CA 90706

City of Los
Office of Finance, Tax/permit Div
Bankruptcy Unit
201 North Main Street, Room 101-City Hall
Los Angeles, CA 90012

Integrity Builders West, LLC
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Attn: Helen R. Frazier

Wrightway Construction, Inc.
c/o W. Randall Sgro, Esq.
1609 Cravens Ave.
Torrance, CA 90501

Robertson Ready Mix, Ltd.
Law office of Robert Binam
PO box 3600
Corona, CA 92878

Commercial Glass Company
1577 Teirra Rejada Road
Simi Valley, CA 93065

Southland Exterior Building Svcs, Inc.
34211 Pacific Coast Highway
Suite 103
Dana Point, CA 92629

ACCO Engineered Systems
c/o Dale A. Ortmann, Esq.
Hunt, Ortmann et al.
301 North Lake Ave., 7th Floor
Pasadena, CA 91101

Sidney Alter, dba Alter Electric
Bruce D. Rudman
Abulaziz Grossbart & Rudman
6454 Coldwater Canyn Ave
North Hollywood, CA 91606

Siemens Bldg Technologies
c/o Benjamin Trachtman
27401 Los Altos, #300
Mission Viejo, CA 92691

700 Wilshire Properties
c/o Jeffrey L. Licht Esq
Jeffrey Licht & Associates
1875 Century Park East, Ste. 600
Los Angeles, CA 90067

PM Estrada Roofer, Inc.
11500 West Olympic Blvd., Suite 360
Los Angeles, Ca 90064

Platinum Publications
654 N. Sepulveda Blvd., Ste. 5
Los Angeles, CA 90049

Beacon Investment Co
C/o Paris and Paris
Attn:  Murray A. Zeffren
424 Pico Blvd.
Santa Monica, CA 90405

Castle & Associates, APLC
8383 Wilshire Boulevard
Suite 810
Beverly Hills, CA 90211

Kenmore Consultants LLC
William Beasley CFO
5966 La Place Court, Ste. 180
Carlsbad, CA 92008

Robert & Michael Ni
1835 S. Bentley Ave. #15
Los Angeles, CA 90025

Justin Patwin
9356 W. Olympic Blvd.
Beverly Hills, CA 90212

Brian Young
417 S. Hill St.
Los Angeles, CA 90013

Maria G Ramos
2105 Anson Way
West Covina, CA 91792

Dennis Stapleton
902 West 21st Street
Upland, CA 91784

Patricia Mahaffey
834 West 28th Street
Los Angeles, CA 90007

Patricia Mahaffey
834 West 28th Street
Los Angeles, CA 90007

Bruce S Kirkland
2525 Hyperion Ave.
Los Angeles, CA 90027

Brian Dougherty
3194D Airport Loop
Costa Mesa, CA 92626

Teresa A Avila
503 N. Gladys Ave.
Monterey Park, CA 91755

Meredith Marshall
2114 6th Ave.
Los Angeles, CA 90018

Tawny Park
1430 W. Boros Ct.
La Habra, CA 90631

Amanda Hwang
521 S. Manhattan Place #305
Los Angeles, CA 90020

Sabrina Idroos
118 Carr Dr. #200
Glendale, CA 91205

Randall Wixen
24025 Park Sorrento #130
Calabasas, CA 91302

Susan B Mcgee & Laura S McGee
7900 Callaghan
San Antonio, TX 78229

Don Harrell
633 Avenue A
Redondo Beach, CA 90277

Yea-Lan Chiang
549 1st Street
Manhattan Beach, CA 90266

Golmar Maleki
1652 Colby Ave. #202
Los Angeles, CA 90025

Bryan Pardue
15460 Sylvan St.
Van Nuys, CA 91411

Ha Bin Kang
2160 S. Middlecoff Ct.
La Habra, CA 90631

John M Foley
415 Church St. #405
Nashville, TN 37219

Kenneth Martone
222 S. Figueroa St. #618
Los Angeles, CA 90012

Kirsten Miller
333 South Hope St.
Los Angeles, CA 90071

Maria Stark
315 W 9th Street, Suite 201
Los Angeles, CA 90015

Douglas Choe
3352 3/4 Rowena Avenue
Los Angeles, CA 90027

Cheryl Koo
1050 S. Flower Street #734
Los Angeles, CCA 90015

Yana A Lisetsky
11709 Woodley Ave.
Granada Hills, CA 91344

Timothy Caligiuri & Pamela A Caligiuri
3941 W. Skelton Canyon Circle
Thousand Oaks, CA 91362

Kay Jin
3700 Wilshire Blvd. Suite 940
Los Angeles, CA 90010

Karin Liljegren
610 S. Main St
Los Angeles, CA 90014

Kevin Stuart
722 S. Los Angeles St. #302
Los Angeles, CA 90014

Adonis V Gladney
19425-B Soledad Canyon Rd. Ste 221
Canyon Country, CA 91351

Bong Kim & Kevin Kim
24115 Walnut Street
Lomita, CA 90717

Ruth Shafer
100 Atlantic Avenue, Apartment 1101
Long Beach, CA 90802

Herbert A Mayer
5360 Willow Oak Street
Simi Valley, CA 93063

**Geoffrey Martinez**
**Caritas Bldg**
**97 E Rodriguez Sr Blk**
**Quezon City, Philippines**

Allen Amamato
12920 Walsh Ave. #8
Los Angeles, CA 90066

Puya Partow
10021 Tabor St. #309
Los Angeles, CA 90034

Sundee Johnson
1420 N. Alta Vista Blvd. #214
Los Angeles, CA 90046

Linda G Brown
1770 E. Helmick St.
Carson, CA 90746

Ryan Anderson
PO Box 17531
Beverly Hills, CA 90209

Melanie Dulay
2359 Valley View Dr.
Chino Hills, CA 91709

Missagh Pezeshkian, Hasmik Nazarian &
Avak Khachadorian
1172 Old Phillips Rd.
Glendale, CA 91207

Jaafar R Jaafarian & Zohreh Asgari
11628 Montana Ave #210
Los Angeles, CA 90064

Eric Spamer
445 Oak Shire Place
Alamo, CA 94507

Jennifer Liu
9356 W. Olympic Blvd.
Beverly Hills, CA 90212

Steven Dornbusch
1235 S. Orange Dr.
Los Angeles, CA 90019

Anna O Clark & Alan B Clark
434 S. Windsor Blvd
Los Angeles, CA 90020

Adrienne Salerno & Joe Salerno
465 Detroit St. #405
Los Angeles, CA 90036

Perla Quintana
6607 Alamo Avenue
Bell, CA 90201

Pu Cha Choi
8039 Reseda Blvd. #211
Reseda, CA 91335

Evelyn Taylor
11766 Wilshire Suite 1580
Los Angeles, CA 90025

Hugo Santos
701 Cowper St.
Palo Alto, CA 94301

Allan Night & Michael Leyva
2632 W Beverly Boulevard
Montebello, CA 90640

Keith M Smith
832 Silverlake Blvd.
Los Angeles, CA 90026

Seong R Kim & Jong H Han
225 S. Mansfield Ave.
Los Angeles, CA 90036

Gary Glass & David Tsao
4626 Via Marina #101
Marina Del Rey, CA 90292

Rosalie Estrada
105 N. Holliston Ave, Apt. 5
Pasadena, CA 91106

Pamela Barger & Gregory Barger
100 Palmetto Dr. #2
Pasadena, CA 91105

John M Foley
415 Church St. #405
Nashville, TN 37219

Amamoto, Allen
c/o Kay Jin
3700 Wilshire Blvd., Suite 940
Los Angeles, CA 90010

A-American Flooring
7777 N. Caldwell Avenue
Niles, IL 60714

ACCI Corporation
c/o Castle & Associates APLC
8383 Wilshire Blvd. #810
Beverly Hills, CA 90211

Bontempi USA
8919 Beverly Boulevard
West Hollywood, CA 90048

ACCI Corporation
c/o Castle & Associates APLC
8383 Wilshire Blvd. #810
Beverly Hills, CA 90211

Ace Concrete Cutting, Inc.
8965 Herrick Avenue
Sun Valley, CA 91352

Cal-State Steel Corporation
c/o Heather Kadeg, Esq.
30423 Canwood St., #131
Agoura Hills, CA 91301

~~Anderson, Ryan~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

Allsale Electric Inc.
c/o Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606

Clark, Alan & Anna
c/o Latham & Watkins LLP
355 S. Grand Avenue
Los Angeles, CA 90071

Bank of America, N.A.
c/o Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Cal Systems
7941 Hazeltine Avenue
Panorama City, CA 91402

DMF Lighting
5221 W. Jefferson Boulevard
Los Angeles, CA 90016

~~Glass, Gary & Tsao, David~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

City of Los Angeles, Office of Finance
c/o Los Angeles City Attorney
200 North Main Street, #920
Los Angeles, CA 90012

Infinity Metals, Inc.
c/o Theodore A. Anderson
690 S. Brea Blvd.
Brea, CA 92821

~~Dougherty, Brian~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~Dornbusch, Steven~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~Kang, Ha Bin~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

GRIF-FAB Corporation
5350 Newport Street
Commerce City, CO 80022

~~Idroos, Sabrina~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~Lisetsky, Yana A.~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

Mayer, Herbert Alfred
5360 Willow Oak Street
Simi Valley, CA 93063

Los Angeles Fire Department
200 N. Main Street
Los Angeles, CA 90012

~~Patwin, Justin~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~McGee, Susan & Laura~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~Mahaffey, Patricia~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

~~Ni, Robert & Michael~~
~~McKenna Long & Aldridge LLP~~
~~444 S. Flower Street, 8th Floor~~
~~Los Angeles, CA 90071~~

Pepper Development Services
500 Greenbay Road
Highland Park, IL 60035

Mayer, Herbert Alfred
5360 Willow Oak Street
Simi Valley, CA 93063

Partow, Puya
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Platinum Publications
645 N. Sepulveda Blvd., Suite 5
Los Angeles, CA 90049

Schafer's Parking Lot Services (a/k/a
Asphalt Management Inc.)
c/o Law Office of Howard Goodman
18321 Ventura Blvd. #915
Tarzana, CA 91356

Pfinish Koncepts Inc.
dba Stonecraft Enterprise
2820 N. San Fernando Blvd.
Burbank, CA 91504

Reycon Construction, Inc.
1795 Lemonwood Drive
Santa Paula, CA 93060

Southern California Gas Company
Mass Markets Credit & Collections
P.O. Box 30337
Los Angeles, CA 90020

Ramos, Maria
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Rock Marble, The
10740 Amery Avenue
South Gate, CA 90280

Spamer, Eric
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Ryan Anderson, et al.
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Salerno, Joe & Adrienne
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Stapleton, Dennis
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Shafer, David
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Smith, Keith McCarthy
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

V.G.I. Corporation
c/o Monteleone & McCrory, LLP
725 S. Figueroa St., #3200
Los Angeles, CA 90017

Thyssenkrupp Elevator, Inc.
6087 Triangle Drive
Los Angeles, CA 90040

Young, Brian
McKenna Long & Aldridge LLP
444 S. Flower Street, 8th Floor
Los Angeles, CA 90071

Westye Group - West, Inc. d/b/a Sub-Zero
Wolf
dba Sub-Zero Wolf
145 W. 134th Street
Los Angeles, CA 90061

#52 KEENAN SUPPLY
1341 Philadelphia St.
Pomona, CA 91766

ACC DEMO, INC.
8971 Herrick St.
Sun Valley, CA 91352

ACCI Corporation
16351 Gothard St., Suite A
Huntington Beach, CA 92647

ACCO Engineered Systems
6265 San Fernando Rd.
Glendale, CA 91201-2214

AIR TREATMENT
957 Lawson
City of Industry, CA 91748

ACOUSTICAL MATERIAL SERVICES
1620 S. Maple Ave.
Montebello, CA 90640

AHERN RENTALS, INC.
1722 W. Bonanza Rd.
Las Vegas, NV 89106

Allsale Electric, Inc.
7950 Deering Ave.
Canoga Park, CA 91304

AK CONSTRUCTION, INC.
22842 Rio Lobos Rd.
Diamond Bar, CA 91765

All County Environmental
1081 N. Shepard St., Ste H
Anaheim, CA 92809

ATLAS LUMBER COMPANY
P.O. Box 2530
Chino, CA 91708

Alter Electric Company
5443 Donna Ave.
Tarzana, CA 91356

Always Pumping
19528 Ventura Blvd., #337
Tarzana, CA 91356

COMMERCIAL GLASS COMPANY
14928 S. Maple Ave.
Gardena, CA 90248

BOB HILL HYDRAULIC CRANE
2100 E. 223rd St.
Carson, CA 90810

BROWN-STRAUSS STEEL
2495 Uravan St.
Aurora, CO 80011

CREST STEEL CORPORATION
1250 E. 223rd St., #108
Carson, CA 90745

CLIMATE MASTER, INC.
P.O. Box 2540
Oklahoma City, OK 73101-2540

EJR DOOR DIVISION
13112 Hadley St., #103
Whittier, CA 90601

F. RODGERS SPECIALTY CONTRACTOR,
INC.
314 Bonnie Circle, #100
Corona, CA 92880

COMMERCIAL SCAFFOLDING OF
CALIFORNIA INC
1577 Tierra Rejada Rd.
Simi Valley, CA 93065

HI LITE SYSTEMS LLC
8630 Cottonwood Ave.
Fontana, CA 92335

GLASS AND GLAZING SYSTEMS
15019 Califa St.
Van Nuys, CA 91411

DAWSON COMPANY
2124 N. Lincoln Ave.
Altadena, CA 91001-5450

KARCHER INSULATION, INC.
2300 E. Orangewood Ave.
Anaheim, CA 92806

HUB CONSTRUCTION SPECIALTIES, INC.
379 South I St., P.O. Box 1269
San Bernardino, CA 92402-1269

FARINO CONSTRUCTION SERVICES
INC.
23201 Orange Ave.
Lake Forest, CA 92630

MASON WEST INC.
2840 Gretta Lane
Anaheim, CA 92806

LAMA CONSTRUCTION INC
1961 Meeker Ave.
Richmond, CA 94804

GLENDALE PLUMBING & FIRE SUPPLY
723 Sonora Ave.
Glendale, CA 91201

MERLI CONCRETE PUMPING
1230 W. 130th St.
Gardena, CA 90247

MC DE'S CONCRETE PUMPING, INC
P.O. Box 4043
Orange, CA 92863-4043

Hertz Equipment Rental
3817 N.W. Expressway
Oklahoma City, OK 73112

Penhall Company
1801 W. Penhall Way
Anaheim, CA 92801

MUIR-CHASE PLUMBING CO., INC.
1940 Gardena Ave.
Glendale, CA 91204

Infinity Metals, Inc.
2081 E. Lambert Rd.
La Habra, CA 90631

QUINN RENTAL SERVICES
2425 Kella Ave.
Whittier, CA 90601-1531

PARAMOUNT SCAFFOLD CO.
16631 S. Avalon Blvd.
Carson, CA 90746

JDL SYSTEMS, INC.
11744 Clark St.
Arcadia, CA 91006

SIEMENS BUILD TECHNOLOGIES INC
10775 Business Center Dr.
Cypress, CA 90630

PROFESSIONAL DEMO INC.
1110-B Birchhaven Ave.
Bakersfield, CA 93312

LAND MARK ELECTRIC INC
7876 Deering Ave.
Canoga Park, CA 91304

SOUTHLAND EXTERIOR BUILDING
SERVICES
27881 La Paz Rd., #418
Laguna Niguel, CA 92677

ROBERTSON'S
200 S. Main St.
Corona, CA 92882

MCKINLEY ELEVATOR CORPORATION
17611 Armstrong Ave.
Irvine, CA 92614

STEMAR, INC.
353 S. Central Ave.
Los Angeles, CA 90013

SPECTRA COMPANY
2510 Supply St.
Pomona, CA 91767

SRS FIRE PROTECTION, INC.
6829 Canoga Ave., #2
Canoga Park, CA 91303

The Westye Group - West, Inc. d/b/a Sub-
Zero Wolf
P.O. Box 45384
San Francisco, CA 94145-0364

STUD WELDING PRODUCTS
9455 Washburn Rd.
Downey, CA 90242

SUPPLY NETWORK, INC. DBA VIKING
SUPPLYNET
2353 International St.
Columbus, OH 43228

WHITE CAP CONSTRUCTION SUPPLY
P.O. Box 1770
Costa Mesa, CA 92626

UNION ENVIRONMENTAL INC
3303 E. Miraloma Ave., #184
Anaheim, CA 92806

ThyssenKrupp Elevator
10220 NE Points Drive, #200
Kirkland, WA 98033

WEST COAST DOOR, INC.
12001 Woodruff Ave., Unit A
Downey, CA 90241

WASTE MANAGEMENT NATIONAL SVCS
2421 W. Peoria
Phoenix, AZ 85029

UNITED RENTALS NORTHWEST INC
2301 Dupont Dr., #400
Irvine, CA 92612

Wrightway Construction
1070 E. Dominguez St., #A
Carson, CA 90746